UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RONALD LIPTON and BRETT LIPTON,

                      Plaintiffs,

-against-

JOHN WOOTON, KEVIN LANE, EDWIN BREWSTER, TOWN
OF WOODSTOCK, TOWN OF SAUGERTIES, GREG
HULBERT, Chief of the Town of Saugerties Police Department,
and JOHN DOE, an unidentified Town of Saugerties Police
Officer,

                      Defendants.
------------------------------------------------------------------------x

**NOTICE OF MOTION**

00 CIV 319 (HGM)(RFT)

S I R (S):

      PLEASE TAKE NOTICE, that upon the annexed affidavit David L. Posner, Esq., sworn to the 3rd day of July, 2003, the affidavit of John Wooton, sworn to the 23rd day of June, 2003, the affidavit of Harry Baldwin, sworn to the 13th day of June, 2003, the affidavit of George France, sworn to 10th day of June, 2003 and the affidavit of Peter Matera, sworn to the 3rd day of July, 2003, the attached exhibits, deposition transcripts, memorandum of law and Rule 7.1 statement, the Woodstock defendants will move for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting partial summary judgment dismissing portions of plaintiffs' amended complaint, said motion to be heard before this Court on the 27th day of September, 2004 at 11:00 a.m. at the courthouse located at James T. Foley Courthouse, 445 Broadway, Albany, NY 12207-2974.

DATED:      Poughkeepsie, New York
                 July 3, 2003

                                        Yours, etc.

                                        M<sup>C</sup>CABE & MACK LLP

                                        By: _s/David L. Posner_
                                             DAVID L. POSNER (601389)
                                        *Attorneys for Defendants, Wooton, Brewster*
                                         *and the Town of Woodstock*
                                         63 Washington Street
                                         P.O. Box 509
                                         Poughkeepsie, NY 12602-0509
                                         Tel: (845) 486-6800

TO:    ROBERT KEACH, ESQ.
          *Attorney for Plaintiffs*
          One Steuben Place
          Albany, NY 12207

GERALD D'AMELIA, JR., ESQ.
PHELAN, BURKE & SCOLAMIERO, LLP
*Attorneys for Defendants, Hulbert and Town of Saugerties*
P.O. Box 15085
Albany, NY 12212-5085