INFORMATION - GENERAL C.P.L. 100.15
-------------------------------------------------------------------

STATE OF NEW YORK    :    COUNTY OF ULSTER
JUSTICE COURT - TOWN OF SAUGERTIES

---------------------------------------X
    The People Of The State of New York
            - against -                    INFORMATION


    Ronald Lipton   Brett Lipton
          Defendant
---------------------------------------X


    I, John Wrolsen, residing at 85 Wrolsen Dr., Saugerties, New York, by this information makes written accusation as follows:

    That Ronald Lipton, and Brett Lipton, on the 14 day of February 1999, at 85 Wrolsen Dr in the Town of Saugerties, County of Ulster, State of New York, did commit the offense of trespass a violation in violation of Section 140.05 of the Penal Law of the State of New York, in that they did, at the aforesaid time and place.

COUNT ONE:   A person is guilty of trespass when he knowingly enters or remains unlawfully in or upon premises.


The facts upon which this information is based are as follows:

The said defendant, at aforesaid time and place, knowingly pulled into our driveway, at 85 Wrolsen Dr. in the town of Saugerties, Ulster County, New York then pulled back out and headed back toward Glasco Turnpike. Ronald was advised on 2/12/99 approximately 11:54 AM, "effective imediately you Ron Lipton and Brett Lipton are to discontinue contacting us by any means." Also in the past I told Ronald on several occasions not to call the family or enter the property. All contrary to the provision of the statute in such case made and provided.

The foregoing factual allegations are based upon personal knowledge of the complainant (and upon information and belief, the sources of complainants information and belief being, , _Ct Knowled_

Wherefore, Complainant prays that _____ be dealt with pursuant to law.

** Subscribed and sworn to before me on
_____, 19_____

_____
Name

_____       _____
Title or Office                                                           Complainant

* Set forth statutory language constituting the offense
** Use only one

*Verification By Subscription and Notice Pursuant to CPL Section 100.30, subd. 1, par d.

False statements made in the foregoing instrument are punishable as a Class A misdemeanor pursuant to section 210.45 of the Penal Law. Accordingly and with notice of the foregoing statements of facts are true, under penalty of perjury, this ___14___ day of __February__, 19 _95_

_John R. Watson_

Appearance ticket issued to Defendant(s)    Yes ☐    No ☐ / for Court Appearance on
_____, 19____ Time _____ at _____
_____, N.Y.

Bail posted    Yes ☐    No ☐    $ _____ With _____

STATE OF NEW YORK
County Court
of _____

The People of the State of New York
against
_____ Defendant

**Information**

Filed this _____ day of _____, 19___

_____
Judge - Justice

# NEW YORK STATE INCIDENT REPORT

| Field | Value |
|---|---|
| 1. Agency | T/SAUGERTIES |
| 2. Division/Unit | |
| NY | 0558000 |
| Supp | 99-0715 99-0715 |
| 7. Report Day | MON |
| 8. Date | 02/15/99 |
| 9. Report Time | 0900 |
| 10/11. Occurred On/From | Sun 02/14/99 1709 |
| 12/13/14/15. Occurred To | Sun 02/14/99 1709 |
| 16. Incident Type | TRESPASS |
| 17. Business Name | — |
| 18. Weapon(s) | — |
| 19. Incident Address | 85 WROLSEN DR |
| 20. City, State, Zip | SAUGERTIES |
| 21. Location Code | 8604 |

## Offense
| Off. No. | Law | Section | Sub | CL | Cat | Deg | Att | Name of Offense | CTS | No. of Victims |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL | 140.05 | — | — | V | — | C | TRESPASS | | 1 |

24. No. of Suspects: 2

## Associated Persons

| Type/No | Name | DOB | Address | Telephone |
|---|---|---|---|---|
| VIC | Wrolsen Paula K | 5/19/54 | 85 Wrolsen Dr Saugerties NY 12477 | 246-8660 |
| O-1 | Wrolsen John R | 6/16/64 | 85 Wrolsen Dr Saugerties NY 12477 | 246-8660 |
| OT | Lipton Ronald G | 8/8/46 | 39 South Dix Ave Newburgh NY | 569-4479 |
| OT-2 | Lipton Brett A | 2/13/74 | 39 South Dix Ave Newburgh NY | 569-4479 |

## Victim
- 27. DOB: 5/19/54
- 28. Age: 44
- 29. Sex: F
- 30. Race: White
- 31. Ethnic: Non-Hispanic
- 32. Handicap: No
- 33. Residence Status: Resident

## Suspect/Arrested Person
- 35. Name: LIPTON RONALD G
- 37. Apparent Condition: App Norm
- 38. Address: 39 South Dix Ave Newburgh NY
- 39. Phone: 569-4479 (Home)
- 40. SSN: 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
- 41. DOB: 8/8/46
- 42. Age: 52
- 43. Sex: M
- 44. Race: White
- 45. Ethnic: Non-Hispanic
- 47. Occupation: Unemployed
- 48. Height: 5'8"
- 49. Weight: 160
- 50. Hair: BRO
- 51. Eyes: BLU
- 52. Glasses: Yes
- 53. Build: Medium
- 54. Employer/School: 12 Grade Grad
- 56. Scars/Marks/Tattoos: PANTHER LEFT ARM

## Vehicle
- 60. License Plate No: Y436EC (Full)
- 61. State: NY
- 62. Exp. Yr: 01
- 63. Plate Type: PASS
- 65. Veh. Yr: 88
- 66. Make: FORD
- 67. Model: 2D
- 68. Style: HATCHBACK
- 69. VIN: 1FAPP9190JT177200
- 70. Color: BLK

## 73. Narrative
OT & OT-2 WERE ARRESTED IN WDSTK ON OUR SIGNED COMPLAINT FOR TRESPASS. SUBJECTS WERE FOUND TO BE IN POSSESSION OF A SAWED-OFF SHOTGUN. ARRESTED BY WDSTK FOR CPW 3RD. FURTHER CHARGES POSSIBLE.

## Administrative
- 77. Reporting Officer Signature: [signature]
- 78. ID No: 11
- 81. Status: Arrest

DCJS-3205 (11/94) *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW.