TOWN COURT OF THE TOWN OF WOODSTOCK
COUNTY OF ULSTER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THE PEOPLE OF THE STATE OF NEW YORK  \*
                                     \*
          -against-                  \*
                                     \*       FELONY
1.  Ronald Lipton (M 52)             \*
                                     \*
                                     \*
          Defendant.                 \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF ULSTER         )

Police Officer John Wooton, shield #319, being duly sworn, deposes and says as follows:

On February 14, 1999, at about 1720 hours at MILL STREAM ROAD in the TOWN OF WOODSTOCK in the County of Ulster in the State of New York, the defendant committed the offense of:

1.  PL 265.02(4)        Criminal Possession of a Weapon 3rd Degree

in that the defendant possessed a loaded firearm outside of his home and place of business.

The offense was committed under the following circumstances:

THE ABOVE NAMED DEFENDANT, ON THE ABOVE DATE AND TIME, DID HAVE IN HIS POSSESSION AND CONTROL ONE MOSSBERG MODEL 500A 12 GAUGE SHOTGUN, SERIAL NUMBER J715053 WITH A BARREL LENGTH UNDER 18 INCHES TO WIT: 16 AND ONE HALF INCHES, AND A TOTAL LENGTH OF UNDER 26 INCHES TO WIT: 24 INCHES, AND 13 ROUNDS OF 12 GAUGE AMMUNITION, WHILE IN A MOTOR VEHICLE WITH N.Y. REGISTRATION Y436EC ON MILL HILL ROAD, IN THE TOWN OF WOODSTOCK, ULSTER COUNTY, NEW YORK.  ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASE MADE AND PROVIDED.  THE ABOVE ALLEGATIONS OF FACT ARE BASED UPON THE DIRECT KNOWLEDGE OF YOUR DEPONET.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

Sworn to before me on _____, 1999.

_____          _____
                                                                 Deponent

"Exhibit A"

TOWN COURT OF THE TOWN OF WOODSTOCK
COUNTY OF ULSTER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THE PEOPLE OF THE STATE OF NEW YORK    \*
                                       \*
            -against-                  \*
                                       \*    FELONY
1.  Brett Lipton (M 25)                \*
                                       \*
                                       \*
                                       \*
            Defendant.                 \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF ULSTER     )

Police Officer John Wooton, shield #319, being duly sworn, deposes and says as follows:

On February 14, 1999, at about 1720 hours at MILL STREAM ROAD in the TOWN OF WOODSTOCK in the County of Ulster in the State of New York, the defendant committed the offense of:

1. PL 265.02(4)        Criminal Possession of a Weapon 3rd Degree

in that the defendant possessed a loaded firearm outside of his home and place of business.

The offense was committed under the following circumstances:

THE ABOVE NAMED DEFENDANT, ON THE ABOVE DATE AND TIME, DID HAVE IN HIS POSSESSION AND CONTROL ONE MOSSBERG MODEL 500A 12 GAUGE SHOTGUN, SERIAL NUMBER J715053 WITH A BARREL LENGTH UNDER 18 INCHES TO WIT: 16 AND ONE HALF INCHES, AND A TOTAL LENGTH OF UNDER 26 INCHES TO WIT: 24 INCHES, AND 13 ROUNDS OF 12 GAUGE AMMUNITION, WHILE IN A MOTOR VEHICLE WITH N.Y. REGISTRATION Y436EC ON MILL HILL ROAD, IN THE TOWN OF WOODSTOCK, ULSTER COUNTY, NEW YORK. ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASE MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE BASED UPON THE DIRECT KNOWLEDGE OF YOUR DEPONENT.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

Sworn to before me on _____, 1999.

_____          _____
                                                                Deponent

# NEW YORK STATE INCIDENT REPORT

Date Printed: 2/15/99   Page Number: 2

1. Agency: WOODSTOCK POLICE DEPARTMENT   2. Div/Pct.: PTL   3. ORI: NY0556600   4. Case No.: 990511   5. Incident No.: 990511

---

## PROPERTY

| Victim/Sus.# | Property Status | Property Type | Qty/Measure | Make or Drug Type | Model | |
|---|---|---|---|---|---|---|
| S02 | SEIZED | FIREARMS | | | 500A | |
| | Serial #: J715053 | | Description: MOSSBERG SHOTGUN WITH PISTOL GRIP | | Value: | $50.00 |
| | | | | | Total Property Value: | $100.00 |

---

## VEHICLES

58: S0159. Status: USED IN CRIME   Vehicle Type: AUTOMOBILES   60. License Plate No.: Y436EC   FULL
61. State: NY   62. Exp.Yr.: 2001   63. Plate Type: AUTOMOBILE, REGULAR PASSENGER   64. Value: $500
65-67. Year/Make/Model: 1988 FORD   68. Style: 2 DOOR AUTOMOBILE, SEDAN   69. VIN: 1FAPP9190JT177200
70. Color: BLACK   71. Towed By:   72. Vehicle Notes: LEFT AT MOBIL STATION- MILL HILL RD

---

## NARRATIVE

Posted  Officer ID

ON 02-14-99 AT APPROXIMATELY 1600 TWO WHITE MALES STOPPED THIS REPORTING OFFICER ON GLASCO TPK. IN THE TOWN OF WOODSTOCK,NY. THE SUBJECTS WERE DRIVING IN A BLACK FORD ESCORT WITH N.Y. REGISTRATION Y436EC. THE DRIVER OF THIS VEHICLE WHO IDENTIFIED HIMSELF AS RON LIPTON STATED THAT HE WAS LOOKING FOR HIS GIRLFRIEND NAMED PAULA WROLSEN AND HAD TROUBLE FINDING THE STREET WERE SHE LIVED. HE ALSO STATED HE WAS WORKING WITH THE CHIEF OF POLICE FROM THE TOWN OF SAUGERTIES POLICE DEPT. AND THAT HE WAS A RETIRED POLICE OFFICER. HE STATED THAT HE HAD A LETTER FOR HER AND THAT HE HAD LEFT MESSAGES AT SEVERAL LOCATIONS IN THE WOODSTOCK AREA. (FAMILY), (BUS STATION) ETC.
AT APPROXIMATELY 1700 REPORTING OFFICER HERD THE TOWN OF SAUGERTIES POLICE DEPARTMENT BEING DISPATCHED TO A RESIDENCE ON WROLSEN ROAD FOR A TRESPASS COMPLAINT INVOLVING A BLACK FORD ESCORT. REPORTING OFFICER NOTIFIED THE SAUGERTIES POLICE WHO STATED THEY HAVE A TRESPASS COMPLAINT AGAINST RONALD LIPTON. REPORTING OFFICER LOCATED THE VEHICLE INVOLVED AT THE MOBILE GAS STATION ON MILL HILL RD. REPORTING OFFICER AND DET. LANE APPROCHED THE TWO SUSPECTS WHO IDENTIFIED THEMSELVES AS RONALD AND BRETT LIPTON AND THAT THEY WERE FATHER AND SON. REPORTING OFFICER ADVISED THE SUSPECTS THAT THE TOWN OF SAUGERTIES POLICE DEPT. HAS A  SIGNED COMPLAINT AGAINST THEM FOR TRESPASS, AND THAT THEY WERE UNDER ARREST FOR SAME. DET. LANE OBSERVED A GREEN CLOTH GUN CASE LYING ON THE FLOOR OF THE BACK SEAT OF THEIR VEHICLE.  DET. LANE THEN ASKED BRETT LIPTON WHAT WAS IN THE CASE AND BRETT STATED THAT IT WAS A SHOTGUN.  REPORTING OFFICER OPENED THE CASE AND FOUND ONE MOSSBERG MODEL 500A SHOTGUN WITH A PISTOL GRIP AND A SLING. SERIAL NUMBER J715053. NEXT TO THE CASE ON THE FLOOR WAS A BLACK FANNY PACK CONTAINING 13 12 GAUGE SHOTGUN SHELLS. BOTH SUBJECTS WERE TRANSPORTED TO THE WOODSTOCK POLICE DEPT. FOR  FURTHER INVESTIGATION.  BOTH PATROLS LEFT THE MOBIL STATION AT 1753 AND ARRIVED AT WPD SHORTLY AFTER. WHILE AT THE STATION RONALD LIPTON STATED THAT HE HAS A HEART CONDITION AND REQUESTED A AMBULANCE. AT 1801 THE WOODSTOCK AMBULANCE WAS DISPATCHED AND AT 1806 ARRIVED AT THE SCENE. RONALD LIPTON REFUSED TO BE TAKEN TO ANY HOSPITAL AND THE AMBULANCE  SQUAD RETURNED TO SERVICE. DURRING THE ARREST PROCEDURE BOTH SUBJECTS WERE GIVEN WATER TO DRINK ON SEVERAL OCCAISIONS AND GIVEN CAKE TO EAT, AND ALLOWED TO USE THE BATHROOM. THE SHOTGUN WAS MEASURED BY THIS REPORTING OFFICER AND FOUND TO  HAVE A BARREL LENGTH OF 16 AND ONE HALF INCHES AND A TOTAL LENGTH OF 24 INCHES WHICH VIOLATES PL SECTION 265.02 (4) AND CHARGES WERE FILED ON BOTH SUBJECTS.  BOTH SUBJECTS WERE ARRAIGNED BEFORE THE HON. R. HUSTED IN THE WOODSTOCK COURT AND RONALD LIPTON WAS SENT TO THE U.C. JAIL WITH A $20,000.00 CASH BAIL OR A $40,000.00 BOND AND BRETT LIPTON WAS SENT TO THE U.C. JAIL WITH A $10,000.00 CASH BAIL OR A $20,000.00 BOND. BOTH SUBJECTS ARE TO RETURN TO THE WOODSTOCK COURT ON 02-17-99 AT 6:00 PM. THE VEHICLE INVOLVED WAS LOCKED AND LEFT AT THE MOBIL GAS STATION AND THE SAID EVIDENCE WAS ENTERED INTO THE WPD'S EVIDENCE LOCKER.

(CONTINUED)

NEW YORK STATE INCIDENT REPORT

Date Printed: 2/15/99    Page Number: 3

1. Agency: WOODSTOCK POLICE DEPARTMENT    2. Div/Pct.: PTL    3. ORI: NY0556600    4. Case No.: 990511    5. Incident No.: 990511

_____ ADMINISTRATIVE _____

. Computer Related Crime?: NO    N. Bias Crime: NO BIAS - NOT APPLICABLE    Solvability Factor: 13    Report Locked?: OFF
1. Inquiries Made    : DMV, CRIM. HISTORY, WANT/WARRANT, STOLEN PROPERTY
5. NYSPIN Message No.: 00190
6. Complainant Signed? N    Signature: _____    Signature: _____
7. Reporting Officer    : PATROLMAN WOOTON    78. ID No.: 319
9. Supervising Officer: SERGEANT Baldwin    80. ID No.: 112    Signature: Sgt. Harry E. Baldwin
1. Incident Status    : ARREST - ADULT    82. Status Date: 2/14/99    83. Notified/Turned Over To: DET LANE

END OF REPORT

# TOWN OF WOODSTOCK POLICE DEPARTMENT
# PROPERTY BUREAU

## INVOICE NO. _____  LOCKER NO. _____
## CHARGE/COMPLAINT 265.02 (4)

**PROPERTY CODE:**
S = stolen; R = recovered; E = evidence; I = impounded; L = lost; O = other; V = vehicle; C = bicycle; G = gun; P = general property

Officer __PO Wooton__  ID # __319__
Date & Time of Recovery __2 / 14 / 99__  Case # __0511__ / Yr __99__
Location of Recovery __Defendants vehicle__
Transferred to __Evidence locker__  Date __2 / 14 / 99__
Transferred to _____  Date \_\_\_ / \_\_\_ / \_\_\_

| ITEM # | QTY | CODE | ARTICLE |
|---|---|---|---|
| 1 | 1 | E | Mossberg 12 Gauge shotgun Serial # J715053 Model 500A |
| 2 | 13 | E | 12 Gauge shot gun shells |
| 3 | 1 | E | 1- gun case (green cloth) |

Claimant _____
Address __Lipton, Ronald  -  Lipton, Brett__
Prisoner _____
Arrest # __08997, 08998__  Date of Arrest __2 / 14 / 99__  (Mo. / Day / Yr.)

**INSTRUCTIONS:**
1. Officer's Name (to be printed legibly)
2. ID #, (number assigned to that specific officer)
3. Date & Time of Recovery, (i.e. 1/1/92 0200 hrs.)
4. Case #, (that number assigned to that specific investigation)
5. Location of Recovery, (defendant, specific location should be reflected on EVIDENCE WORK SHEET)
6. Transferred to, (i.e. evidence drop box, etc.)
10. Code, (as described above, S = stolen) (as described above, V = vehicle)
11. Article, (this will describe the item submitted in its entirety which includes color, make, model, serial # etc.)
12. Claimant, (Person submitting property)
13. Address, (123 Main Street, Kingston, N.Y. (example)
14. Prisoner (if applicable individual arrested)