DCJS-3207 (4/92)

JAIL COPY

24480

**STATE OF NEW YORK**
**COUNTY OF** Ulster
**TOWN/~~VILLAGE/CITY~~ COURT OF** Woodstock

**SECURING ORDER**
**DOCKET #** _____
**DATE OF BIRTH** 08-08-46
**NYSID #** 5608863P

**THE PEOPLE OF THE STATE OF NEW YORK**

v.

nald Gary Lipton (defendant)

The above named defendant having appeared before the undersigned on a (ACCUSATORY INSTRUMENT)/(~~WARRANT~~), charging the defendant with the most serious offense of Crim. Poss. of a Weapon 3° in violation of Section 265.02 Sub Div 4 of the Penal Law a (Class D Felony/~~Misd~~) (~~Violation~~) (~~Infraction~~).

AND (Check one box only)
☒ further court attendance being required on the 17th day of February 19 99, at 6 (~~AM~~/PM) before the Justice Court of Woodstock;

OR ☐ the matter having been transferred for action of the Grand Jury

Now therefore it is **ORDERED** that the defendant be
☐ **RELEASED**; (Check one box only)
  ☐ on bail fixed in the amount of $_____ and received by this Court;
  OR ☐ Other (Explain)_____

OR ☒ **REMANDED** to the custody of County Sheriff/Commissioner of Correction until his appearance is required as set forth, (Check one box only)
  OR ☒ until bail is posted in the amount of $ 20,000 CASH OR $ 40,000 BOND Surety (specify type);
  OR ☐ until bail in an amount fixed by a Superior Court has been posted
  OR ☐ without bail

AND that this ORDER includes the lesser offense(s) of:
PL. 140.05 Trespass - violation

**SPECIAL ORDERS/INSTRUCTIONS**
☐ CPL 730 (competency) Exam ordered (UCS #16-A Attached)
☐ Local Mental Health Referral
☐ Additional Comments _____

Dated: 2-15-99   Richard J. Husted   Richard J. Husted
                  (PRINT OR TYPE NAME)      ~~JUDGE OR~~ JUSTICE

---

**RELEASE INFORMATION**
It is hereby ORDERED that the defendant (Check one box only)
☐ be released from custody having been CONVICTED of the most serious offense of _____ in violation of Section _____ Sub Div _____ of the _____ Law a (Class _____ Misd) (Violation) (Infraction) AND SENTENCED TO TIME SERVED;

OR ☐ be released from custody (OTHER)

DATED: _____

DCJS 3207 (4/92)

**24480**

STATE OF NEW YORK
COUNTY OF __Ulster__
TOWN/VILLAGE/CITY COURT OF __Woodstock__

SECURING ORDER
DOCKET # ____
DATE OF BIRTH __08-08-46__
NYSID # __5608863P__

THE PEOPLE OF THE STATE OF NEW YORK
v.
__Gary Hoffman__

The above named defendant having appeared before the undersigned on a (ACCUSATORY INSTRUMENT)/ (Warrant) charging the defendant with the most serious offense of __Crim. Poss. of a Weapon 3°__ in violation of Section __265.02__ Sub Div. __4__ of the __Penal__ Law a (Class __D__ Felony/[ ] Misd) (Violation) (Infraction)

AND (Check one box only)
[X] further court attendance being required on the __19th__ day of __February__ 19__99__
    at __6:00__ (AM/PM) before the __Justice__ Court of __Woodstock__
OR [ ] the matter having been transferred for action of the Grand Jury

Now therefore it is ORDERED that the defendant be
[ ] RELEASED (Check one box only)
    [ ] on bail fixed in the amount of $ _____ and received by this Court;
OR [ ] Other (Explain) _____

OR [X] REMANDED to the custody of County Sheriff/Commissioner of Correction
    until his appearance is required as set forth. (Check one box only)
    OR [X] until bail is posted in the amount of $ __20,000__ CASH OR $ __40,000__ BOND __Surety__
           (specify type)
    OR [ ] until bail in an amount fixed by a Superior Court has been posted
    OR [ ] without bail

AND that this ORDER includes the lesser offense(s) of
__PL 140.05 Trespass - violation__

SPECIAL ORDERS/INSTRUCTIONS
[ ] CPL 730 (competency) Exam ordered (UCS # 16-A Attached)
[ ] Local Mental Health Referral
[ ] Additional Comments _____

Dated: __2-15-99__    __Richard J. Husted__    __Richard J. Husted__
                        (PRINT OR TYPE NAME)        JUDGE OR JUSTICE

RELEASE INFORMATION
It is hereby ORDERED that the defendant (Check one box only)
[ ] be released from custody having been CONVICTED of the most serious offense of _____
    in violation of Section _____ Sub Div. _____ of the
    _____ Law a (Class _____ (Misd) (Violation) (Infraction) AND SENTENCED TO TIME SERVED ;
OR [X] be released from custody (OTHER)

DATED: __2-17-99__
__Richard J. Husted__                                __Richard J. Husted__
(PRINT OR TYPE NAME)                                  JUDGE OR JUSTICE