COUNTY OF ~~ORANGE~~

LOCAL CRIMINAL COURT                    TOWN _____ of NEWBURGH

THE PEOPLE OF THE STATE OF NEW YORK   )
                                       )
                --vs.--                )
                                       )
RONALD G LIPTON 08/08/46               )        SUPPORTING DEPOSITION
_____        )
                                       )
                                       )
                        (Defendant)    )

STATE OF NEW YORK                      )
COUNTY OF ORANGE                       )   ss.
TOWN of NEWBURGH                       )

| DATE | TIME STARTED | FULL NAME | | | |
|---|---|---|---|---|---|
| On 02-15-99 at | 5:02 p.m. | I, PAULA KAREN WROLSEN | C-T-V Southerries | STATE NY |
| DATE OF BIRTH 6/14/64 | NO & STREET ____ | | | | |

state the following: I HAVE BEEN IN A RELATIONSHIP WITH RON LIPTON FOR APPROX 8 AND 1/2 YEARS. IN LATE JUNE OR EARLY JULY OF 1998 I MOVED IN WITH RON AT HIS RESIDENCE AT 30 VALLEY AVE WALDEN NY. ON SEVERAL OCCASIONS IN THE PAST RON HAS STRUCK ME AND HAS YELLED IN MY EAR BECAUSE HE WOULD GET MAD AT ME FOR TALKING ABOUT OLD BOYFRIENDS. ON WEDNESDAY FEB 3, OR THURSDAY FEB 4, 1999 RON FOUND AN OLD LETTER WHICH I HAD FOUND ON THE SIDE OF THE ROAD SOME TIME BEFORE AND KEPT. RON TOOK THE LETTER OUT OF MY PRIVATE BELONGINGS WHICH WERE STORED IN A SELF-STORAGE UNIT IN WALDEN NY. WHEN RON FOUND IT AND READ IT HE WENT CRAZY. HE THOUGHT I HAD WRITTEN IT TO SOME OTHER GUY AND HE WOULD INTERROGATE ME ACCUSING ME AND WANTING ME TO ADMIT THAT I HAD WRITTEN IT TO SOME OTHER GUY. THERE WAS A NAME IN THE LETTER AND RON LOOKED IN THE PHONE BOOK AND TRIED TO LOOK THEM UP SO HE COULD GO AND CONFRONT THEM. RON DID THIS TO ME FOR HOURS. CONSTANTLY INTERROGATING ME ABOUT THE LETTER. RON YELLED REAL LOUD IN MY EAR AND HE SLAPPED ME IN THE FACE BECAUSE I WOULDN'T ADMIT THAT I WROTE THE LETTER, WHICH I DIDN'T. ON THURSDAY RON CONTINUED TO INTERROGATE ME AND AT ONE POINT HE TOOK A BASEBALL BAT AND DESTROYED MY KEYBOAR-PIANO ($125). RON HAD BOUGHT THE BAT BACK IN 1990 AND SAID HE USED IT FOR PROTECTION. BACK ON JANUARY 13, 1999 RON WAS CONFRONTING ME ABOUT HAVING EMBARRASSED HIM ABOUT SOME INCIDENT IN THE PAST. RON KEPT MENTIONING THAT HE WAS GOING TO CUT MY HAIR OFF FOR A WHILE WHEN HE WAS CONFRONTING ME. RON FINALLY WALKED UP BEHIND ME AND TOOK A PAIR OF SCIZZORS AND CUT OFF ABOUT 10 TO 12 INCHES OF MY HAIR. RON SEEMED RELIEVED AFTER HE DID IT. RON SAID HE WANTED TO MAKE

### NOTICE
(Penal Law Sec. 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this 15TH day of FEBRUARY, 19 99.

— OR —

*Subscribed and Sworn to before me

this _____ day of _____, 19 ____.

(SIGNATURE OF DEPONENT)
(WITNESS)
(NAME OF PERSON TAKING DEPOSITION)

TIME ENDED 5:38 p.m.

SUPPORTING DEPOSITION CONTINUATION SHEET

PEOPLE vs. RONALD G LIPTON 08/03/46

MAKE ME UNATTRACTIVE TO MEMBERS OF THE OPPOSITE SEX. RON USED A PAIR OF STAINLESS STEEL SCIZZORS TO CUT MY HAIR AND HE KEPT THE HAIR WHICH WAS SECURED TOGETHER AT THREE POINTS. WHEN I LEFT THE HOUSE WE HAD MOVED INTO AT 39 SOUTH DIX IN NEWBURGH ON FEB 6, 1999 THE HAIR AND THE SCIZZORS WERE BOTH STILL AT THE HOUSE. THE SCIZZORS WERE KEPT MOSTLY IN THE BATHROOM OR WITH HIS BELONGINGS. THE HAIR WAS KEPT IN HIS ROOM OR IN THE COMPUTER ROOM. RON TOOK ME TO FANTASTICS CUTS TO FIX MY HAIR AFTER HE CUT IT. TWO DAYS BEFORE I LEFT THE RESIDENCE RON AND BRETT, HIS SON TOOK MOST OF MY BELONGINGS AWAY FROM ME WITHOUT MY PERMISSION AND I DON'T KNOW WHAT THEY DID WITH THEM. RON TOOK SOME OF MY BELONGINGS INCLUDING MY BIRTH CERTIFICATE AND SOME CLOTHES AND PUT THEM INTO A PLASTIC BAG AND I DON'T KNOW WHAT HE DID WITH THEM EITHER. ON WEDNESDAY OR THURSDAY RON CUT UP A PAIR OF BLACK AND FLORAL PRINT PANTS THAT BELONGED TO ME. RON DIDN'T LIKE THEM BUT I REALLY LIKE THOSE PANTS AND I DIDN'T GIVE HIM PERMISSION TO CUT UP THOSE PANTS. ON FRIDAY RON CONTINUED TO INTERROGATE ME ABOUT THAT SAME LETTER. HE CONTINUED TO ACCUSE ME OF WRITING THE LETTER TO SOME OTHER GUY. LATER IN THE DAY OR EARLY EVENING RON PUNCHED ME IN THE STOMACH AND SLAPPED ME IN THE SIDE OF MY HEAD AND FACE. RON WAS ALWAYS CAREFUL NOT TO LEAVE ANY MARKS BUT HE DIDN'T CARE ABOUT HITTING ME HARD IN THE STOMACH BECAUSE THERE WOULDN'T BE ANY MARKS. ALSO ON FRIDAY NIGHT LEADING INTO SATURDAY MORNING , FEBRUARY 5TH AND 6TH RON AGAIN CUT MY HAIR WITHOUT MY PERMISSION, RON DID THIS ON TWO SEPARATE OCCASIONS. THE FIRST TIME HE CUT THE SIDES OF MY HAIR AND THEN SOME TIME LATER HE AGAIN TOOK THE STAINLESS STEEL SCIZZORS AND CUT THE TOP OF MY HAIR. RON HAD A RAZOR AND SHAVING CREAM IN HIS HANDS AND I THOUGHT HE WAS GOING TO SHAVE MY HEAD. AT SOME POINT DURING THE NIGHT RON PRODUCED ANOTHER NOTE THAT HE HAD GOTTEN FROM THE STORAGE UNIT. THIS NOTE I ACTUALLY DID WRITE. RON WAS YELLING AT ME ABOUT THIS NOTE AND THEN COATED IT WITH VASELINE AND INSERTED IT INTO MY RECTUM USING HIS FINGER. RON TRIED TO GET IT OUT A LITTLE LATER BUT HE COULDN'T SO HE LEFT IT THERE FOR A WHILE. ALSO DURING THAT PERIOD OF TIME RON TOLD BRETT TO BRING IN THE DOG FECES FROM WHEN HE WALKED THE DOG. WHEN BRETT BROUGHT IT IN, RON TOOK IT AND SHOVED INTO MY MOUTH TRYING TO GET ME TO ADMIT TO WRITING THAT LETTER. I SPIT IT OUT AND DIDN'T SWALLOW ANY OF IT. AFTER THAT I WENT INTO THE BATHROOM TO CLEAN OUT MY MOUTH. I USED MOUTH WASH AND THEN BRUSHED MY TEETH USING RON'S TOOTH BRUSH. WHEN RON SAW ME USING HIS TOOTH BRUSH HE TOOK IT FROM ME, COATED IT WITH VASELINE AND INSERTED THAT INTO MY RECTUM ALSO. A SHORT TIME AFTER THIS RON AND BRETT TOOK A LITTLE BREAK AND WATCHED SOME TV. THE NEXT THING THAT HAPPENED WAS THAT RON TOLD ME TO GET INTO THE CLOSET. HE OPENED UP THE DOOR AND TOLD ME TO GET IN AND THEN HE CLOSED THE DOOR BEHIND ME AND HE PUT SOME OF HIS WEIGHTS IN FRONT OF THE DOOR SO I COULDN'T GET OUT. I THINK I WAS IN THE CLOSET TEN TO TWENTY MINUTES AND THEN RON LET ME OUT. A SHORT TIME LATER RON TOLD BRETT TO GET THE HANDCUFFS. WHEN BRETT CAME BACK WITH THE HANDCUFFS HE CHECKS TO SEE IF THE HANDCUFFS ACTUALLY WORKED, WHICH THEY DID. ONE OTHER TIME RON HANDCUFFED ME. ABOUT A YEAR AGO, WHEN HE WAS LIVING IN WALDEN AND I WAS AT HIS HOUSE. THAT TIME IT AGAIN WAS OVER HIS IDEA ABOUT ME AND OTHER GUYS. THIS TIME RON AND BRETT HANDCUFFED ME BEHIND MY BACK. WHEN I WAS HANDCUFFED BEHIND MY BACK RON TOOK OFF MY PANTS AND REMOVED THE PIECE OF PAPER FROM MY RECTUM USING HIS FINGERS AGAIN. AFTER THAT RON TRIED TO PUT THE PIECE OF PAPER IN MY MOUTH BUT HE COULDN'T GET IT IN THERE. AFTER THAT RON AND BRETT TOOK SOME DUCT TAPE AND A DISH TOWEL AND PUT IT IN MY MOUTH AND TAPED MY MOUTH. THEY HAD ME HANDCUFFED AND MY MOUTH TAPED FOR A LITTLE WHILE AND THEN THEY TAKE THEM OFF. AFTER THAT I GET MY PANTS BACK ON AND GET SOME THINGS TOGETHER AND WHILE RON IS IN THE BATHROOM I BOLTED OUT OF THE HOUSE AND FLED. THIS WAS ABOUT 5:00AM. I MADE MY WAY TO INTERSTATE 84 AND THEN TO 9W AND I EVENTUALLY MADE MY WAY UP THROUGH MARLBORO, HIGHLAND, KINGSTON AND I MADE IT TO MY PARENTS HOUSE BY ABOUT 8:15AM.. WHILE WE WERE LIVING AT THE HOUSE IN WALDEN I NOTICED A HANDGUN AND THREE SEPERATE GUN

NOTICE

(Penal Law Sec.210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this  15TH  day of  FEBRUARY , 19  99 .

-- OR --

*Subscribed and Sworn to before me

this _____ day of _____ , 19 ____

(SIGNATURE OF DEPONENT)

(WITNESS)

(NAME OF PERSON TAKING DEPOSITION)

TIME ENDED  5 : 38  pm

SUPPORTING DEPOSITION CONTINUATION SHEET

PEOPLE vs. RONALD G LIPTON 08/08/46

CASES AT THAT HOUSE. I HAVEN'T NOTICED THEM WHILE WE WERE AT THE DIX ST HOUSE BUT RON WOULDN'T LET ME INTO HIS COMPUTER ROOM AND HE WOULD PROBABLY KEEP SOMETHING LIKE THAT IN THERE.

### NOTICE
(Penal Law Sec.210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this __15TH__ day of __FEBRUARY__, 19 __99__.

— OR —

*Subscribed and Sworn to before me

this _____ day of _____, 19 ____.

(SIGNATURE OF DEPONENT)

(WITNESS)

(NAME OF PERSON TAKING DEPOSITION)

TIME ENDED 5:38 pm

COURT —————— TOWN —— OF —— Newburgh

THE PEOPLE OF THE STATE OF NEW YORK      **[FELONY COMPLAINT]**
--VS--
Ronald G. Lipton      Date of Birth 08/08/46

Defendant(s)

BE IT KNOWN THAT, by this [ FELONY COMPLAINT ], INV MICHAEL P VAZQUEZ as the Complainant herein, [stationed] [residing] at SP NEWBURGH accusess Ronald G Lipton the above mentioned Defendant(s), with having committed the [ ] of AGGRAVATED SEXUAL ABUSE 3RD, in violation of Section 130.66 Subdivision A of the PENAL Law of the State of New York.

That on or about the 5TH day of FEBRUARY, 1999, at about 11:45PM in the TOWN of Newburgh, County of Orange, the defendant(s) did intentionally, knowingly and unlawfully commit the FELONY of Aggravated Sexual Abuse 3rd. A person is guilty of Aggravated Sexual Abuse 3rd when he inserts a foriegn object in the vagina,urethra,penis or rectum of another person; by forcible compulsion. TO WIT: at or around the aforementioned date and time, while in the residence located at 39 South Dix St in the Town of Newburgh, the defendant did insert a piece of note paper into the rectum of another by forcible compulsion. All contrary to the above cited section of law.

The above allegations of fact are made by the Complainant herein (on direct knowledge and/or upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of:Paula K Wrolsen

WHEREFORE, Complainant prays that a Warrant be issued for the arrest of the said Defendant(s).
--OR--
WHEREAS, an Appearance Ticket was issued to the said Defendant(s), directing [him][her][them] to appear before this court at [ ] [a.m.][p.m], on the [ ] day of [ ], 19[ ].

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this 15th day of February, 1999

--OR--

Subscribed and Sworn to before me
this _____ day of _____, _____

COMPLAINANT - INV MICHAEL P VAZQUEZ

[ ] - STRIKE OUT/DELETE ANY WORDS THAT DO NOT APPLY

THE PEOPLE OF THE STATE OF NEW YORK ) [FELONY COMPLAINT]
--VS-- )
) Date of Birth
Ronald G Lipton 08/08/46
)
)
)
)
Defendant(s) )

BE IT KNOWN THAT, by this [ FELONY COMPLAINT ], INV MICHAEL P VAZQUEZ as the Complainant herein, [stationed] [~~working~~] at SP NEWBURGH accuses Ronald G Lipton the above mentioned Defendant(s), with having committed the [ ] of AGGRAVATED SEXUAL ABUSE 3RD, in violation of Section 130.66 Subdivision A of the PENAL Law of the State of New York.

That on or about the 6TH day of FEBRUARY, 1999, at about 2:35AM in the TOWN of Newburgh, County of Orange, the defendant(s) did intentionally, knowingly and unlawfully commit the FELONY of . Aggravated Sexual Abuse 3rd. A person is guilty of Aggravated Sexual Abuse 3rd when he inserts a foriegn object in the vagina,urethra,penis or rectum of another person; by forcible compulsion. TO WIT: at or around the aforementioned date and time, while in the residence located at 39 South Dix St in the Town of Newburgh, the defendant did insert a toothbrsh into the rectum of another by forcible compulsion. All contrary to the above cited section of law.

The above allegations of fact are made by the Complainant herein [on direct knowledge and/or upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of:Paula K Wrolsen

WHEREFORE, Complainant prays that a Warrant be issued for the arrest of the said Defendant(s).
--OR--
WHEREAS, an Appearance Ticket was issued to the said Defendant(s), directing [him][her][them] to appear before this court at [ ] [a.m.][p.m], on the [ ] day of [ ], 19[ ].

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this 15th day of February, 1999

--OR--

Subscribed and Sworn to before me
this _____ day of _____,

_Inv. MPP Vazquez_
COMPLAINANT - INV. MICHAEL P VAZQUEZ

[ ] - STRIKE OUT/DELETE ANY WORDS THAT DO NOT APPLY

|  |  |  |  |
|---|---|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK | | [ INFORMATION ] |
| -VS- | Date of Birth | |
| Ronald G Lipton | 08/08/46 | |
| Brett A Lipton | 02/13/74 | |
| | Defendant(s) | |

**ACCUSATION**

BE IT KNOWN THAT, by this [ INFORMATION ], INV MICHAEL P VAZQUEZ as the Complainant herein, [stationed] [residing] at SP NEWBURGH accusess Ronald G Lipton and Brett A Lipton the above mentioned Defendant(s), with having committed the [ MISDEMEANOR ] of UNLAWFUL IMPRISONMENT 2ND, in violation of Section 135.05 Subdivision 0 of the PENAL Law of the State of New York.

That on or about the 6TH day of FEBRUARY, 1999, at about 2:30AM in the TOWN of Newburgh, County of Orange, the defendant(s) did intentionally, knowingly and unlawfully commit the MISDEMEANOR of UNLAWFUL IMPRISONMENT 2ND. A person is guilty of unlawful imprisonment in the second degree when he restrains another person. TO WIT: on the aforementioned time, date and place said defendant did, while inside the residence located at 39 South Dix Ave, restrain another person using handcuffs and duct tape. All contrary to the above cited section of law.

**FACTS**

The above allegations of fact are made by the Complainant herein [on direct knowledge and/or upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of:Paula K Wrolsen

WHEREFORE, Complainant prays that a Warrant be issued for the arrest of the said Defendant(s).
—OR—
WHEREAS, an Appearance Ticket was issued to the said Defendant(s), directing [him][her][them] to appear before this court at [ ] [a.m.][p.m], on the [ ] day of [ ], 19[ ].

**NOTICE**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury this 15th day of February, 1999

—OR—

Subscribed and Sworn to before me this _____ day of _____

COMPLAINANT - INV MICHAEL P VAZQUEZ

[ ] - STRIKE OUT/DELETE ANY WORDS THAT DO NOT APPLY