WARRANT OF ARREST
C.P.L. 120.10—120.90                    FORM NO. 169            COPYRIGHT 1987
                                                                 WILLIAMSON LAW BOOK CO., ROCHESTER, N.Y.

STATE OF NEW YORK : COUNTY OF __ORANGE__

__Justice__ COURT __Town__ OF __NEWBURGH__

# Warrant of Arrest

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK:

To any Police Officer of the __New York State Police of Town of Newburgh Police__ Department.

_____, N.Y.

An Accusatory Instrument having been this day laid before this court, that the offense of __PL § 135-05 - Unlawful Imprisonment__

has been committed, and accusing __Brett A. Lipton__, defendant thereof.

YOU ARE, THEREFORE, COMMANDED forthwith to arrest the above named __Brett A. Lipton__

and bring h__im__ before this court at __311 Route 32__

in the __Town__ of __Newburgh__

County of __Orange__, N.Y.

Issued this __15th__ day of __February__, 19 __99__.

_____
Judge - Justice
Jeffrey Rosenwasser

05/17/2001  17:06  9142912125          OCDA                                    PAGE  03/03
                                    T NEWBURGH JUSTICE COURT

WARRANT OF ARREST                    FORM NO. 169         COPYRIGHT 1987
                                                          WILLIAMSON LAW BOOK CO., ROCHESTER, N.Y.

STATE OF NEW YORK : COUNTY OF __Orange__
__Justice__ COURT __Town__ OF __Newburgh__

# Warrant of Arrest

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK:

To any Police Officer of the __New York State Police or Town of Newburgh Police__ Department __Newburgh__, N.Y.

An Accusatory Instrument having been this day laid before this court, that the offense of __PL § 130.66(A) - Aggravated Sexual Abuse 3rd° (2 counts), and PL § 135.05 - Unlawful Imprisonment__

has been committed, and accusing __Ronald G. Lipton__, defendant thereof

YOU ARE, THEREFORE, COMMANDED forthwith to arrest the above named __Ronald G. Lipton__

and bring him before this court at: __311 Route 32, Town of Newburgh__

in the _____ of _____
County of __Orange__, N.Y.

Issued this __15th__ day of __February__, 19__99__

_____
Judge - Justice
JEFFREY RISTAU WERNER



# Ulster County Sheriff's Office

| | | |
|---|---|---|
| **J. Richard Bockelmann**  *Sheriff*  **George A. Wood**  *Undersheriff* | 129 Schwenk Drive  Kingston, New York  12401  www.ucsheriff.org | Administration 340-3802  Criminal Division 338-3640  Corrections Division 340-3644  Civil Division 340-3643  Pistol Licenses 340-3639  Juvenile Aid / D.A.R.E. 340-3570  Training 340-3802  Crime Tip Hotline 340-3599  Fax 340-3718 |

I, Christine Buenzow Records Coordinator of the Ulster County Sheriff's Office, Golden Hill Drive, Kingston New York 12401, do hereby certify and authenticate as provided by Rule 4518, subdivision C, Civil Practice Law and Rules, that the information annexed hereto is a copy of our records on file at the Ulster County Sheriff's Office which I have in my possession, custody and control.

I further certify that the original records were made and kept in the regular course of business by the Ulster County Sheriff's Office.

Date *Mar 16, 2001*

*Christine M Buenzow*
CHRISTINE M. BUENZQW
Records Coordinator

```
                    INMATE IDENTIFICATION          02/17/99 JMS 03.10
                    ---------------------

LAST NAME : LIPTON              LOCAL INMATE #: 990315    LOCAL BOOK#:
FIRST NAME : BRETT    MID: A  SUFF:       IC#: 004097          BC#: 9905815
BOOKING DATE 02/15/99   BOOKING TIME 05:31

    NYSID #: 08484397Q              DOB: 02/13/74         AGE: 25
    FBI #  : 0000000000             COB: LIVINGSTON       SOB: NY
    SS #   : 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
                                    PHYSICAL ODDITIES (SCARS/MARKS/TATTOOS)
                                        TAT ON RT ARM

   # ALIASES : 000    # MEMOS    : 000
   # BOOKING : 001    # ACTIVE BK: 0
   CAUTION INDICATOR :
   STREET: 39 SOUTH DIX AVE               EMERGENCY NOTIFICATION? Y
   CITY  : NEWBURGH                          LAST NAME : LIPTON
   STATE : NY    ZIP: 12550-0000             FIRST NAME: RONALD
   PHONE : (914) 469-4479                    MIDDLE    :      SUFF :
                                             STREET    : 39 SOUTH AVE
   SEX    : M       MOUSTACHE: N             CITY      : NEWBURGH
   HEIGHT : 5' 11"  BEARD    : N             STATE     : NY  ZIP: 12550-0000
   WEIGHT : 160     SKIN     : LIGHT         PHONE-HOME: (914) 469-4479
   HAIR   : BROWN   RACE     : WHITE               WORK: (000) 000-0000
   EYES   : BLUE    ETHNICITY: NOT HISPNC    RELATIONSP: FATHER
```

```
                    INMATE BOOKING INFORMATION          02/17/99 JMS 03.10
                    -------------------------------
LAST NAME : LIPTON              LOCAL INMATE #: 990315    LOCAL BOOK#:
FIRST NAME : BRETT     MID: A  SUFF:    IC#: 004097            BC#: 9905815
BOOKING DATE 02/15/99   BOOKING TIME 05:31
  ARRESTING:                             CITIZENSHIP: UNITED STATES
    AGENCY : WOODSTOCK                   MARITAL     : SINGLE
  Transporting                           RELIGION    : CATHOLIC
    Agency : WOODSTOCK PD                EDUCATION   : G12
    Officer: HELSMORTEL      Bdg #: 312  READ/WRITE  : Y
  BOOKING                                EMPLOYED    : N
    OFFICER: SINGER                      OCCUPATION  : UNKNOWN
    BADGE #: 501                       CLASSIFICATION
  PAT SEARCH                             STATE   : ADULT
    OFFICER: SINGER                      LOCAL   : ADULT
    BADGE #: 501                         CASH WHEN BOOKED  :      $15.9q
  HYGIENE SEARCH                           BANK BALANCE    : -      $.0
    OFFICER: SINGER                      CONDITION WHEN BKED: N
    BADGE #: 501                         INJURED WHEN BKED? : N
                                         ILLNESS WHEN BKED? : Y
  BOOKING REMARKS                        MEDICATION?        : Y
  INM WENT THROUGH ORANGE CT POLICE ACADEMY
Incarceration
Floor #: 1              Cell #: 2         Qualifr: MED
Block #: RT DET         Type : AM
Booking Notes:                                   Boarded In
INITAL CALL COMPLETED                            From     :
INM HAS GONE THROUGH ORANGE CTY
POLICE ACADEMY                                   Date In : 00/00/00
PLACED IN PROTECTIVE CUSTODY PER SGT             Date Out: 00/00/00
TAYLOR                                           Boarded Out
                                                 To       :
See Memos for more information.
                                                 Date Out: 00/00/00
                                                 Date In : 00/00/00
    SEVEREST CHARGE PRE SENT : CRIM POSS WEAP-3RD DEG
    SEVEREST CHARGE SENTENCE :                       # CHARGES: 001

  DAYS TO BE SERVED         : 000    DAYS SERVED        RELATED BOOKING
    PRIOR JAIL TIME - CALC : 000      UNSENTENCED: 003   CONTROL NUMBER:
    PRIOR JAIL TIME - ADJ  : 00(      TOTAL      : 003      0000000
  MAXIMUM RELEASE DATE      : 00/00/00   NOTIFY DATE   : 00/00/00
    GOOD TIME               : 000       INTERMITTENT?  : N
    WEEKEND & HOLIDAY - ADJ : 00(       STATE READY?   : N
  CONDITIONAL RELEASE DATE  : 00/00/00  JAIL & PROBATION?: N
  FINAL RELEASE DATE        : ▓▓▓▓▓▓    CORAM NOBIS?   : N
  FINAL RELEASE TIME        : 20:00     CIVIL PRISONER?: N
  RELEASE OFFICER           : OFFICER S HILL  FEDERAL PRISONER?: N
  RELEASE OFFICER BADGE #   :                 PAROLE VIOLATOR? : N
                                              NEW ARREST AND
CONFIRMED IDENTITY/HOLDS?: Y                  PAROLE VIOLATOR?: N
INMATE HOLDS  : WARRANT REC'D 02-15-99 SP NEWBURGH
RELEASE REMARKS: INMATE RELEASED AT T/WOODSTOCK COURT TOT SP NEWBURGH
```

*B-N-S Q542* (handwritten)

```
                        CHARGES ON FILE         02/17/99 JMS 03.10
                        ------------------
  NAME : LIPTON              LOCAL INMATE #: 990315   LOCAL BOOK#:
ST NAME : BRETT        MID: A  SUFF:      IC#: 004097         BC#: 9905815
KING DATE 02/15/99     BOOKING TIME 05:31

GE   CHARGE DESCRIPTION            DATE CLOSED         DOCKET #    # OF DAYS
ER   SENTENCE/PRESENTENCE          REASON CLOSED       INDICTMENT #  SENTENCED
---------------------------------------------------------------------------

                                   02/17/99                            000
     CRIM POSS WEAP-3RD DEG        BY COURT
```

ainant prays that a Warrant be issued for the arrest of the said Defendant(s).
       —OR—
rance Ticket was issued to the said Defendant(s), directing [him][her][them] to appear before this
on the [ ] day of [ ], 19[ ].

t, any person who knowingly makes a false statement which such person does not believe to be
crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

of perjury
ebruary_____, 1999
—OR—

WHEREFORE, Comp

WHEREAS, an Appea
court at [ ] [a.m.][p.m],

In a written instrumen
true has committed a
Affirmed under penalt
this 15th day of F

02/15/1999  21:10   914-567-7783        NYSP NEWBURGH              PAGE  03

WARRANT OF ARREST
C.P.L. 127.10—120.90                  FORM NO. 169          COPYRIGHT 1977
                                                            WILLIAMSON LAW BOOK CO., ROCHESTER, N.Y. 14609

STATE OF NEW YORK   COUNTY OF _____ Orange _____

_____ Justice _____ COURT   Town _____ OF _____ Newburgh _____

# Warrant of Arrest

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK

To any Police Officer of the _____

_____ Town _____ of _____ Newburgh _____ , _____

An accusatory instrument having been this day filed before this court, that the offense of _____

_____ PL § 120.14 — Menacing in the 2nd degree _____

has been committed and accusing _____ Brett A. Lipton _____ , defendant

YOU ARE, THEREFORE, COMMANDED forthwith to arrest the above named _____

_____ Brett A. Lipton _____

and bring him/her before this court at: _____ 311 Rock St _____

in the _____ Town _____ of _____ Newburgh _____

County of _____ Orange _____

Issued this _____ 15th _____ day of _____ February _____ 19 99

99-5815
**received**
2-15-99 @ 2115

_____ (signature) _____
Judge / Justice

Jeffrey Russell Werner