A836—Certificate of Disposition  
New York Courts

Copyright 1984 by Gould Publications  
199/300 State Street, Binghamton, NY 13901

**STATE OF NEW YORK**  
**COUNTY OF** ULSTER  
**COURT** WOODSTOCK JUSTICE COURT

**THE PEOPLE OF THE STATE OF NEW YORK**

v.

*Defendant(s)*  
RONALD LIPTON  
D.O.B. 8/8/46  
ARREST DATE 2/14/99

**CERTIFICATE OF DISPOSITION**

*I certify that the above named defendant having appeared before this Court charged with the offense(s) of* C.P.W. 3° *, in violation of section(s)* 265.02(4) *of the* PENAL *Law of the State of New York, and a proper request for official statement of disposition having been received, this is to certify that the charge(s) aforesaid were, on the* 26TH *day of* MAY *, 19* 99 *, disposed of by:*

REDUCED TO C.P.W. 4° IN VIOLATION OF §265.01 OF THE PENAL LAW AND THEN DISMISSED. SEALED 160.50CPL.

*and that the defendant was sentenced:*

JUNE 2, 1999

*[signature]*

~~Judge/Justice~~/Clerk

*NOTE: A copy of the request should be filed with this certificate in the court's records of the case.*

*CAUTION: This information must not be divulged where a seal order under CPL §160.50 has issued or where the defendant has been adjudicated a youthful offender.*

Copies should be sent to the following:____Court,____Defendant,____Agency,____District Attorney

(rev. 84)

A836—Certificate of Disposition
New York Courts

Copyright 1984 by Gould Publications
199/300 State Street, Binghamton, NY 13901

**STATE OF NEW YORK**
**COUNTY OF** ULSTER
**COURT** WOODSTOCK JUSTICE COURT

**THE PEOPLE OF THE STATE OF NEW YORK**

v.

*Defendant(s)*
BRETT LIPTON

**CERTIFICATE OF DISPOSITION**

D.O.B. 2/13/74
ARREST DATE 2/14/99

*I certify that the above named defendant having appeared before this Court charged with the offense(s) of* C.P.W. 3°, *in violation of section(s)* 265.02(4) *of the* PENAL *Law of the State of New York, and a proper request for official statement of disposition having been received, this is to certify that the charge(s) aforesaid were, on the* 26TH *day of* MAY, 19 99, *disposed of by:*

REDUCED TO C.P.W. 4° IN VIOLATION OF §265.01 OF THE PENAL LAW AND THEN
DISMISSED. SEALED 160.50 CPL.

*and that the defendant was sentenced:*

JUNE 2, 1999

*[signature]*

~~Judge~~/~~Justice~~/Clerk

*NOTE: A copy of the request should be filed with this certificate in the court's records of the case.*

*CAUTION: This information must not be divulged where a seal order under CPL §160.50 has issued or where the defendant has been adjudicated a youthful offender.*

Copies should be sent to the following:____Court,____Defendant,____Agency,____District Attorney

(rev. 84)

Incorporated 1787
Zoned 1966

# TOWN of WOODSTOCK
76 TINKER STREET
WOODSTOCK, N.Y. 12498



*Colony of the Arts*

Justice Court
(914) 679-6345
Fax (914) 679-6826

Re: People v. Lipton

The above referenced case has been adjourned until March 17, 1999,

at 5:00 o'clock in the evening.

Hon. Richard J. Husted

Received by: [signature]    Dated: 2-17-99

**Note:** No requests for adjournments will be granted unless made 24 hours before the scheduled date.

# WOODSTOCK JUSTICE COURT
## 76 Tinker Street Woodstock, NY 12498    914-679-6345

**Town Justice**
**RICHARD J. HUSTED**

**Court Clerk**
**LINDA ROSE**



BRETT LIPTON
39 SOUTH DIX AVE
NEWBURGH NY12550

### NOTICE TO APPEAR
RE:
CRIM POSS WEAPON 3RD    (CR-3689    Ticket #:    )


YOUR APPEARANCE IS REQUIRED IN THIS COURT ON **WEDNESDAY, 5/26/99** AT **6:00 P.M.**

YOUR FAILURE TO APPEAR MAY RESULT IN A SUSPENSION OF YOUR DRIVERS LICENSE OR A WARRANT BEING ISSUED FOR YOUR ARREST.

**NO REQUESTS FOR ADJOURNMENT WILL BE GRANTED UNLESS MADE 24 HOURS BEFORE SCHEDULED DATE.  NO ADJOURNMENTS WILL BE GIVEN THE DAY A MATTER IS SCHEDULED.  PLEASE COMPLY. THANK YOU.**

JUSTICE:**RICHARD J. HUSTED**
DATE: **4/29/99**


MICHEAL CATALINOTTO, JR.
P.O.
KINGSTON NY