07/01/2003  11:51   914-679-6826   WOODSTOCK COURT   PAGE  03

**DEFENDANT'S NAME:** Lipton, Ronald
**LAST:** Lipton  **FIRST:** Ronald
**CO-DEFENDANTS:** CPW 265.01 R≠ CR.201 (D Felony) PL 265.03(4) Criminal possession of a Weapon 3°
MAPS/crack 3/86 (violation) PL 140.05 Trespass
**ARRESTING OFFICER:** Wooton
**DATE OF ARREST:** 2-14-99
**CHARGES:** (as above)
**DATE BAIL SET:** 2-15-99
**DATE OF BIRTH:** 08-08-46
**NYSID NO.:** 5608863P
**R#99-274**

### COURT ADJOURNMENT RECORD

| DATE | |
|---|---|
| 1-15-99 | Arraigned. Remanded VCI Bail $20,000/$40,000 TOP issued. 40A Hedrick contacted, to return 2-17-99 6 pm Prelim Hearing. Assigned PD |
| 2-14-99 | Trespass charge transferred to Town of Saugerties. Def. Prelim changed to 4pm per ADA. No need to actin notify. |
| 2-17-99 | Call from Peter's office - they will be representing the defendant. Prelim cancelled. Time changed to 5 pm. |
| 3-17-99 | ROR to return 3-17-99 5pm |
| 3-17-99 | adj 4-28-99 5 PM |
| 4-28-99 | adj on consent to 5-26-99 5 PM |
| 5-26-99 | Reduction to Crim poss of Weapon 4°  265.01 |
| **DISPOSITION** | |
| 5-26-99 | Dismissed |
| 5-21-99 | Richard Husted |
| | 6-2-99 cert of Disp BCW #14361 |
| | P.D. |
| | 9-2-02 pd copies of 2 JIS #314361 granted |
| 7-1-03 | Motion to unseal record granted |

**DEFENDANT'S ATTORNEY:** Peter Matera, Mark Cohanski, Thomas Peters, 71 maiden lane, Kingston NY 12401, 336-1162

**ASST D.A.:** Thomas Peters

07/01/2003  11:51  914-679-6826  WOODSTOCK COURT  PAGE 02

**DEFENDANT'S NAME:** Lipton, Brett
**CO-DEFENDANTS:** Lipton / Barrett
**ARRESTING OFFICER:** Wooton
**DATE OF ARREST:** 2-14-99
**DOCKET NO.:** R#99-265

**FIRST:** CR-3689 (D Felony) / CR-3690 violation
**CHARGES:** Pk. 265.02(4) Criminal Possession of a Weapon 3°; 140.05 Trespass

**DATE OF BIRTH:** 2-15-99 CASH 10
**DATE SEALED:** 03-13-?
**NYSID NO.:** 8484392G

### COURT ADJOURNMENT RECORD

| DATE | |
|---|---|
| 2-15-99 | Arraigned. Remanded UCJ 10,000/20,000 |
| | ADA Hollister contacted to return 2-18-99 6pm Prelim Hrg. |
| | TOP issued — Assigned counsel Barrett |
| 2-16-99 | Trespass charge transferred to Town of Saugerties |
| | Guilt prelim changed to 4pm per officer |
| | D.A. no need to adj. it in writing |
| 2-17-99 | Def has new counsel A. Co-defendant retained counsel. Prelim cancelled time |
| | changed to 5pm |
| 2-19-99 | RoR to reappear 3-17-99 6pm |
| 3-17-99 | adj to 4-28-99 6 pm |
| 4-28-99 | adj to 5-26-99 6 pm |
| 5-26-99 | Released on own Cogn. bail 265 ok |
| 6-3-99 | R. Lavelle + Husted |

**DISPOSITION**
| | |
|---|---|
| 9-1-03 | 9-20 physicians 250 #34634 |
| 9-1-03 | Motion to control record Grand Jury |
| | R. Lavelle / Husted |

DEFENDANT WAIVES THE READING OF HIS RIGHTS AND THE READING OF INFORMATION. YES / NO
✓ CHARGES(S) READ. IF V & T SUSP R/CR REVOCATION WARNING.
✓ COPIES FURNISHED
✓ YOU ARE ENTITLED TO AN ATTORNEY AT EACH AND EVERY STAGE OF THE PROCEEDINGS. DO YOU WISH AN ATTORNEY? YES / NO
✓ WHERE DEFENDANT CAN BE SENTENCED TO JAIL, EXCEPT TRAFFIC INFRACTION CASES, "IF YOU ARE WITHOUT FUNDS TO SECURE AN ATTORNEY, THE COURT WILL ASSIGN AN ATTORNEY." DO YOU WISH AN ASSIGNMENT? YES / NO

YOU ARE ENTITLED TO A SUPPORTING DEPOSITION ON A SIMPLIFIED INFORMATION. DO YOU WISH A SUPPORTING DEPOSITION? YES / NO

YOU ARE ENTITLED TO A TRIAL AT WHICH PEOPLE MUST PROVE THE CHARGES BEYOND A REASONABLE DOUBT. DO YOU WISH A TRIAL? YES / NO

IN MISDEMEANOR CASES, YOU ARE ENTITLED TO A TRIAL BY JURY AND ANY WAIVER MUST BE IN WRITING.

IN A FELONY CASE, YOU ARE ENTITLED TO A PRELIMINARY EXAMINATION ON WHETHER TO HOLD YOU FOR THE GRAND JURY. DO YOU WISH A PRELIMINARY EXAMINATION? YES / NO

IN OTHER THAN FELONIES, DO YOU WISH TO ENTER A PLEA IN THIS CASE? GUILTY OR NOT GUILTY

___ JURY TRIAL WAIVED.
___ SUPPORTING DEPOSITION REQUESTED.
___ SEALED Y.O.:
___ ORDER ASSIGNED COUNSEL
___ DEF. ADVISED OF RIGHTS UNDER CPL 170.10.

| FINE | REFUND | BAIL |
|---|---|---|
| AMOUNT | AMOUNT | AMOUNT |
| DATE | DATE | DATE |
| RECEIPT # | RECEIPT # | CHECK NO |

**ASST D.A.:** Peter Matera
**DEFENDANT'S ATTORNEY:**
Scott Barrett
215 Fair St
Kingston NY 12401
339-8500

Mike Catalinotto Jr
PO Box 180
Saugerties NY 12477
246-2????