UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RONALD LIPTON and BRETT LIPTON,

                              Plaintiffs,

    -against-

JOHN WOOTON, KEVIN LANE, EDWIN BREWSTER, TOWN OF WOODSTOCK, TOWN OF SAUGERTIES, GREG HULBERT, Chief of the Town of Saugerties Police Department, and JOHN DOE, an unidentified Town of Saugerties Police Officer,

                              Defendants.
------------------------------------------------------------------x

**AFFIDAVIT**

00 CIV 319 (HGM)(RFT)

STATE OF NEW YORK    )
                              ) SS:
COUNTY OF DUTCHESS   )

      DAVID L. POSNER, being duly sworn, deposes and says:

      1.    I am a member of the firm of McCabe & Mack LLP, attorneys for defendants. I submit this affidavit in support of their application for summary judgment.

      2.    Annexed hereto as <u>Exhibit "A"</u> is a copy of plaintiffs' complaint and annexed as <u>Exhibit "B"</u> is defendants' answer.

      3.    Also submitted as exhibits in support of the motion are true copies of documents provided to this office by defendants maintained by the Town of Woodstock Police Department in the ordinary course of its business with respect to

the issues raised in this case and by the Town of Woodstock Justice Court and Ulster County Jail.

        _S/David L. Posner_
        DAVID L. POSNER (601389)

Sworn to before me this
3rd day of July, 2003.

_s/Louise A. Pezanowski_
Notary Public

    LOUISE A. PEZANOWSKI
Notary Public, State of New York
      No. 4837382
  Qualified in Dutchess County
Commission Expires Aug. 31, 2005