UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RONALD LIPTON and BRETT LIPTON,    **AFFIDAVIT**

                         Plaintiffs,

                                                         00 CIV 319 (HGM)(RFT)
   -against-

JOHN WOOTON, KEVIN LANE, EDWIN BREWSTER and
TOWN OF WOODSTOCK,

                        Defendants.
------------------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF ULSTER     )

      Harry Baldwin, being duly sworn, deposes and says:

      1.     I am currently the Chief of the Town of Woodstock Police Department and submit this affidavit in connection with its application for partial summary judgment in this case.

      2.     I reviewed the department's work scheduled for February 19, 1999 and it documents that John Wooton, worked the "C-line" shift, 3:00 p.m. to 11:00 p.m. on February 14, 1999. Thereafter, he was not scheduled to work again until the C-line shift on Wednesday, February 17, 1999.

                                                    *S/Harry Baldwin*
                                                  HARRY BALDWIN

Sworn to before me this
13th day of June, 2003.

   S/Katherine S. Longyear
Notary Public

     KATHERINE S. LONGYEAR
Notary Public, State of New York
  Qualified in Ulster County
      Reg. #4975264
Commission Expires Dec. 3, 2006