UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RONALD LIPTON and BRETT LIPTON,

                          Plaintiffs,

    -against-

JOHN WOOTON, KEVIN LANE, EDWIN BREWSTER and
TOWN OF WOODSTOCK,

                          Defendants.
------------------------------------------------------------------------x

**AFFIDAVIT**

00 CIV 319 (HGM)(RFT)

STATE OF NEW YORK    )
                          ) SS:
COUNTY OF ULSTER    )

    GEORGE FRANCE, being duly sworn, deposes and says:

    1.    I am employed as a civilian dispatcher for the Woodstock Police Department. I have held this position for 30 years. I was on duty on February 14, 1999 working the "C-Line" shift, 4:00 p.m. to midnight.

    2.    In communications at the police department we have the capability of monitoring the radio transmissions and dispatches of the neighboring Saugerties Police Department and also regularly maintain telephone communications with it. We also have direct radio communications with the patrol vehicles of the Woodstock officers.

    3.    Sometime shortly after beginning my shift on February 14, I received a radio call from part-time Woodstock patrol officer John Wooton indicating that he had a request from a motorist for directions to Wrolsen Road in the Town of Saugerties and could I help him out. I live in that area and I presume that is why Officer Wooton thought to call me for assistance. I provided him with the desired directions.

    4.    Within approximately 45 minutes radio traffic began within the Saugerties Police Department indicating that it had dispatched a patrol unit to Wrolsen Road on a trespass complaint. Shortly thereafter I received a radio call from Officer Wooton asking me to inquire of the Saugerties Police Department what specifically was going on as he recognized the vehicle

being described by Saugerties as the one to which he had just given directions to Wrolsen Road.

5. I contacted the Saugerties Police Department by phone and was advised that it expected to have a signed complaint for trespass as the complaining witness was coming to the station to sign a complaint.

6. I relayed this information to Officer Wooton who indicated he had the vehicle under surveillance but would not approach it unless he was advised there was a signed complaint. He asked me to stay on the phone with Saugerties and keep him posted in this regard.

7. Shortly thereafter I was advised by the Saugerties Department that a complaint had been signed for trespass against both occupants of the vehicle and I relayed this information to Officer Wooton. There also was a direct radio communication from Saugerties containing this information.

8. Shortly thereafter Officer Wooton radioed the department and advised that he had the subjects in custody and was bringing them to the station.

                                                    *S/George France*
                                                    GEORGE FRANCE

Sworn to before me this
10th day of June, 2003.

*S/Clayton Keefe*
Notary Public

    CLAYTON KEEFE
     Notary Public
    State of New York
 Qualified in Ulster County
    Reg. #4974877
Commission Expires Nov. 26, 2006