COPY    1

1

2  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF NEW YORK
3  ---------------------------------------------------------X
   RONALD LIPTON and BRETT LIPTON,
4
                                    Plaintiffs,
5
             -against-            00 Civ. 319(LEK)(RWS)
6
   JOHN WOOTON, KEVIN LANE, EDWIN BREWSTER, THE TOWN OF
7  WOODSTOCK, TOWN OF SAUGERTIES, GREG HULBERT, CHIEF
   OF THE TOWN OF SAUGERTIES POLICE DEPARTMENT and JOHN
8  DOE, AN UNIDENTIFIED TOWN OF SAUGERTIES POLICE OFFICER,

9                                  Defendants.
   ---------------------------------------------------------X

10

11                  EXAMINATION BEFORE TRIAL

12

13
   of the Defendant, JOHN WOOTON, held on October 15th,
14
   2002, commencing at 10:20 a.m., at the offices of Valley
15
   Reporting Service, 115 Green Street, Kingston, New York,
16
   before Kimberly Burke, a Shorthand Reporter and Notary
17
   Public in and for the State of New York.
18

19
                    * * * * * * *
20

21

22
   ---------------------------------------------------------
23            VALLEY REPORTING SERVICE
                    115 Green Street
24            Kingston, New York  12401
                    (845) 331-4020
25

2

 1

 2    A P P E A R A N C E S

 3
                    ROBERT N. ISSEKS, ESQ.
 4                  Co-Counsel for the Plaintiffs
                    6 North Street
 5                  Middletown, New York 10940

 6                  ALEX SMITH, ESQ.
                    Co-Counsel for the Plaintiffs
 7                  41 Dolson Avenue
                    Middletown, New York 10940
 8
                    McCABE & MACK, LLP
 9                  Attorneys for the Defendants
                    John Wooton, Kevin Lane, Edwin Brewster
10                  and the Town of Woodstock
                    63 Washington Street
11                  P.O. Box 509
                    Poughkeepsie, New York 12602
12
                      BY:   DAVID L. POSNER, ESQ.,
13                          of Counsel

14                  PHELAN, BURKE & SCOLAMIERO
                    Attorneys for the Defendants
15                  Greg Hulbert and the Town of
                    Saugerties
16                  302 Washington Avenue Extension
                    P.O. Box 15085
17                  Albany, New York 12212

18                    BY:   GERALD D. D'AMELIA JR., ESQ.
                            of Counsel
19

20    A L S O    P R E S E N T:

21                  RONALD LIPTON
                    BRETT LIPTON
22                  KEVIN LANE
                    EDWIN BREWSTER
23                  GREG HULBERT

24

25

3

1

2                           S T I P U L A T I O N S

3

4              IT IS HEREBY STIPULATED AND AGREED by

5    and between the counsel for the respective parties

6    hereto that all rights provided by the C.P.L.R.,

7    including the right to object to any question,

8    except as to the form, or to move to strike any

9    testimony at this examination, are reserved; and,

10   in addition, the failure to object to any question

11   or to move to strike testimony at this examination

12   shall not be a bar or waiver to make such a motion

13   at, and is reserved for, the trial of this action.

14          IT IS FURTHER STIPULATED AND AGREED that this

15   examination may be signed and sworn to by the

16   witness being examined, before a Notary Public

17   other than the Notary Public before whom this

18   examination was begun, but the failure to do so,

19   or to return the original of this examination to

20   counsel, shall not be deemed a waiver of rights

21   provided by Rules 3116 and 3117 of the C.P.L.R.,

22   and shall be controlled thereby.

23              IT IS FURTHER STIPULATED AND AGREED that

24   the filing of the original of this examination

25   shall be and the same is hereby waived.

4

1

2                          JOHN WOOTON,

3         having been first duly sworn by the Notary Public,

4         was examined and testified as follows:

5                    * * * * * * * *

6    EXAMINATION BY MR. ISSEKS:

7    Q.    Officer Wooton, where are you employed?

8    A.    With the Woodstock Police Department.

9    Q.    How long have you been employed there?

10   A.    Since 1990.

11   Q.    What is your present office in the Woodstock

12         Police Department?

13   A.    Police officer.

14   Q.    Is that how you were employed since 1990?

15   A.    Yes.

16   Q.    Were you on duty on February 14th, 1999?

17   A.    Yes.

18   Q.    What was your shift on that day?

19   A.    3:00 p.m. to 11:00 p.m.

20   Q.    What were your duties on that shift?

21   A.    Patrol.

22   Q.    Routine patrol?

23   A.    Yes.

24   Q.    Did there come a time when you met the plaintiffs

25         in this lawsuit, Ronald Lipton and Brett Lipton,

5

1    JOHN WOOTON

2          on February 14th, 1999?

3    A.   Yes.

4    Q.   What time was that?

5    A.   Approximately 4:30.

6    Q.   In the afternoon?

7    A.   Yes.

8    Q.   Did you ever meet either Ron or Brett Lipton prior

9          to that time?

10   A.   No.

11   Q.   Had you ever heard of them prior to that time?

12   A.   No.

13   Q.   Did you meet both Ronald and Brett Lipton at 4:30

14         in the afternoon of February 14th, 1999 or just

15         one of them?

16   A.   Just one of them at the first meeting.

17   Q.   Where was that?

18   A.   On Glasco Turnpike in the Town of Woodstock.

19   Q.   Were you with any other officer when you met --

20         who was it Ron or Brett?

21   A.   Ronald.

22   Q.   When you met Ron Lipton at 4:30 on Glasco

23         Turnpike, were you with any other officer?

24   A.   No.

25   Q.   Where were you located on Glasco Turnpike when you

```
1    JOHN WOOTON

2           met Ron Lipton?

3    A.    I was at a traffic stop, I had another vehicle

4           pulled over.

5    Q.    When you met Ron Lipton, where was he?

6    A.    He pulled up behind my patrol unit and walked to

7           my vehicle.

8    Q.    Did you observe whether he was the driver?

9    A.    Yes, he was the driver.

10   Q.    What was he driving?

11   A.    A black vehicle.

12   Q.    Where in relation to your vehicle did Mr. Lipton

13          drive his vehicle?

14   A.    He parked directly behind my vehicle.

15   Q.    Did he immediately get out of his vehicle?

16   A.    Yes.

17   Q.    When he got out of his vehicle and approached you,

18          were you in your vehicle or were you somewhere

19          else?

20   A.    I was in my vehicle.

21   Q.    What were you doing?

22   A.    I believe I was issuing a summons.

23   Q.    The person to whom you were issuing the summons,

24          were they still at that location?

25   A.    Yes.
```

1   JOHN WOOTON

2   Q.   Where was that person?

3   A.   In their vehicle.

4   Q.   And was that in front of yours?

5   A.   Yes.

6   Q.   What happened when Mr. Lipton came up to you when

7        you were in your vehicle?

8   A.   He was asking for directions.

9   Q.   Do you recall how long a meeting you had at that

10       time?

11  A.   Not more than a couple of minutes.

12  Q.   During that couple of minute period, did Mr.

13       Lipton say anything to you other than to ask you

14       for directions?

15  A.   No.

16  Q.   Do you recall how it was that he broached the

17       subject to you of directions?

18  A.   Can you repeat that again?

19  Q.   Do you recall what it was that he said to you when

20       he came up to you and asked you for directions?

21  A.   Yes.

22  Q.   What did he say?

23  A.   He said he was looking for his girlfriend's house

24       on Wrolsen Drive.

25  Q.   Did he give you any particulars about who his

8

1   JOHN WOOTON

2           girlfriend was or anything about her?

3   A.   No.

4   Q.   Did he give you the name of his girlfriend?

5   A.   I don't recall.

6   Q.   Did you give him directions to Wrolsen Drive?

7   A.   I called my dispatcher and got directions, yes.

8   Q.   And then you relayed those to Mr. Lipton?

9   A.   Yes.

10  Q.   Was anything else said by you or by Mr. Lipton

11          during that meeting that you have just described?

12  A.   No.

13  Q.   After you gave Mr. Lipton directions to Wrolsen

14          Drive, what happened?

15  A.   He left the area and I finished the UTT and I

16          left.

17  Q.   Did you see in which direction Mr. Lipton

18          proceeded?

19  A.   Eastbound.

20  Q.   Were you able to observe if there was anyone else

21          in Mr. Lipton's vehicle besides himself?

22  A.   Yes, there was.

23  Q.   Did there come a time when you learned who that

24          person was?

25  A.   Yes.

9

1    JOHN WOOTON

2    Q.    Who was that?

3    A.    Brett Lipton, his son.

4    Q.    Prior to the meeting with Ron Lipton at 4:30, had

5          you received any information concerning the

6          Wrolsen residence?

7    A.    No.

8    Q.    Had you ever heard of James Wrolsen before your

9          meeting with Ron Lipton on February 14th?

10   A.    No.

11   Q.    Had you ever heard of the Wrolsen family before

12         that time?

13   A.    No.

14   Q.    Had you gotten any word before you met Ron Lipton

15         as to any dispatches that may have been

16         transmitted over the radio from the Saugerties

17         Police Department?

18   A.    Before?

19   Q.    Yes.

20   A.    No.

21   Q.    Did you make any gesture to Ronald Lipton or Brett

22         Lipton before Ron Lipton stopped behind your

23         vehicle at about 4:30?

24   A.    No.

25   Q.    Was there any eye contact at all between yourself

1    JOHN WOOTON

2            and Ron Lipton before Ron Lipton exited his

3            vehicle to approach you?

4    A.    No.

5    Q.    Did there come a time after the Liptons left the

6            site where you had given Ron Lipton directions to

7            the Wrolsen residence that you saw the Liptons

8            again on February 14th?

9    A.    Yes.

10   Q.    When was that?

11   A.    Probably a half an hour to forty minutes later.

12   Q.    Where were you when you met the Liptons the second

13           time?

14   A.    Mill Hill Road in the Town of Woodstock.

15   Q.    When you met them, what were you doing?

16   A.    I was on routine patrol.

17   Q.    What were the Liptons doing?

18   A.    Ronald Lipton was on the phone by the Mobil gas

19           station.

20   Q.    What was Brett Lipton doing?

21   A.    Sitting in the vehicle.

22   Q.    How far was the vehicle from where Ron Lipton was

23           on the phone?

24   A.    Approximately thirty to forty feet.

25   Q.    Were you inside your vehicle when you observed the

11

1    JOHN WOOTON

2         two of them?

3    A.   Yes.

4    Q.   Were you driving or were you stationary?

5    A.   I was driving.

6    Q.   Where were you heading at the time that you were

7         driving?

8    A.   I don't recall heading anywhere, I was just

9         patrolling.

10   Q.   While you were patrolling, was anyone else in your

11        vehicle?

12   A.   No.

13   Q.   Was there any other police officer in the area of

14        Millhill Road when you observed Ron and Brett

15        Lipton that second time on the 14th?

16   A.   I don't know.

17   Q.   Had you received any communication from any police

18        officer either from the Woodstock Police or the

19        Saugerties Police concerning the Liptons before

20        you observed them on Mill Hill Road that second

21        time?

22   A.   No.

23   Q.   When you observed the Liptons that second time,

24        did you continue in your vehicle or did you come

25        to a stop?

12

1    JOHN WOOTON

2    A.    I continued.

3    Q.    Did you pass the location where Ron Lipton was

4          talking on the telephone?

5    A.    Yes.

6    Q.    How far did you continue to go?

7    A.    I don't know.

8    Q.    Is it accurate to say that you just drove by when

9          you observed them that second time?

10   A.    Yes.

11   Q.    During the period of time that you were observing

12         them -- and this is the second time when Ron

13         Lipton was on the phone and Brett Lipton was

14         sitting in his vehicle -- did you observe either

15         one of them do anything other than that?  That is,

16         one talking on the phone and the other sitting in

17         his vehicle.

18   A.    No.

19   Q.    Did you have any eye contact with either one of

20         them at that time?

21   A.    No.

22   Q.    Did you have any communication with them in any

23         form during that period of time when you observed

24         them when Ron Lipton was on the phone?

25   A.    No.

13

1   JOHN WOOTON

2   Q.   How long were you observing them from the time

3        that you first observed Ron Lipton on the phone

4        and Brett sitting in his vehicle until the time

5        that they were no longer visible to you?

6   A.   I just drove by.

7   Q.   So it was just a matter of seconds?

8   A.   Yes.

9   Q.   Did there come a time when you saw the Liptons a

10       third time after that?

11   A.   Yes.

12   Q.   How much time elapsed between when you observed

13       the Liptons on that third occasion from the second

14       occasion?

15   A.   I have no idea.

16   Q.   Was it a matter of minutes, hours or what?

17   A.   Oh, it was minutes.

18   Q.   When you observed the Liptons the third time that

19       day, where were they?

20   A.   In the same location.

21   Q.   Was Ron Lipton still on the telephone?

22   A.   Yes.

23   Q.   Was Brett Lipton still sitting in the car?

24   A.   Yes.

25   Q.   And they were still at the same gas station?

1    JOHN WOOTON

2    A.    Yes.

3    Q.    Had you turned around and returned to that

4          location?

5    A.    Yes.

6    Q.    Was there a reason for you doing so?

7    A.    Yes, there was.

8    Q.    What was that?

9    A.    I heard the Saugerties Police dispatch a patrol

10          unit to Wrolsen Drive for a trespass.

11    Q.    You said that you heard the Saugerties Police

12          dispatch a police unit for a trespass; is that

13          correct?

14    A.    Yes.

15    Q.    What does that mean "dispatch a police unit"?

16    A.    It means somebody needs help.

17    Q.    What did you understand that transmission to mean?

18          When you say they dispatched a police unit, does

19          that mean that they told a police unit to report

20          to Wrolsen Drive?

21    A.    Yes.

22    Q.    And that would have been a Saugerties Police

23          Department unit?

24    A.    Yes.

25    Q.    Do you know where Wrolsen Drive is relative to the

15

1   JOHN WOOTON

2       Mobil station where you observed Ron Lipton

3       talking on the phone?

4   A.  No.

5   Q.  Do you know how far away it is?

6   A.  No.

7   Q.  Do you know whether Wrolsen Drive is in the Town

8       of Saugerties or some other township?

9   A.  I know that now.

10  Q.  Where do you know it to be?

11  A.  It's in the Town of Saugerties.

12  Q.  What was it that you heard on that dispatch that

13      caused you to go back to where the Liptons were at

14      the Mobil station?

15  A.  I pretty much knew that those were the subjects

16      that were at that location.

17  Q.  What did you base that knowledge upon; how did you

18      know it?

19  A.  Instinct.

20  Q.  Instinct?

21  A.  Yes.

22  Q.  Did you receive any information from any source

23      prior to the time that you chose to turn around

24      and go back to where you had observed the Liptons

25      at the Mobil station that the Liptons were the

16

1   JOHN WOOTON

2       subjects of the trespass -- is that what you said

3       it was?  Was it a trespass or an incident on

4       Wrolsen Drive?

5   A.  Can you repeat that again?

6   Q.  Did you receive any information from any source

7       before you decided to turn back to where the

8       Liptons were that the Liptons were involved in

9       whatever it was that happened at Wrolsen Drive

10      that precipitated dispatching the vehicle there?

11  A.  Well, I had run the plate and I knew the names of

12      the people.

13  Q.  When you say that you had run the plate, what

14      plate are you referring to?

15  A.  The license plate.

16  Q.  Of the Lipton vehicle?

17  A.  Yes.

18  Q.  When did you run the plate of the Lipton vehicle?

19  A.  I believe after he had left the Glasco Turnpike

20      area.

21  Q.  That's the first time that you saw him back around

22      4:30?

23  A.  Yes.

24  Q.  What was the reason for you running the plate of

25      the Lipton vehicle?

17

```
 1    JOHN WOOTON

 2    A.    Suspicion.

 3    Q.    What caused your suspicion at that time?

 4    A.    Some statements that Mr. Lipton had made to me.

 5    Q.    Were these statements in addition to his inquiring

 6          as to directions to Wrolsen Drive?

 7    A.    Yes.

 8    Q.    What were those statements that caused you

 9          suspicion?

10    A.    He said he was looking for his girlfriend's house.

11    Q.    Anything else?

12    A.    No.

13    Q.    It was the statement of "I'm looking for my

14          girlfriend's house" that caused you to be

15          suspicious of him?

16    A.    Yes.

17    Q.    What was it that you were suspicious of him doing?

18    A.    I didn't make an inference on that.

19    Q.    So you found him to be suspicious, but he was not

20          a suspect of anything in particular?

21    A.    That's correct.

22    Q.    When you ran the license check, what was it that

23          you did to perform that?

24    A.    I called the Woodstock dispatcher.

25    Q.    Who was that?
```

18

1    JOHN WOOTON

2    A.    His name is George France.

3    Q.    What did you say to George France?

4    A.    I didn't say anything to him.

5    Q.    How did you check the license plate through

6          George?

7    A.    I said, I want to run a license check.

8    Q.    And you gave him the license number and he got

9          back to you?

10   A.    Yes.

11   Q.    Was this before or after you had completed issuing

12         the summons to that third party on Glasco Turnpike

13         that you were issuing the summons to?

14   A.    I don't recall if it was before or after.

15   Q.    What did George France tell you?

16   A.    He just read back the license information.

17   Q.    What was that?

18   A.    His name, his address and if it was valid or not.

19   Q.    Did you do anything with the information that

20         George France provided to you?

21   A.    No.

22   Q.    Did you write it down?

23   A.    No.

24   Q.    Did you tell George why you wanted that

25         information?

19

1    JOHN WOOTON

2    A.    No.

3    Q.    When you got back to the Mobil station, what did

4          you do?

5                        MR. POSNER:   Is this the third time

6          or what time are you talking about?

7                        MR. ISSEKS:   He returned to the Mobil

8          station only once and that was the third time that

9          he saw the Liptons.

10   Q.    When you returned to the Mobil station after you

11         had passed the Liptons and after you had heard

12         that the Saugerties Police had dispatched a car to

13         Wrolsen Drive, what did you do?

14   A.    I radioed my dispatcher and told him to call

15         Saugerties PD to find out exactly who they were

16         looking for, because I have an idea of who it

17         would be.

18   Q.    When you did that, did you know why a vehicle had

19         been dispatched to Wrolsen Drive?

20   A.    No.

21   Q.    Did you hear anything about the nature of the

22         occurrence on Wrolsen Drive that caused the

23         dispatch?

24   A.    A trespass.

25   Q.    Did you hear anything about the details of the

20

1    JOHN WOOTON

2         trespass?

3    A.   No.

4    Q.   Did your dispatcher relay the information to

5         Saugerties?

6    A.   I hope so.

7    Q.   After you informed the dispatcher that you thought

8         you knew who the individuals might be that

9         Saugerties was interested in, were you able to

10        hear the dispatcher then relay that information to

11        Saugerties?

12   A.   No.

13   Q.   Was the radio such that in order for you to hear

14        the dispatcher, the dispatcher had to be speaking

15        directly to you?

16   A.   I'm not sure if I understand the question.

17   Q.   What I'm trying to find out is how this radio

18        system works.  If you radioed to George France,

19        your dispatcher, information that you wanted

20        relayed to Saugerties, what would the dispatcher

21        then do in order to comply with your request?

22   A.   He would call them by phone.

23   Q.   Not by radio?

24   A.   No.

25   Q.   Why is that?

VALLEY REPORTING SERVICE 845-331-4020

1    JOHN WOOTON

2    A.    Because we work off of different frequencies.  His

3          bay station only covers us, the Woodstock Police

4          Department.

5    Q.    When you heard the Saugerties Police Department

6          dispatch a vehicle to Wrolsen Drive, what did you

7          hear that on?

8    A.    On a Saugerties frequency.

9    Q.    So you would have to switch frequencies from

10         Saugerties to Woodstock in order to speak to one

11         or the other?

12   A.    To speak to them, yes.

13   Q.    And how about hearing them?

14   A.    No, you wouldn't have to switch.

15   Q.    Did you have any direct communication with the

16         Saugerties Police Department from your radio?

17   A.    No.

18   Q.    At any time?

19   A.    Not at any time.

20   Q.    After you told your dispatcher -- and it was still

21         George France?

22   A.    Yes.

23   Q.    -- the information that you had that you wanted

24         relayed to Saugerties, what happened?

25   A.    I pulled across the street in the driveway of an

22

1   JOHN WOOTON

2           establishment and waited.

3   Q.   What was the name of the establishment?

4   A.   I can't remember it now.

5   Q.   What kind of establishment was it?

6   A.   It's a bar.

7   Q.   And you stopped your vehicle?

8   A.   Yes.

9   Q.   Were you facing the Liptons when you stopped your

10          vehicle?

11  A.   Yes.

12  Q.   How far were you from the Liptons when you stopped

13          your vehicle?

14  A.   I was just inside the driveway on the other side

15          of the street.

16  Q.   So in car lengths, let's say, about how far away

17          were you or if you have some better estimate such

18          as yards you can use that?

19  A.   Probably forty yards.

20  Q.   Had you had any communication with the Liptons at

21          any time before you stopped your vehicle across

22          the street from them?

23  A.   No.

24  Q.   Had you made any eye contact with them?

25  A.   No.

1    JOHN WOOTON

2    Q.    When you stopped your vehicle facing them, was Ron

3          Lipton still on the phone?

4    A.    Yes.

5    Q.    Was Brett Lipton still sitting in the vehicle?

6    A.    Yes.

7    Q.    What did you do after you stopped the vehicle?

8    A.    I waited to hear from Saugerties PD.

9    Q.    What was it that led you to believe that you would

10         hear from them?

11   A.    Because it sounded like they committed a crime.

12   Q.    Did you get any indication from the Saugerties

13         Police that they would by radioing to you at that

14         point?

15              MR. POSNER:  Did he directly from

16         Saugerties?

17              MR. ISSEKS:  Yes.

18   A.    Directly, no; I had no communication with

19         Saugerties.

20   Q.    Did George France, the dispatcher, inform you that

21         the Saugerties Police would be contacting you?

22   A.    Directly?

23   Q.    Did George France tell you that?

24   A.    No.

25   Q.    As you were sitting in your vehicle parked, did

1    JOHN WOOTON

2         you hear any radio transmissions?

3    A.   There were lots of transmissions.

4    Q.   Did you hear any?

5    A.   Yes.

6    Q.   Did you hear any regarding the Wrolsen Drive

7         incident or the Liptons?

8    A.   No.

9    Q.   Did there come a time when you exited your vehicle

10        from that parked position?

11   A.   Yes.

12   Q.   How long a period of time were you sitting in the

13        car before you exited it?

14   A.   Five to ten minutes.

15   Q.   During that period of time from the time that you

16        parked your vehicle across the road from where the

17        Liptons were at the Mobil station to the time that

18        you exited your vehicle five to ten minutes later,

19        did any other police officer arrive at that scene?

20   A.   Yes.

21   Q.   Who?

22   A.   Officer Kevin Lane.

23   Q.   How did he get there; by his own vehicle?

24   A.   Yes.

25   Q.   Was he alone?

1    JOHN WOOTON

2    A.    Yes.

3    Q.    Had you had any communication with Kevin Lane

4          before he arrived at the scene?

5    A.    I might have.  I don't know.

6    Q.    Would there be any document that would refresh

7          your recollection as to whether you had any

8          communication with him?

9    A.    There might be.  I don't know.

10   Q.    If you had any communication with Kevin Lane, what

11         sort of document would that be reflected in?

12   A.    It may be on tape.

13   Q.    And that would be a tape of the radio

14         transmission?

15   A.    Yes.

16   Q.    As you sit here right now, do you have any

17         recollection of speaking to Kevin Lane over the

18         radio before he arrived at the scene?

19   A.    No, I don't.

20   Q.    Do you know whether George France had any

21         communication with Kevin Lane before Lane arrived

22         at the scene?

23   A.    No, I don't.

24   Q.    Do you know the reason for Kevin Lane's arriving

25         at the scene?

26

1    JOHN WOOTON

2    A.    Yes, we were going to approach the subjects.

3    Q.    So as far as you know, the purpose for Lane

4          arriving there was to approach the Liptons?

5    A.    Yes.

6    Q.    What do you base that understanding on?

7    A.    Saugerties PD told us that they wanted them.

8    Q.    When did Saugerties PD tell you that?

9    A.    After I asked for the information from them.

10   Q.    What information did you ask to get from the

11         Saugerties Police Department?

12   A.    As I stated before, I had the dispatcher call

13         Saugerties PD to see if in fact these were the

14         people that they were looking for.

15   Q.    And you learned that Saugerties PD did want the

16         Liptons?

17   A.    Yes.

18   Q.    Who relayed that information to you; was it

19         Saugerties PD directly or George France or someone

20         else?

21   A.    George France.

22   Q.    What was it that France told you?

23   A.    He said that they wanted them.

24   Q.    Did he tell you what Saugerties wanted the Liptons

25         for?

1    JOHN WOOTON

2    A.    I don't recall if he said anything or not.

3    Q.    When Lane arrived at the scene, were you still in

4          your vehicle?

5    A.    Yes.

6    Q.    Did Lane get out of his vehicle when he arrived

7          there?

8    A.    No.

9    Q.    He stayed in it?

10   A.    Yes.

11   Q.    Did you get out of your vehicle when Lane arrived?

12   A.    No.

13   Q.    So the two of you sat in separate vehicles?

14   A.    Yes.

15   Q.    Where was Lane's vehicle in relation to yours?

16   A.    He was next to mine on the passenger's side.

17   Q.    He was also facing the Liptons?

18   A.    Yes.

19   Q.    Did you have any conversations while the two of

20         you were seated in your respective vehicles?

21   A.    Yes.

22   Q.    What did you talk about while the two of you were

23         seated in your vehicles?

24   A.    I don't recall exactly what we talked about.

25   Q.    Did you talk about the Liptons?

1    JOHN WOOTON

2    A.    Yes.

3    Q.    Do you recall anything that either one of you said

4          about the Liptons at that time?

5    A.    I don't recall exactly what we said, no.

6    Q.    Going back to the information that you received

7          from George France.  Up to the time that you and

8          Lane are sitting in your respective vehicles, had

9          you received any information from France about who

10         the Liptons were?

11   A.    No.

12   Q.    Did you receive any information from France as to

13         whether or not the Liptons might be dangerous?

14   A.    Yes.

15   Q.    When you received that information, had Lane

16         already arrived at the scene?

17   A.    Yes.

18   Q.    Were both of you listening to the same

19         transmission from France as far as you know?

20   A.    As far as I know, yes.

21   Q.    What was it that France said about the

22         dangerousness or purported dangerousness of the

23         Liptons?

24   A.    He said they were probably carrying weapons.

25   Q.    Did he tell you what he based that information on?

29

1   JOHN WOOTON

2   A.   No.

3   Q.   Did he tell you anything else about the Liptons?

4   A.   Not that I'm aware of, no.

5   Q.   Did there come a time when either you or Lane got

6        out of your vehicle?

7   A.   Yes.

8   Q.   Did both of you get out of your vehicles at the

9        same time?

10  A.   I wasn't watching what he was doing, but

11       approximately within reason, yes.

12  Q.   When you got out of your vehicle, what did you do?

13  A.   We approached the Liptons.

14  Q.   When you say "we," you mean both you and Officer

15       Lane?

16  A.   Myself and Officer Lane, yes.

17  Q.   When you approached the Liptons, was Ron Lipton

18       still on the phone?

19  A.   Yes.

20  Q.   Was Brett Lipton still sitting in his vehicle?

21  A.   Yes.

22  Q.   When you approached the Liptons, what did you do?

23  A.   I spoke to Ronald Lipton and told him that the

24       Saugerties Police wanted him.

25  Q.   When you spoke to Ron, did he still have the phone

30

```
 1    JOHN WOOTON
 2           up to his ear?
 3    A.    Yes.
 4    Q.    Was he still talking on the phone?
 5    A.    As far as I know, yes.
 6    Q.    When you told Ron Lipton that the Saugerties
 7           Police wanted him, did you tell him what they
 8           wanted him for?
 9    A.    Yes.
10    Q.    To the best that you recall, what was the sum and
11           substance of what you said to him as you first got
12           up to him?
13    A.    I told him that the Saugerties Police wanted him
14           in a trespass complaint.
15    Q.    Did you tell him where the alleged trespass took
16           place?
17    A.    No.
18    Q.    Did Ron Lipton say anything in response?
19    A.    I believe he said he didn't trespass or something
20           to that effect.  He said, I didn't do anything
21           wrong or something like that.
22    Q.    Were you armed at that time?
23    A.    Yes.
24    Q.    Was your weapon drawn when you approached Ron
25           Lipton?
```

1  JOHN WOOTON

2  A.  No.

3  Q.  Was Lane's weapon drawn at the time that he

4      approached Brett Lipton?

5  A.  No.

6  Q.  How long was your conversation with Ron Lipton

7      after you approached him and informed him that the

8      Saugerties Police wanted him?

9  A.  Probably three or four minutes.

10 Q.  During that three or four minute period of time

11     what, if anything, was said other than your

12     informing him that the Saugerties Police wanted

13     him and him responding that he did not do anything

14     wrong?

15 A.  It went on back and forth.  He insisted that he

16     didn't do anything wrong and I advised him that

17     he's got to take that up with the Saugerties

18     Police.

19 Q.  Did you place him under arrest?

20 A.  Yes.

21 Q.  Was that during that three or four minute period

22     of time?

23 A.  I believe I walked him over to the vehicle first;

24     we walked towards his vehicle.

25 Q.  Towards the Lipton vehicle?

32

1    JOHN WOOTON

2    A.    Yes.

3    Q.    In what manner did you walk him over?

4    A.    I just walked next to him.

5    Q.    Was there a reason for going over to the Lipton

6          vehicle?

7    A.    The other officer was there.

8    Q.    When you told Ron Lipton that the Saugerties

9          Police wanted him, did you know whether or not

10         there had been a complaint signed against the

11         Liptons?

12   A.    Yes.

13   Q.    There had been at that point?

14   A.    As far as I know, yes.

15   Q.    What did you base that information on?

16   A.    I asked the dispatcher in Woodstock.

17   Q.    Was this while you were still seated in your

18         vehicle?

19   A.    Yes.

20   Q.    Did you have any conversations with either Ron or

21         Brett Lipton before you learned that a complaint

22         had been signed against them?

23   A.    No.

24   Q.    Had you exited your vehicle at any time after you

25         had returned to the Mobil station before learning

33

```
1    JOHN WOOTON

2            that a complaint had been signed against the

3            Liptons?

4    A.     No.

5    Q.     Is it correct then that you waited to hear that a

6            complaint had been signed before exiting your

7            vehicle?

8    A.     Yes.

9    Q.     And the purpose or exiting your vehicle was to

10           arrest them on the signed complaint?

11   A.     Yes.

12   Q.     When you learned that a complaint had been signed

13           against the Liptons, did you know what the

14           complaint charged the Liptons with?

15   A.     No.

16   Q.     Had you received any information at all as to the

17           offense that they were being accused of having

18           committed?

19   A.     No.

20   Q.     Did you know that the complaint that had been

21           signed was a complaint for trespassing?

22   A.     Yes.

23   Q.     Did you place Ron Lipton in handcuffs?

24   A.     Yes.

25   Q.     Was Brett Lipton placed in handcuffs?
```

34

1    JOHN WOOTON

2    A.    Yes.

3    Q.    Who placed Brett in handcuffs?

4    A.    I believe Officer Lane did.

5    Q.    At the time that the Liptons were placed in

6          handcuffs, had anyone, either yourself or Lane,

7          informed them of what it was that they were being

8          arrested for?

9    A.    We believe there was some sort of trespass in the

10         Town of Saugerties Police.

11   Q.    And you based that belief upon what specifically?

12   A.    The dispatcher's statement saying that the

13         Saugerties Police wanted them.

14   Q.    And they told you that they wanted them for

15         trespassing?

16   A.    Yes, I believe that's what he said.  I don't know

17         for sure.

18   Q.    Do you have any recollection of the dispatcher

19         informing you that they wanted the Liptons for

20         anything other than trespassing?

21   A.    No.

22   Q.    How long a period were the Liptons in handcuffs at

23         the Mobil station site?

24   A.    Probably five to ten minutes.

25   Q.    During that period of time, where were they

VALLEY REPORTING SERVICE 845-331-4020

1    JOHN WOOTON

2         situated?

3    A.   We placed them in the patrol unit.

4    Q.   What was going on during the time when they were

5         in the patrol unit?

6    A.   We ended up searching the vehicle.

7    Q.   When you say "the vehicle," you're referring to

8         the Lipton vehicle, of course?

9    A.   Yes, the Lipton vehicle.

10   Q.   What was the reason for searching the Lipton

11        vehicle?

12   A.   We asked if they had any weapons and he said, Yes,

13        there was a shotgun in the back seat.

14   Q.   When you searched the Lipton vehicle, you did so

15        for what reason?

16   A.   Our safety.

17   Q.   Did you ask the Liptons if you could search the

18        vehicle?

19   A.   I don't recall.

20   Q.   Do you know if Lane asked?

21   A.   I don't know that.

22   Q.   At the time that you searched the Lipton vehicle,

23        were the Liptons already in handcuffs?

24   A.   Yes.

25   Q.   At any time from the time that you left your

36

1    JOHN WOOTON

2        vehicles to go over to the Liptons to the time

3        that you left the scene of the Mobil station, had

4        you received any other dispatches?

5    A.    No.

6    Q.    Had you heard any other radio transmissions from

7        any police agency?

8    A.    No.

9    Q.    Did you radio to anyone before leaving the scene?

10   A.    Just my dispatcher.

11   Q.    What did you tell him?

12   A.    That we had two in custody and we were en route

13       back to the station.

14   Q.    Did you make any arrangements at any time to meet

15       any officers from the Saugerties Police Department

16       after leaving or before you left the Mobil

17       station?

18   A.    No.

19   Q.    Where was the gun that you found?

20   A.    In the back seat.

21   Q.    Where on the back seat?

22   A.    I believe it was on the floor; across the floor of

23       the car (indicating).

24   Q.    Was it exposed or was it enclosed in some way?

25   A.    Both; it was partially exposed.

1    JOHN WOOTON

2    Q.   Did you measure that weapon?

3    A.   Yes.

4    Q.   When?

5    A.   Back at the Woodstock Police station.

6    Q.   Did you have any conversations with either Ron or

7         Brett Lipton about the gun when you observed it?

8    A.   When I observed it?

9    Q.   Yes.

10   A.   No.

11   Q.   You didn't ask them about it?

12   A.   Not at that point, no.

13   Q.   At any point before you left the Mobil station,

14        did you ask them about it?

15   A.   I don't believe so.

16   Q.   How about Lane; do you know if he had any

17        conversations with either one of the Liptons

18        concerning the gun?

19   A.   I don't know.

20   Q.   Did you have any conversations with Lane about the

21        gun before leaving the Mobil station?

22   A.   Yes.

23   Q.   What was your conversation with Lane about the

24        gun?

25   A.   We wanted to secure it and take it back with us to

38

```
 1   JOHN WOOTON
 2          check it to see if it was a legal gun or not.
 3   Q.     That's it?
 4   A.     Yes.
 5   Q.     When you left the Mobil station, were the Liptons
 6          in the same vehicle?
 7   A.     I don't recall if they were in the same one or
 8          not.  I believe they were split up.
 9   Q.     Did both police vehicles leave the site at the
10          same time?
11   A.     Yes.
12   Q.     Did you proceed directly to the Woodstock Police
13          Department?
14   A.     Yes.
15   Q.     How long did it take you to get to the Woodstock
16          Police station?
17   A.     It was probably a three minute ride.
18   Q.     Did you make any stops along the way?
19   A.     No.
20   Q.     Did you have any conversations with either one of
21          the Liptons en route to the Woodstock Police
22          station?
23   A.     No.
24   Q.     Did you have any conversations with anyone over
25          the radio while you were proceeding to the
```

1    JOHN WOOTON

2         Woodstock Police station?

3    A.   No.

4    Q.   Did you hear any information over the radio from

5         any source concerning the Liptons or the Wrolsen

6         incident as you were proceeding from the Mobil

7         station to Woodstock?

8    A.   No.

9    Q.   When you arrived at the police station, what

10        happened?

11   A.   We notified Saugerties PD that we had them there

12        and we were awaiting their arrival.

13   Q.   And you expected Saugerties Police to come to

14        Woodstock?

15   A.   Yes.

16   Q.   And that was based upon a transmission that you

17        had with the Saugerties Police or on information

18        that was relayed to you?

19   A.   Information that was relayed to me.

20   Q.   Who relayed the information to you?

21   A.   Dispatcher France.

22   Q.   When you arrived at the police station, were there

23        officers there besides yourself and Lane?

24   A.   Not to my knowledge.

25   Q.   When you placed the Liptons under arrest and you

```
 1    JOHN WOOTON

 2         brought them to the Woodstock Police station, what

 3         was it that you understood they were being

 4         arrested for?

 5    A.   A complaint in Saugerties.

 6    Q.   For what you believed to be trespassing?

 7    A.   Some sort of trespass, yes.

 8    Q.   Did you understand them to be arrested for

 9         anything other than that?

10    A.   No.

11    Q.   At that time as a police officer, did you have an

12         understanding as to whether you could arrest an

13         individual for a violation as opposed to a crime

14         that was committed outside of your jurisdiction?

15    A.   Do I now?

16    Q.   Did you have an understanding back then as to

17         whether or not you, as a police officer of the

18         Town of Woodstock, had the authority to arrest

19         someone for a violation as opposed to a crime that

20         was committed outside of the Town of Woodstock?

21    A.   There was no question.

22    Q.   When you say "there was no question," do you mean

23         that you had an understanding as to whether you

24         could or you couldn't?

25    A.   Yes.
```

41

1    JOHN WOOTON

2    Q.    What was your understanding?

3    A.    If there was a crime committed that I could

4          proceed with the arrest.

5    Q.    How about if it were a violation?

6    A.    No.

7    Q.    You would not be able to proceed; correct?

8    A.    Correct.

9    Q.    When you left with the Liptons under arrest, did

10         you know whether or not the offense that they were

11         being arrested for was a crime or a violation?

12   A.    No.

13   Q.    Did there come a time when you learned that the

14         offense that the Liptons were being charged with

15         from Saugerties was trespass as a violation?

16   A.    Was there a time?

17   Q.    Yes, that you learned that.

18   A.    Yes.

19   Q.    When was that?

20   A.    After one of the representatives from Saugerties

21         PD showed up.

22   Q.    Who was the representative from the Saugerties PD

23         who showed up?

24   A.    Actually, I don't even know.  He was a sergeant.

25         I don't know the gentleman.

42

1    JOHN WOOTON

2    Q.    How long a period of time was it from the time

3          that you arrived at the Woodstock Police station

4          until the time that the Saugerties representative

5          showed up?

6    A.    I have no idea.

7    Q.    Was it more or less than a half hour?

8    A.    I have no idea.

9    Q.    During that period of time, however long it was,

10         did you measure the gun that was in the Liptons'

11         possession?

12   A.    Yes.

13   Q.    So you measured the gun before the Saugerties

14         representative showed up?

15   A.    I'm not sure, probably.

16   Q.    Would there be any document that would refresh

17         your recollection?

18   A.    I don't know.

19   Q.    When you measured the gun, who else was in the

20         police station?

21   A.    Officer Lane.

22   Q.    Was there anybody else besides yourself, Officer

23         Lane and the Liptons?

24   A.    No.

25   Q.    Was George France there?

43

1    JOHN WOOTON

2    A.    Yes.

3    Q.    Was he in the same room as you when you measured

4          the gun?

5    A.    No.

6    Q.    Incidentally, were you the one who actually did

7          the measuring of the gun?

8    A.    Yes.

9    Q.    When you measured the gun, did you make a

10         determination as to whether or not the length of

11         the gun was legal?

12   A.    Yes.

13   Q.    What was the determination that you made?

14   A.    That it was not legal.

15   Q.    Did there come a time later that you learned that

16         your determination was incorrect?

17   A.    Yes.

18   Q.    When was it that you learned that your

19         determination that the gun length was not legal

20         was incorrect?

21   A.    The next day.

22   Q.    Who was it that informed you that your

23         determination was incorrect?

24   A.    Sergeant Van Debogart.

25   Q.    What was it that Van Debogart said to you

1    JOHN WOOTON

2         concerning your determination that the gun was of

3         illegal length?

4    A.   He called me up and said that it was a legal gun.

5    Q.   That it was legal?

6    A.   Yes.

7    Q.   Did he explain to you why it was that you were in

8         error?

9    A.   No.

10   Q.   When you determined that the gun was not of legal

11        length, did you make that determination based upon

12        the measurement that you conducted?

13   A.   I didn't make a determination at that point.

14   Q.   Well, did you find out how it was that you made

15        the mistake; did you find out what you did wrong?

16   A.   Yes.

17   Q.   What was it that you did wrong?

18   A.   The tape I used is something I'm not familiar with

19        and it -- I mean, you would have to look at the

20        tape, but it's like a surveyor's tape.

21   Q.   Do you still have that tape?

22   A.   Yes.

23   Q.   Is it here today?

24   A.   I believe it is.

25                    MR. ISSEKS:   Is the tape here?

45

1    JOHN WOOTON

2                    MR. POSNER:  Or a facsimile thereof

3         (handing).

4                    MR. ISSEKS:  Do you have any

5         objection to that tape being marked?

6                    MR. POSNER:  I think it's still in

7         use.  This is a generic tape measure.

8                    MR. ISSEKS:  Let's go off the record

9         for a moment.

10

11                   (Off-the-record discussion)

12

13                   MR. ISSEKS:  Back on the record.  Let

14        the record reflect that what has been produced by

15        counsel is a surveyor's tape indicating that it's

16        a 100' long Master Mechanic, Professional MMP100.

17   Q.   Officer Wooton, can you explain what it is about

18        this tape that caused you to make an incorrect

19        determination as to the length of the gun that you

20        measured?

21   A.   Yes, it's marked as 1'1", 1'2" versus 13", 14".

22        In other words, I mistook the 1'2", which would be

23        14" as 12" or something like that (indicating).

24   Q.   So you're saying that you misread the numbers on

25        the tape?

46

```
 1    JOHN WOOTON

 2    A.    Yes.

 3    Q.    After you had incorrectly measured the length of

 4          the gun, did you sign a complaint charging the

 5          Liptons with unlawful possession of a weapon?

 6    A.    Yes.

 7    Q.    And you based that upon your incorrect

 8          measurement; correct?

 9    A.    Well, no, I based it on what I thought was a

10          correct measurement.

11    Q.    Which turned out to be incorrect.

12    A.    Right.

13    Q.    Did there come a time when the Liptons were

14          arraigned on the weapons charge?

15    A.    Yes.

16    Q.    And they were arraigned before a Woodstock judge?

17    A.    Yes.

18    Q.    Who was that?

19    A.    Richard Husted.

20    Q.    At what time were they brought before Judge

21          Husted?

22    A.    I would have to refer to the document, I don't

23          know.

24    Q.    What would the document be that you would refer

25          to?
```

1   JOHN WOOTON

2   A.   The arrest record.

3   Q.   I'm going to show you a portion of the Defendants'

4        Response to Plaintiffs' Demand for Production of

5        Documents that was provided to plaintiffs' counsel

6        by your attorney, Mr. Posner, and I'm going to

7        direct your attention to what looks like a

8        computer generated document with the title "New

9        York State Incident Report."

10            Is that the document that you're referring to

11       that might refresh your recollection?

12  A.   No.

13  Q.   Would you please look through the Defendant's

14       Response to Plaintiffs' Demand for Production of

15       Documents and see if any one of those documents is

16       the arrest record that would refresh your

17       recollection as to when the Liptons were brought

18       to Justice Husted?

19  A.   Yes (indicating).

20            MR. ISSEKS:   Let the record reflect

21       that the witness has identified the document that

22       has at the top "New York State Arrest Report" on

23       it.

24  Q.   In looking at that document, Officer, is your

25       memory refreshed as to when the Liptons were

48

1    JOHN WOOTON

2         brought to Justice Husted for arraignment?

3    A.   Yes.

4    Q.   When was it?

5    A.   The time or date?

6    Q.   The time that they were booked.

7    A.   8:00 p.m.

8    Q.   On February 14th?

9    A.   Yes.

10             MR. POSNER:  He's reading from the

11        report, so you may ask him if it refreshes his

12        recollection.

13             MR. ISSEKS:  That's what I asked him.

14             MR. POSNER:  Maybe I missed that.

15             MR. ISSEKS:  That's all right.

16   Q.   Do you recall how long the Liptons were in the

17        police station from the time that you brought them

18        there from the Mobil station to the time that they

19        were brought to the judge for arraignment?

20   A.   Off the top of my head, no.

21   Q.   Can you approximate how long it was?

22   A.   A few hours.

23   Q.   During that few hour period of time -- again we

24        are approximating here -- had the Liptons been

25        taken anywhere away from the Woodstock Police

1    JOHN WOOTON

2         station or did they remain there that entire time?

3    A.   They remained there.

4    Q.   During that period of time while they were in the

5         Woodstock Police station before arraignment, did

6         either one of the Liptons tell you or any other

7         officer there that the gun was legal and that it

8         was not shorter than the legal length?

9    A.   Yes.

10   Q.   Which one; Ron, Brett or both?

11   A.   Ronald.

12   Q.   Did you say anything in response when he told you

13        that?

14   A.   I advised him that I measured it and I found it to

15        be illegal.

16   Q.   Did he ask you to measure it again?

17   A.   Not that I'm aware of.

18   Q.   Did you have any conversations with any officer at

19        the station concerning your measurement of the gun

20        prior to the Liptons being arraigned on the

21        weapons possession charge?

22   A.   Yes.

23   Q.   With whom did you speak?

24   A.   Officer Lane.

25   Q.   What did you say to Lane and what did he say to

1   JOHN WOOTON

2        you on that subject?

3   A.   Officer Lane said that it appeared to him to be a

4        legal gun, a legal weapon.

5   Q.   That it was legal?

6   A.   At first look from just looking at it, yes.

7   Q.   Did he say that to you?

8   A.   Yes.

9   Q.   What did you say in response to him?

10  A.   I measured it again and I said, Show me something

11       different that it's not or that it's legal.

12  Q.   Did you measure it for Lane to observe the

13       measurement?

14  A.   Yes.

15  Q.   Did Lane agree with you that it was not the legal

16       length?

17  A.   Yes.

18  Q.   So is it fair to say then that Lane made the same

19       mistake that you made with respect to the

20       numbering on the tape measure?

21  A.   Yes.

22  Q.   Did you point out to Lane the way in which you

23       were reading the tape measure?

24  A.   I don't understand your question.

25  Q.   Well, you made a mistake as to the numbering on

51

1   JOHN WOOTON

2        the tape measure and that mistake is what led you

3        to believe that the gun which was long enough

4        wasn't long enough; correct?

5   A.   Yes.

6   Q.   Did you point out to Lane when you measured the

7        gun for him how you were reading the tape measure?

8        Did you point out a number and say, See this is

9        how long it is or did he just look at the tape

10       measure up against the gun barrel?

11  A.   As far as I know, he just looked at the tape.  We

12       didn't know we were reading it wrong.

13  Q.   So as far as you know, Lane similarly read the

14       tape measure wrong in the same way that you read

15       it wrong without you communicating your reading of

16       it to him?

17  A.   Yes.

18  Q.   Did you have any conversations with any officer

19       other than Lane concerning the length of the gun?

20  A.   No.

21  Q.   Did there come a time when Chief Edwin Brewster

22       came to the police station while the Liptons were

23       there before arraignment?

24  A.   Yes.

25  Q.   How much time elapsed from the time that the

52

1    JOHN WOOTON

2        Liptons were brought to the station to the time

3        that Brewster arrived?

4    A.    I have no idea.

5    Q.    Was it more or less than an hour?

6    A.    I have no idea.

7    Q.    Did you have any discussions with Brewster during

8        that period of time while the Liptons were there

9        before arraignment?

10   A.    Just to advise him of what we were doing.

11   Q.    Did you tell Brewster that you were charging the

12       Liptons with criminal possession of a weapon?

13   A.    Yes.

14   Q.    Did you tell Brewster what you based that charge

15       upon?

16   A.    Yes.

17   Q.    Did you tell Brewster that you measured the

18       weapon?

19   A.    Yes.

20   Q.    Did Brewster say anything to you?

21   A.    No.

22   Q.    Did either Ron or Brett Lipton have any

23       conversations with Chief Brewster while at the

24       station?

25   A.    I don't know.

VALLEY REPORTING SERVICE 845-331-4020

1   JOHN WOOTON

2   Q.   Chief Brewster had an office in the station;

3        correct?

4   A.   Yes.

5   Q.   He had his own chief's office?

6   A.   Yes.

7   Q.   Was the chief in his office during the time that

8        the Liptons were there?

9   A.   Was he there the whole time?

10  Q.   Was there any time when he was in his own office?

11  A.   I would imagine so, yes.

12  Q.   Do you know if either one of the Liptons went into

13       Chief Brewster's office?

14  A.   I wouldn't know.

15  Q.   You wouldn't know?

16  A.   No.

17  Q.   Do you know the circumstances under which Sergeant

18       Van Debogart measured the gun the next day?

19  A.   The circumstances?

20  Q.   Yes.

21  A.   No, he just stated that he remeasured it.

22  Q.   Do you know what caused him to remeasure it?

23  A.   No.

24  Q.   Do you know when he remeasured it?

25  A.   No.

1    JOHN WOOTON

2    Q.    When he remeasured the gun and informed you that

3          you were wrong when you determined that the gun

4          was not legal, did you do anything to inform

5          Justice Husted of that fact?

6    A.    Did I?

7    Q.    Yes.

8    A.    No.

9    Q.    Did you ask that anyone on your behalf inform

10         Justice Husted of that fact?

11   A.    No.

12   Q.    Did you take any measures at that time to withdraw

13         the charge that you had filed against the Liptons

14         of criminal possession of a weapon?

15   A.    No.

16   Q.    Was there a reason why you did not?

17   A.    Because Sergeant Van Debogart said it was being

18         taken care of.

19   Q.    Did Sergeant Van Debogart tell you how it was

20         being taken care of?

21   A.    He called the District Attorney's office or

22         someone called the District Attorney's office.

23   Q.    On the night before when the Liptons were taken

24         before the judge to be arraigned on a weapons

25         charge and the judge set bail, do you recall what

1    JOHN WOOTON

2         he set bail at?

3    A.    I believe it was $20,000.

4    Q.    For each one of them?

5    A.    Yes.

6    Q.    Did you make any statement to the judge concerning

7         the setting of bail before he set it?

8    A.    No.

9    Q.    Do you know if any officer of the police

10        department, including the chief, said anything to

11        the judge concerning the subject of bail before

12        the judge set bail?

13   A.    No.

14   Q.    You don't know?

15   A.    No, I did not hear anyone do that.

16   Q.    Do you know what it was that the judge based his

17        bail determination on?

18              MR. POSNER:   Objection.   You can

19        answer if you know; if the judge told you.

20   A.    I don't know for sure, no.

21   Q.    Did you receive any information from any source as

22        to what it was that the judge based his

23        determination on?

24   A.    No.

25   Q.    While the Liptons were in the police station, were

1    JOHN WOOTON

2         they handcuffed to a wall?

3    A.   Yes.

4    Q.   Did they remain handcuffed to a wall throughout

5         the entire time?

6    A.   No.

7    Q.   How many occasions were there when they were not

8         handcuffed to the wall?

9    A.   Several.

10   Q.   What were the reasons for those several occasions?

11   A.   They went to the bathroom, they were

12        fingerprinted, I believe an ambulance was called

13        for Ronald and for the normal processing.

14   Q.   Was either Lipton strip-searched?

15   A.   No.

16   Q.   Was either Lipton told to remove his clothing?

17   A.   No.

18   Q.   Were you in the police station throughout the

19        entire time that the Liptons were there?

20   A.   Yes.

21   Q.   So is it correct then that if they had been

22        strip-searched, you would have known about it?

23   A.   Yes.

24   Q.   How long did the representative from Saugerties

25        remain at the police station?

1    JOHN WOOTON

2    A.    I'm not sure.

3    Q.    Did that representative from Saugerties have a

4          complaint from the Town of Saugerties against the

5          Liptons?

6    A.    Yes.

7    Q.    Did you see it?

8    A.    No.

9    Q.    Were there any other individuals coming into the

10         police station during the time that the Liptons

11         were there other than yourself, Lane, France,

12         Brewster and the representative of the Saugerties

13         Police Department?

14   A.    Yes.

15   Q.    Who else?

16   A.    Our ambulance squad.

17   Q.    How many people from the ambulance squad came in?

18   A.    I don't remember, probably at least three that I

19         recall.

20   Q.    Do you know their names?

21   A.    No, I do not.  I don't remember who it was.

22   Q.    Did the Liptons ask you for anything such as food

23         or the ability to go to the bathroom or for any

24         other kind of amenities or care that you did not

25         provide to them?

58

1    JOHN WOOTON

2    A.    That I did not provide to them, no.

3                        MR. ISSEKS:  Let me have one second.

4

5                        (Break in the proceeding)

6

7    Q.    I have just a couple more questions, Officer.

8    A.    Okay.

9    Q.    Do the Town of Woodstock police officers ever

10           conduct strip-searches of people who are arrested?

11   A.    No.

12   Q.    Never?

13   A.    Not that I'm aware of, no.

14   Q.    Have you ever had a lawsuit brought against you

15           for any conduct that you allege to have engaged in

16           as a police officer?

17                        MR. POSNER:  Objection.

18   A.    No.

19   Q.    Have you ever been the subject of any disciplinary

20           proceeding?

21                        MR. POSNER:  Objection.  You can

22           answer.

23   A.    No.

24                        MR. ISSEKS:  I have no further

25           questions.

59

1

2

3              (The Examination Before Trial of

4              JOHN WOOTON concluded at 11:37 a.m.)

5

6    STATE OF NEW YORK

7    COUNTY OF _____

8

9

10            I have read the foregoing record of my

11      testimony taken at the time and place noted in the

12      heading hereof, and I do hereby acknowledge it to

13      be a true and correct transcript of same.

14

15

16

17                  _____

18                  JOHN WOOTON

19

20

21   Sworn to before me this

22   _____day of _____, 2002.

23   _____

24      NOTARY PUBLIC

25

60

1

2                        C E R T I F I C A T I O N

3

4

5              I, KIMBERLY BURKE, a Court Reporter and

6        Notary Public in and for the State of New York, do

7        hereby certify that I recorded stenographically

8        the proceedings herein at the time and place noted

9        in the heading hereof, and that the foregoing is

10       an accurate and complete transcript of same, to

11       the best of my knowledge and belief.

12

13

14

15       _____

16                  KIMBERLY BURKE

17

18

19  Dated:  November 4th, 2002

20

21                    *      *      *

22

23

24

25

**JOHN WOOTON**                    **CondenseIt™**                    **$20,000 - direction**

$20,000 [1]        55:4
-against [1]        1:5
00 [4]        1:5        4:20
4:20        48:8
1'1 [1]        45:22
1'2 [2]        45:22        45:23
10 [1]        1:14
100' [1] 45:17
10940 [2]        2:5
2:7
11 [2]        4:20        59:5
115 [1]        1:15        1:23
12 [1]        45:24
12212 [1]        2:17
12401 [1]        1:24
12602 [1]        2:11
13 [1]        45:22
14 [2]        45:22        45:24
14th [7]        4:17        5:3
5:15        9:10        10:9
11:16        48:9
15085 [1]        2:16
15th [1]        1:13
1990 [2] 4:11        4:15
1999 [3] 4:17        5:3
5:15
20 [1]        1:14
2002 [3] 1:14        59:23
60:20
3 [1]        4:20
30 [6]        5:6        5:14
5:23        9:5        9:24
16:23
302 [1]        2:16
3116 [1] 3:22
3117 [1] 3:22
319 [1]        1:5
331-4020 [1]        1:24
37 [1]        59:5
4 [6]        5:6        5:14
5:23        9:5        9:24
16:23
41 [1]        2:7
4th [1]        60:20
509 [1]        2:11
6 [1]        2:4
63 [1]        2:10
8 [1]        48:8
845 [1]        1:24
a.m [2]        1:14        59:5
ability [1]        57:24
able [3]        8:21        20:10
41:8
accurate [2]        12:9
60:11
accused [1]        33:18
acknowledge [1]
59:13
action [1]        3:14
addition [2]        3:11
17:6
address [1]        18:19

advise [1]        52:11
advised [2]        31:17
49:15
afternoon [2]        5:7
5:15
again [6] 7:19        10:9
16:6        48:24        49:17
50:11
against [8]        32:11
32:23        33:3        33:14
51:11        54:14        57:5
58:15
agency [1]        36:8
agree [1] 50:16
AGREED [2]        3:5
3:15        3:24
Albany [1]        2:17
ALEX [1]        2:6
allege [1]        58:16
alleged [1]        30:16
alone [1] 25:2
along [1] 38:19
ambulance [1]        56:13
57:17        57:18
amenities [1]        57:25
answer [2]        55:20
58:23
appeared [1]        50:4
approach [1]        10:4
26:3        26:5
approached [7]        6:18
29:14        29:18        29:23
30:25        31:5        31:8
approximate [1] 48:22
approximating [1]
48:25
area [3]        8:16        11:14
16:21
armed [1]        30:23
arraigned [4]        46:15
46:17        49:21        54:25
arraignment [5] 48:3
48:20        49:6        51:24
52:10
arrangements [1]
36:15
arrest [10]        31:20
33:11        40:2        40:13
40:19        41:5        41:10
47:3        47:17        47:23
arrested [5]        34:3
40:5        40:9        41:12
58:11
arrival [1]        39:13
arrive [1]        24:20
arrived [1]        25:5
25:19        25:22        27:4
27:7        27:12        28:17
39:10        39:23        42:4
52:4
arriving [2]        25:25
26:5
attention [1]        47:8
attorney [1]        47:7
Attorney's [2]        54:22

54:23
Attorneys [1]        2:9
2:14
authority [1]        40:19
Avenue [2]        2:7
2:16
awaiting [1]        39:13
aware [1]        29:5
49:18        58:14
away [3] 15:6        22:17
49:2
bail [6]        55:2        55:3
55:8        55:12        55:13
55:18
bar [2]        3:13        22:7
barrel [1]        51:11
base [5] 15:18        26:7
32:16
based [9]        29:2
34:12        39:17        44:12
46:8        46:10        52:15
55:17        55:23
bathroom [1]        56:12
57:24
bay [1]        21:4
begun [1]        51:11
behalf [1]        54:10
2:6
behind [3]        6:7
6:15        9:23
belief [1]        34:12
60:12
best [2]        30:11        60:12
better [1]        22:18
between [3]        3:6
10:2        13:13
black [1] 16:12
booked [1]        48:7
Box [2]        2:11        2:16
Break [1]        58:6
Brett [22]        1:3
2:21        5:2        5:9
5:14        5:21        9:4
9:22        10:21        11:15
12:14        13:5        13:24
23:6        29:21        31:5
32:22        34:2        34:4
37:8        49:11        52:23
Brewster [13]        1:6
2:9        2:22        51:22
52:4        52:8        52:12
52:15        52:18        52:21
52:24        53:3        57:13
Brewster's [5]        53:14
broached [1]        7:17
brought [8]        40:3
46:21        47:18        48:3
48:18        48:20        52:3
58:15
Burke [4]        1:16
2:14        60:6        60:17
C [3]        2:2        60:3
60:3
C.P.L.R [2]        3:7
3:22
car [5]        13:24        19:13
22:17        24:14        36:24

care [3]        54:19        54:21
57:25
carrying [1]        28:25
caused [7]        15:14
17:4        17:9        17:15
19:23        45:19        53:23
certify [1]        60:8
charge [5]        46:15
49:22        52:15        54:14
55:2
charged [2]        33:15
41:15
charging [2]        46:5
52:12
check [4]        17:23
18:6        18:8        38:3
chief [7] 1:7        51:22
52:24        53:2        53:8
53:14        55:11
chief's [1]        53:6
chose [1]        15:24
circumstances [2]
53:18        53:20
Civ [1]        1:5
clothing [1]        56:17
Co-Counsel [2]        2:4
2:6
coming [1]        57:10
commencing [1] 1:14
committed [5]        23:12
33:19        40:15        40:21
41:4
communicating [1]
51:16
communication [9]
11:18        12:23        21:16
22:21        23:19        25:4
25:9        25:11        25:22
complaint [13]        30:15
32:11        32:22        33:3
33:7        33:11        33:13
33:15        33:21        33:22
40:6        46:5        57:5
complete [1]        60:11
completed [1]        18:12
comply [1]        20:22
computer [1]        47:9
concerning [9]        9:6
11:20        37:19        39:6
44:3        49:20        51:20
55:7        55:12
concluded [1]        59:5
conduct [2]        58:11
58:16
conducted [1]        44:13
contact [2]        10:2
12:20        22:25
contacting [1]        11:25
continue [1]        12:7
continued [1]        12:3
controlled [1]        3:23
conversation [2]
31:7        37:24

conversations [10]
27:20        32:21        37:7
37:18        37:21        38:21
38:25        49:19        51:19
52:24
correct [11]        14:14
17:22        33:6        41:8
41:9        46:9        46:11
51:5        53:4        56:22
59:14
counsel [2]        2:13
2:18        3:6        3:21
45:16        47:6
COUNTY [1]        59:8
couple [3]        7:12
7:13        58:8
course [1]        35:9
Court [1]        1:2
60:6
covers [1]        21:4
crime [5]        23:12
40:14        40:20        41:4
41:12
criminal [2]        52:13
custody [1]        36:13
D [1]        1:8
D'AMELIA [1] 2:18
dangerous [1]        28:14
dangerousness [2]
28:23        28:23
date [1]        48:6
Dated [1]        60:20
DAVID [1]        2:12
Debogart [5]        43:25
44:2        53:19        54:18
54:20
decided [1]        16:8
deemed [1]        3:21
Defendant [1]        1:13
Defendant's [1] 47:14
Defendants [3]        1:9
2:9        2:14
Defendants' [1] 47:4
Demand [2]        47:5
47:15
department [13]        1:7
4:9        4:13        9:18
14:24        21:5        21:6
21:17        26:12        36:16
38:14        55:11        57:14
described [1]        8:12
details [1]        20:2
determination [5]
43:11        43:14        43:17
43:20        43:24        44:3
44:12        44:14        45:20
55:18        55:24
determined [1]        44:11
54:4
different [1]        21:3
50:12
direct [2]        21:16
47:8
direction [1]        8:18

**directions** [9]   7:9
7:15   7:18   7:21
8:7   8:8   8:14
10:7   17:7
**directly** [7]   6:15
20:16   23:16   23:19
23:23   26:20   38:13
**disciplinary** [1]   58:20
**discussion** [1]   45:12
**discussions** [1]   52:8
**dispatch** [6]   14:10
14:13   14:16   15:13
19:24   21:7
**dispatched** [3]   14:19
19:13   19:20
**dispatcher** [17]   8:8
17:25   19:15   20:5
20:8   20:11   20:15
20:15   20:20   20:21
21:21   23:21   26:13
32:17   34:19   36:11
39:22
**dispatcher's** [1]   34:13
**dispatches** [2]   9:16
36:5
**dispatching** [1]   16:11
**District** [4]   1:2
1:2   54:22   54:23
**document** [9]   25:7
25:12   42:17   46:23
46:25   47:9   47:11
47:22   47:25
**documents** [3]   47:6
47:16   47:16
**DOE** [1]   1:8
**Dolson** [1]   2:7
**down** [1] 18:23
**drawn** [2]   30:25
31:4
**drive** [16]   6:14
7:25   8:7   8:15
14:11   14:21   15:2
15:8   16:5   16:10
17:7   19:14   19:20
19:23   21:7   24:7
**driver** [2]   6:9
6:10
**driveway** [2]   22:2
22:15
**driving** [4]   6:11
11:5   11:6   11:8
**drove** [2]   12:9
13:7
**duly** [1]   4:4
**during** [15]   7:13
8:12   12:12   12:24
24:16   31:11   31:22
35:2   35:5   42:10
48:24   49:5   52:8
53:8   57:11
**duties** [1]   4:21
**duty** [1]   4:17
**E** [5]   2:2   2:2
2:20   2:20   60:3
**ear** [1]   30:3
**Eastbound** [1]   8:20

**Edwin** [4]   1:6
2:9   2:22   51:22
**effect** [1]   30:21
**either** [16]   5:9
11:19   12:15   12:20
28:4   29:6   32:21
34:7   37:7   37:18
38:21   49:7   52:23
53:13   56:15   56:17
**elapsed** [2]   13:13
52:2
**employed** [3]   4:8
4:10   4:15
**en** [2]   36:13   38:22
**enclosed** [1]   36:25
**ended** [1]   35:7
**engaged** [1]   58:16
**entire** [3]   49:3
56:6   56:20
**error** [1] 44:9
**ESQ** [4]   2:3   2:6
2:12   2:18
**establishment** [3]
22:3   22:4   22:6
**estimate** [1]   22:18
**exactly** [3]   19:16
27:25   28:6
**examination** [9] 1:11
3:10   3:12   3:16
3:19   3:20   3:25
4:7   59:4
**examined** [1]   3:17
4:5
**except** [1]   3:9
**exited** [5]   10:3
24:10   24:14   24:19
32:25
**exiting** [2]   33:7
33:10
**expected** [1]   39:14
**explain** [2]   44:8
45:18
**exposed** [2]   36:25
37:2
**Extension** [1]   2:16
**eye** [3]   10:2   12:20
22:25
**F** [1]   60:3
**facing** [3]   22:10
23:3   27:18
**facsimile** [1]   45:3
**fact** [2]   26:14   54:6
54:11
**failure** [2]   3:11
3:19
**fair** [1]   50:19
**familiar** [1]   44:19
**family** [1]   9:12
**far** [12]   10:23   12:7
15:6   22:13   22:17
26:4   28:20   28:21
30:6   32:15   51:12
51:14
**February** [6]   4:17
5:3   5:15   9:10

10:9   48:9
**feet** [1]   10:25
**few** [2]   48:23   48:24
**filed** [1] 54:14
**filing** [1]   3:25
**fingerprinted** [1]
56:13
**finished** [1]   8:16
**first** [7]   4:4   5:17
13:4   16:22   30:12
31:24   50:7
**five** [2]   24:15   24:19
34:25
**floor** [2]   36:23   36:23
**follows** [1]   4:5
**food** [1]   57:23
**foregoing** [1]   59:11
60:10
**form** [2]   3:9   12:24
**forth** [1] 31:16
**forty** [3]   10:12   10:25
22:20
**found** [3]   17:20
36:20   49:15
**four** [3]   31:10   31:11
31:22
**France** [20]   18:3
18:4   18:16   18:21
20:19   21:22   23:21
23:24   25:21   26:20
26:22   26:23   28:8
28:10   28:13   28:20
28:22   39:22   43:2
57:12
**frequencies** [2]   21:3
21:10
**frequency** [1]   21:9
**front** [1] 7:5
**gas** [2]   10:19   14:2
**generated** [1]   47:9
**generic** [1]   45:8
**gentleman** [1]   42:2
**George** [15]   1:7
18:4   18:7   18:16
18:21   18:25   20:19
21:22   23:21   23:24
25:21   26:20   26:22
28:8   43:2
**GERALD** [1]   2:18
**gesture** [1]   9:22
**girlfriend** [2]   8:3
8:5
**girlfriend's** [1]   7:24
17:11   17:15
**given** [1] 10:7
**Glasco** [3]   5:19
5:23   6:2   16:20
18:13
**Green** [1]   1:15
1:23
**Greg** [3]   1:7   2:15
2:23
**gun** [29]   36:20   37:8
37:19   37:22   37:25
38:3   42:11   42:14

42:20   43:5   43:8
43:10   43:12   43:20
44:3   44:5   44:11
45:20   46:5   49:8
49:20   50:5   51:4
51:8   51:11   51:20
53:19   54:3   54:4
**half** [1]   10:12   42:8
**handcuffed** [3]   56:3
56:5   56:9
**handcuffs** [3]   33:24
34:2   34:4   34:7
34:23   35:24
**handing** [1]   45:4
**head** [1]   48:21
**heading** [6]   11:7
11:9   59:13   60:10
**hear** [13]   19:22   20:2
20:11   20:14   21:8
23:9   23:11   24:3
24:5   24:7   33:6
39:5   55:16
**heard** [9] 5:12   9:9
9:12   14:10   14:12
15:13   19:12   21:6
36:7
**hearing** [1]   21:14
**held** [1]   1:13
**help** [1]   14:17
**hereby** [4]   3:5
4:2   59:13   60:8
**herein** [1]   60:9
**hereof** [2]   59:13
60:10
**hereto** [1]   3:7
**Hill** [2]   10:15   11:21
**himself** [1]   8:22
**hope** [1] 20:7
**hour** [4]   10:12   42:8
48:24   52:6
**hours** [2] 13:17   48:23
**house** [1]   7:24
17:11   17:15
**Hulbert** [2]   1:7
2:15   2:23
**Husted** [6]   46:20
46:22   47:19   48:3
54:6   54:11
**idea** [6]   13:16   19:17
42:7   42:9   52:5
52:7
**identified** [1]   47:22
**illegal** [2]   44:4
49:16
**imagine** [1]   53:12
**immediately** [1] 6:16
**incident** [1]   16:4
24:8   39:7   47:10
**Incidentally** [1] 43:7
**including** [1]   3:8
55:11
**incorrect** [6]   43:17
43:21   43:24   45:19
46:8   46:12
**incorrectly** [1]   46:4

**indicating** [4]   36:24
45:16   45:24   47:20
**indication** [1]   23:13
**individual** [1]   40:14
**individuals** [2]   20:9
57:10
**inference** [1]   17:19
**inform** [3]   23:21
54:5   54:10
**information** [25]
9:6   15:23   16:7
18:17   18:20   19:2
20:5   20:11   20:20
21:24   26:10   26:11
26:19   28:7   28:10
28:13   28:16   29:2
32:16   33:17   39:5
39:18   39:20   39:21
55:22
**informed** [2]   20:8
31:8   34:8   43:23
54:3
**informing** [2]   31:13
34:20
**inquiring** [1]   17:6
**inside** [2]   11:2
22:15
**insisted** [1]   31:16
**Instinct** [2]   15:20
15:21
**interested** [1]   20:10
**involved** [1]   16:9
**ISSEKS** [13]   2:3
4:7   19:8   23:18
45:2   45:5   45:9
45:14   47:21   48:14
48:16   58:4   58:25
**issuing** [4]   6:23
6:24   18:12   18:14
**James** [1]   9:9
**John** [7]   1:6   1:7
1:13   2:9   4:3
59:5   59:19
**JR** [1]   2:18
**judge** [11]   46:17
46:21   48:20   54:25
55:2   55:7   55:12
55:13   55:17   55:20
55:23
**jurisdiction** [1]   40:15
**Justice** [4]   47:19
48:3   54:6   54:11
**Kevin** [9]   1:6
2:9   2:22   24:23
25:4   25:11   25:18
25:22   25:25
**Kimberly** [2]   1:16
60:6   60:17
**kind** [2]   22:6   57:25
**Kingston** [2]   1:15
1:24
**knew** [3] 15:16   16:12
20:9
**knowledge** [3]   15:18
39:25   60:12
**known** [1]   56:23

**JOHN WOOTON**  CondenseIt™  **L - point**

L [3]    2:12    2:20
3:3
Lane [38]    1:6
2:9    2:22    24:23
25:4    25:11    25:18
25:22    25:22    26:4
27:4    27:7    27:12
28:9    28:16    29:6
29:16    29:17    34:5
34:7    35:21    37:17
37:21    37:24    39:24
42:22    42:24    49:25
50:2    50:4    50:13
50:16    50:19    50:23
51:7    51:14    51:20
57:12
Lane's [3]    25:25
27:16    31:4
lawsuit [1]    5:2
58:15
learned [8]    8:24
26:16    32:22    33:13
41:14    41:18    43:16
43:19
learning [1]    33:2
least [1]    57:19
leave [1]    38:10
leaving [1]    36:10
36:17    37:22
led [2]    23:10    51:3
left [10]    8:16    8:17
10:6    16:20    36:2
36:4    36:17    37:14
38:6    41:10
legal [15]    38:3
43:12    43:15    43:20
44:5    44:6    44:11
49:8    49:9    50:5
50:5    50:6    50:12
50:16    54:5
LEK [1]    1:5
length [9]    43:11
43:20    44:4    44:12
45:20    46:4    49:9
50:17    51:20
lengths [1]    22:17
less [2]    42:8    52:6
license [6]    16:16
17:23    18:6    18:8
18:9    18:17
Lipton [69]    1:3
1:3    2:21    2:21
5:2    5:2    5:5
5:14    5:23    6:3
6:6    6:13    7:7
7:14    8:9    8:11
8:14    8:18    9:4
9:5    9:10    9:15
9:22    9:23    9:23
10:3    10:3    10:7
10:19    10:21    10:23
11:16    12:4    12:14
12:14    12:25    13:4
13:22    13:24    15:3
16:17    16:19    17:2
17:5    23:4    23:6
29:18    29:21    29:24
30:7    30:19    31:2
31:5    31:7    32:2
32:2    32:9    32:22

33:24    34:2    35:9
35:10    35:11    35:15
35:23    37:8    52:23
56:15    56:17
Lipton's [1]    8:22
Liptons [73]    10:6
10:8    10:13    10:18
11:20    11:24    13:10
13:14    13:19    15:14
15:25    16:2    16:9
16:9    19:10    19:12
22:10    22:13    22:21
24:8    24:18    26:5
26:17    26:25    27:18
28:2    28:5    28:11
28:14    28:24    29:4
29:14    29:18    29:23
32:12    33:4    33:14
33:15    34:6    34:20
34:23    35:18    35:24
36:3    37:18    38:6
38:22    39:6    40:2
41:10    41:15    42:24
46:6    46:14    47:18
48:2    48:17    48:25
49:7    49:21    51:23
52:3    52:9    52:13
53:9    53:13    54:14
54:24    56:2    56:20
57:6    57:11    57:23
Liptons' [1]    42:11
listening [1]    28:19
LLP [1]    2:8
located [1]    6:2
location [5]    6:25
12:4    13:21    14:5
15:17
longer [1]    13:6
look [4]    44:20    47:14
50:7    51:10
looked [1]    51:12
looking [7]    7:24
17:11    17:14    19:17
26:15    47:25    50:7
looks [1] 47:8
lots [1]    24:4
MACK [1]    2:8
manner [1]    32:4
marked [2]    45:6
45:22
Master [1]    45:17
matter [2]    13:8
13:17
may [4]    3:16    9:16
25:13    48:12
McCABE [1]    2:8
mean [6] 14:16    14:18
14:20    29:15    40:23
44:20
means [1]    14:17
measure [11]    37:3
42:11    45:8    49:17
50:13    50:21    50:24
51:3    51:8    51:11
51:15
measured [11]    42:24
42:20    43:4    43:10
45:21    46:4    49:15

50:11    51:7    52:18
53:19
measurement [5]
44:13    46:9    46:11
49:20    50:14
measures [1]    54:13
measuring [1]    43:8
Mechanic [1]    45:17
meet [3]    5:9    5:14
36:15
meeting [5]    5:17
7:10    8:12    9:5
9:10
memory [1]    48:2
met [8]    4:25    5:20
5:23    6:3    6:6
9:15    10:13    10:16
Middletown [2]    2:5
2:7
might [5]    20:9
25:6    25:10    28:14
47:12
Mill [2]    10:15    11:21
Millhill [1]    11:15
mine [1]    27:17
minute [4]    7:13
31:11    31:22    38:18
minutes [8]    7:12
10:12    13:17    13:18
24:15    24:19    31:10
34:25
misread [1]    45:25
missed [1]    48:15
mistake [4]    44:16
50:20    51:2    51:3
mistook [1]    45:23
MMP100 [1]    45:17
Mobil [17]    10:19
15:3    15:15    16:2
19:4    19:8    19:11
24:18    33:2    34:24
36:4    36:17    37:14
37:22    38:6    39:7
48:19
moment [1]    45:10
motion [1]    3:13
move [2] 3:9    3:12
N [5]    2:2    2:3
2:20    3:3    60:3
name [4] 8:5    18:3
18:19    22:4
names [2]    16:12
57:21
nature [1]    19:22
needs [1]    14:17
Never [1]    58:13
New [12] 1:12    1:15
1:17    1:24    2:5
2:7    2:11    2:17
47:9    47:23    59:7
60:7
next [4]    27:17    32:5
43:22    53:19
night [1] 54:24
normal [1]    56:14

North [1]    2:4
NORTHERN [1]
1:2
Notary [6]    1:16
3:17    3:18    4:4
59:25    60:7
noted [2]59:12    60:9
notified [1]    39:12
November [1]    60:20
now [4]    15:10    22:5
25:17    40:16
number [2]    18:9
51:9
numbering [2]    50:21
51:2
numbers [1]    45:25
O [2]    2:20    3:3
60:3
object [2]    3:8
3:11
objection [4]    45:6
55:19    58:18    58:22
observe [4]    6:9
8:21    12:15    50:13
observed [3]    11:2
11:15    11:21    11:22
12:10    12:24    13:4
13:13    13:19    15:3
15:25    37:8    37:9
observing [2]    12:12
13:3
occasion [2]    13:14
13:15
occasions [2]    56:8
56:11
occurrence [1]    19:23
October [1]    1:11
off [3]    21:3    45:9
48:21
Off-the-record [1]
45:12
offense [2]    33:18
41:11    41:15
office [8]    4:12
53:3    53:6    53:8
53:11    53:14    54:22
54:23
officer [27]    5:20
4:8    4:14    5:20
5:24    11:14    11:19
24:20    24:23    29:15
29:17    32:8    34:5
40:12    40:18    42:22
42:23    45:18    47:25
49:8    49:19    49:25
50:4    51:19    55:10
58:8    58:17
officers [3]    36:16
39:24    58:10
offices [1]    1:14
once [1]    19:9
one [18]    5:16    5:17
12:16    12:17    12:20
21:11    28:4    37:18
38:8    38:21    41:21
43:7    47:16    49:7
49:11    53:13    55:5

58:4
opposed [2]    40:14
40:20
order [3] 20:14    20:22
21:11
original [2]    3:20
3:25
outside [2]    40:15
40:21
own [3]    24:24    53:6
53:11
P [4]    2:2    2:2
2:20    3:3
p.m [3]    4:20    4:20
48:8
P.O [2]    2:11    2:16
parked [4]    6:15
24:2    24:11    24:17
partially [1]    37:2
particular [1]    17:21
particulars [1]    8:2
parties [1]    3:6
party [1] 18:13
pass [1]    12:4
passed [1]    19:12
passenger's [1]    27:17
patrol [7]    4:22
4:23    6:7    10:17
14:10    35:4    35:6
patrolling [1]    11:10
11:11
PD [10]    19:16    23:9
26:8    26:9    26:14
26:16    26:20    39:12
41:22    41:23
people [2]    16:13
26:15    57:18    58:11
perform [1]    17:24
period [14]    7:13
12:12    12:24    24:13
24:16    31:11    31:22
34:23    35:2    42:3
42:10    48:24    49:5
52:9
person [3]    6:24
7:3    8:25
PHELAN [1]    2:14
phone [12]    10:19
10:24    12:14    12:17
12:25    13:14    15:4
20:23    23:4    29:19
30:2    30:5
place [3] 30:17    31:20
33:24    59:12    60:9
placed [1]    34:2
34:4    34:6    35:4
40:2
plaintiffs [4]    1:4
2:4    2:6    4:25
plaintiffs' [3]    47:5
47:6    47:15
plate [7] 16:12    16:14
16:15    16:16    16:19
16:25    18:6
point [8] 23:15    32:14
37:13    37:14    44:14

**JOHN WOOTON**                    CondenseIt™                    police - street

| | | |
|---|---|---|
| 50:23 | 51:7 | 51:9 |
| **police** [63] | | 1:7 |
| 1:8 | 4:9 | 4:13 |
| 4:14 | 9:18 | 11:14 |
| 11:18 | 11:19 | 11:20 |
| 14:10 | 14:12 | 14:13 |
| 14:16 | 14:19 | 14:20 |
| 14:23 | 19:13 | 21:4 |
| 21:6 | 21:17 | 23:14 |
| 23:22 | 24:20 | 26:12 |
| 29:25 | 30:8 | 30:14 |
| 31:9 | 31:13 | 31:19 |
| 32:10 | 34:11 | 34:14 |
| 36:8 | 36:16 | 37:6 |
| 38:10 | 38:13 | 38:17 |
| 38:22 | 39:3 | 39:10 |
| 39:14 | 39:18 | 39:23 |
| 40:3 | 40:12 | 40:18 |
| 42:4 | 42:21 | 48:18 |
| 49:2 | 49:6 | 51:23 |
| 55:10 | 56:2 | 56:19 |
| 57:2 | 57:11 | 57:14 |
| 58:10 | 58:17 | |
| **portion** [1] | | 47:4 |
| **position** [1] | | 24:11 |
| **Posner** [11] | | 2:12 |
| 19:6 | 23:16 | 45:3 |
| 45:7 | 47:7 | 48:11 |
| 48:15 | 55:19 | 58:18 |
| 58:22 | | |
| **possession** [5] | | 42:12 |
| 46:6 | 49:22 | 52:13 |
| 54:15 | | |
| **Poughkeepsie** [1] | | |
| 2:11 | | |
| **precipitated** [1] | | 16:11 |
| **present** [1] | | 4:12 |
| **pretty** [1] | | 15:16 |
| **proceed** [3] | | 38:13 |
| 41:5 | 41:8 | |
| **proceeded** [1] | | 8:19 |
| **proceeding** [4] | | 39:2 |
| 39:7 | 58:6 | 58:21 |
| **proceedings** [1] | | 60:9 |
| **processing** [1] | | 56:14 |
| **produced** [1] | | 45:15 |
| **Production** [2] | | 47:5 |
| 47:15 | | |
| **Professional** [1] | | 45:17 |
| **provide** [2] | | 58:2 |
| 58:3 | | |
| **provided** [4] | | 3:7 |
| 3:22 | 18:21 | 47:6 |
| **Public** [6] | | 1:17 |
| 3:17 | 3:18 | 4:4 |
| 59:25 | 60:7 | |
| **pulled** [3] | | 6:5 |
| 6:7 | 22:2 | |
| **purported** [1] | | 28:23 |
| **purpose** [2] | | 26:4 |
| 33:10 | | |
| **questions** [2] | | 58:8 |
| 59:2 | | |
| **R** [3] | 2:2 | 2:20 |
| 60:3 | | |
| **radio** [12] | | 9:17 |
| 20:14 | 20:18 | 20:24 |

| | | |
|---|---|---|
| 21:17 | 24:3 | 25:14 |
| 25:19 | 36:7 | 36:10 |
| 39:2 | 39:5 | |
| **radioed** [2] | | 19:15 |
| 20:19 | | |
| **radioing** [1] | | 23:14 |
| **ran** [1] | 17:23 | |
| **read** [4] | 18:17 | 51:14 |
| 51:15 | 59:11 | |
| **reading** [5] | | 48:11 |
| 50:24 | 51:8 | 51:13 |
| 51:16 | | |
| **reason** [8] | | 14:7 |
| 16:25 | 25:25 | 29:12 |
| 32:6 | 35:11 | 35:16 |
| 54:17 | | |
| **reasons** [1] | | 56:11 |
| **receive** [3] | | 15:23 |
| 16:7 | 28:13 | 55:22 |
| **received** [7] | | 9:6 |
| 11:18 | 28:7 | 28:10 |
| 28:16 | 33:17 | 36:5 |
| **recollection** [7] | | 25:8 |
| 25:18 | 34:19 | 42:18 |
| 47:12 | 47:18 | 48:13 |
| **record** [7] | | 45:9 |
| 45:14 | 45:15 | 48:3 |
| 47:17 | 47:21 | 59:11 |
| **recorded** [1] | | 60:8 |
| **refer** [2] | 46:23 | 46:25 |
| **referring** [1] | | 16:15 |
| 35:8 | 47:11 | |
| **reflect** [2] | | 45:15 |
| 47:21 | | |
| **reflected** [1] | | 25:12 |
| **refresh** [4] | | 25:7 |
| 42:17 | 47:12 | 47:17 |
| **refreshed** [1] | | 48:2 |
| **refreshes** [1] | | 48:12 |
| **regarding** [1] | | 24:7 |
| **relation** [2] | | 6:13 |
| 27:16 | | |
| **relative** [1] | | 15:2 |
| **relay** [2] | 20:5 | 20:11 |
| **relayed** [7] | | 8:9 |
| 20:21 | 21:25 | 26:19 |
| 39:19 | 39:20 | 39:21 |
| **remain** [2] | | 49:3 |
| 56:5 | 57:2 | |
| **remained** [1] | | 49:4 |
| **remeasure** [1] | | 53:23 |
| **remeasured** [3] | | 53:22 |
| 53:25 | 54:3 | |
| **remember** [3] | | 22:5 |
| 57:19 | 57:22 | |
| **remove** [1] | | 56:17 |
| **repeat** [2] | | 7:19 |
| 16:6 | | |
| **report** [4] | | 14:20 |
| 47:10 | 47:23 | 48:12 |
| **Reporter** [1] | | 1:16 |
| 60:6 | | |
| **Reporting** [2] | | 1:15 |
| 1:23 | | |

| | | |
|---|---|---|
| **representative** [6] | | |
| 41:23 | 42:5 | 42:15 |
| 56:25 | 57:4 | 57:13 |
| **representatives** [1] | | |
| 41:21 | | |
| **request** [1] | | 20:22 |
| **reserved** [2] | | 3:10 |
| 3:14 | | |
| **residence** [2] | | 9:7 |
| 10:8 | | |
| **respect** [1] | | 50:20 |
| **respective** [3] | | 3:6 |
| 27:21 | 28:9 | |
| **responding** [1] | | 31:14 |
| **response** [5] | | 30:19 |
| 47:5 | 47:15 | 49:13 |
| 50:10 | | |
| **return** [1] | | 3:20 |
| **returned** [4] | | 14:4 |
| 19:8 | 19:11 | 33:2 |
| **Richard** [1] | | 46:20 |
| **ride** [1] | 38:18 | |
| **right** [4] | 3:8 | 25:17 |
| 46:13 | 48:16 | |
| **rights** [2] | | 3:7 |
| 3:21 | | |
| **road** [4] | 10:15 | 11:15 |
| 11:21 | 54:7 | |
| **ROBERT** [1] | | 2:3 |
| **Ron** [33] | 5:9 | 5:21 |
| 5:23 | 6:3 | 6:6 |
| 9:5 | 9:10 | 9:15 |
| 9:23 | 10:3 | 10:3 |
| 10:7 | 10:23 | 11:15 |
| 12:4 | 12:13 | 12:25 |
| 13:4 | 13:22 | 15:3 |
| 23:3 | 29:18 | 30:2 |
| 30:7 | 30:19 | 30:25 |
| 31:7 | 32:9 | 32:21 |
| 33:24 | 37:7 | 49:11 |
| 52:23 | | |
| **Ronald** [2] | | 1:3 |
| 2:21 | 5:2 | 5:14 |
| 5:22 | 9:22 | 10:19 |
| 29:24 | 49:12 | 56:14 |
| **room** [1] | 43:4 | |
| **route** [2] | 36:13 | 38:22 |
| **routine** [1] | | 4:23 |
| 10:17 | | |
| **Rules** [1] | | 3:22 |
| **run** [4] | 16:12 | 16:14 |
| 16:19 | 18:8 | |
| **running** [1] | | 16:25 |
| **RWS** [1] | 1:5 | |
| **S** [5] | 2:2 | 2:20 |
| 2:20 | 3:3 | 3:3 |
| **safety** [1] | | 35:17 |
| **sat** [1] | 27:14 | |
| **Saugerties** [57] | | 1:7 |
| 1:7 | 1:8 | 2:15 |
| 9:17 | 11:20 | 14:10 |
| 14:12 | 14:23 | 15:9 |
| 15:12 | 19:13 | 19:16 |
| 20:6 | 20:10 | 20:12 |
| 20:21 | 21:6 | 21:9 |
| 21:11 | 21:17 | 21:25 |
| 23:9 | 23:13 | 23:17 |

| | | |
|---|---|---|
| 23:20 | 23:22 | 26:8 |
| 26:9 | 26:12 | 26:14 |
| 26:16 | 26:20 | 26:25 |
| 29:25 | 30:7 | 30:14 |
| 31:9 | 31:13 | 31:18 |
| 32:9 | 34:11 | 34:14 |
| 36:16 | 39:12 | 39:14 |
| 39:18 | 40:6 | 41:16 |
| 41:21 | 41:23 | 42:5 |
| 42:14 | 56:25 | 57:4 |
| 57:5 | 57:13 | |
| **saw** [4] | 10:8 | 13:10 |
| 16:22 | 19:10 | |
| **scene** [9] | 24:20 | 25:5 |
| 25:19 | 25:23 | 26:2 |
| 27:4 | 28:17 | 36:4 |
| 36:10 | | |
| **SCOLAMIERO** [1] | | |
| 2:14 | | |
| **search** [1] | | 35:18 |
| **searched** [2] | | 35:15 |
| 35:23 | | |
| **searching** [1] | | 35:7 |
| 35:11 | | |
| **seat** [3] | 35:14 | 36:21 |
| **seated** [3] | | 27:21 |
| 27:24 | 32:18 | |
| **second** [8] | | 10:13 |
| 11:16 | 11:21 | 11:24 |
| 12:10 | 12:13 | 13:14 |
| 58:4 | | |
| **seconds** [1] | | 13:8 |
| **secure** [1] | | 38:2 |
| **see** [6] | 8:18 | 26:14 |
| 38:3 | 47:16 | 51:9 |
| 57:8 | | |
| **separate** [1] | | 27:14 |
| **sergeant** [5] | | 41:25 |
| 43:25 | 53:18 | 54:18 |
| 54:20 | | |
| **Service** [1] | | 1:15 |
| 1:23 | | |
| **set** [4] | 55:2 | 55:3 |
| 55:8 | 55:13 | |
| **setting** [1] | | 55:8 |
| **several** [1] | | 56:10 |
| 56:11 | | |
| **shall** [4] | 3:13 | 3:21 |
| 3:23 | 4:2 | |
| **shift** [4] | 4:19 | 4:21 |
| **shorter** [1] | | 49:9 |
| **Shorthand** [1] | | 1:16 |
| **shotgun** [1] | | 35:14 |
| **show** [2] | 47:4 | 50:11 |
| **showed** [4] | | 41:22 |
| 41:24 | 42:6 | 42:15 |
| **side** [2] | 22:15 | 27:17 |
| **sign** [1] | 46:5 | |
| **signed** [8] | | 3:16 |
| 32:11 | 32:23 | 33:3 |
| 33:7 | 33:11 | 33:13 |
| 33:22 | | |
| **similarly** [1] | | 51:14 |
| **sit** [1] | 25:17 | |
| **site** [3] | 10:7 | 34:24 |

| | | |
|---|---|---|
| 38:10 | | |
| **sitting** [10] | | 10:22 |
| 12:15 | 12:17 | 13:5 |
| 13:24 | 23:6 | 24:2 |
| 24:13 | 28:9 | 29:21 |
| **situated** [1] | | 35:3 |
| **SMITH** [1] | | 2:6 |
| **someone** [3] | | 26:20 |
| 40:20 | 54:23 | |
| **somewhere** [1] | | 6:19 |
| **son** [1] | 9:4 | |
| **sort** [3] | 25:12 | 34:10 |
| 40:8 | | |
| **sounded** [1] | | 23:12 |
| **source** [4] | | 15:23 |
| 16:7 | 39:6 | 55:22 |
| **speak** [3] | | 21:11 |
| 21:13 | 49:24 | |
| **speaking** [1] | | 20:15 |
| 25:18 | | |
| **specifically** [1] | | 34:12 |
| **split** [1] | 38:9 | |
| **spoke** [3] | | 29:24 |
| 30:2 | | |
| **squad** [2] | | 57:17 |
| 57:18 | | |
| **State** [5] | 1:17 | 47:10 |
| 47:23 | 59:7 | 60:7 |
| **statement** [1] | | 17:14 |
| 34:13 | 55:7 | |
| **statements** [3] | | 17:5 |
| 17:6 | 17:9 | |
| **STATES** [1] | | 1:2 |
| **station** [41] | | 10:20 |
| 14:2 | 15:3 | 15:15 |
| 16:2 | 19:4 | 19:9 |
| 19:11 | 21:4 | 24:18 |
| 33:2 | 34:24 | 36:4 |
| 36:14 | 36:18 | 37:6 |
| 37:14 | 37:22 | 38:6 |
| 38:17 | 38:23 | 39:3 |
| 39:8 | 39:10 | 39:23 |
| 40:3 | 42:4 | 42:21 |
| 48:18 | 48:19 | 49:3 |
| 49:6 | 49:20 | 51:23 |
| 52:3 | 52:25 | 53:3 |
| 56:2 | 56:19 | 57:2 |
| 57:11 | | |
| **stationary** [1] | | 11:5 |
| **stayed** [1] | | 27:10 |
| **stenographically** [1] | | |
| 60:8 | | |
| **still** [15] | 6:25 | 13:22 |
| 13:24 | 14:2 | 21:21 |
| 23:4 | 23:6 | 27:4 |
| 29:19 | 29:21 | 30:2 |
| 30:5 | 32:18 | 44:22 |
| 45:7 | | |
| **STIPULATED** [3] | | |
| 3:5 | 3:15 | 3:24 |
| **stop** [2] | 6:4 | 12:2 |
| **stopped** [7] | | 9:23 |
| 22:10 | 22:13 | |
| 22:22 | 23:3 | 23:8 |
| **stops** [1] | 38:19 | |
| **street** [7] | 1:15 | 1:23 |
| 2:4 | 2:10 | 22:2 |

**JOHN WOOTON**  CondenseIt™  strike - yourself

22:16    22:23

**strike** [2]    3:9
3:12

**strip-searched** [2]
56:15    56:23

**strip-searches** [1]
58:11

**subject** [4]    7:18
50:3    55:12    58:20

**subjects** [3]    15:16
16:3    26:3

**substance** [1]    30:12

**such** [4]  3:13    20:14
22:18    57:23

**sum** [1]  30:11

**summons** [4]    6:23
6:24    18:13    18:14

**surveyor's** [1]    44:21
45:16

**suspect** [1]    17:21

**suspicion** [1]  17:3
17:4    17:10

**suspicious** [3]  17:16
17:18    17:20

**switch** [2]    21:10
21:15

**sworn** [3]    3:16
4:4    59:22

**system** [1]    20:19

**T** [5]  2:20    3:3
3:3    60:3    60:3

**tape** [19]  25:13    25:14
44:19    44:21    44:21
44:22    45:2    45:6
45:8    45:16    45:19
46:2    50:21    50:24
51:3    51:8    51:10
51:12    51:15

**telephone** [2]    12:5
13:22

**ten** [3]  24:15    24:19
34:25

**testified** [1]    4:5

**testimony** [3]    3:10
3:12    59:12

**thereby** [1]    3:23

**thereof** [1]    45:3

**third** [6]  3:11    13:14
13:19    18:13    19:6
19:9

**thirty** [1]    10:25

**thought** [2]    20:8
46:10

**three** [5]  31:10    31:11
31:22    38:18    57:19

**through** [2]    18:6
47:14

**throughout** [2]    56:5
56:19

**title** [1]  47:9

**today** [1]    44:24

**took** [1]  30:16

**top** [2]  47:23    48:21

**towards** [2]    31:25
32:2

**Town** [15]    1:6
1:7    1:7    1:8
2:10    2:15    5:19
10:15    15:8    15:12
34:11    40:19    40:21
57:5    58:10

**township** [1]    15:9

**traffic** [1]    6:4

**transcript** [2]    59:14
60:11

**transmission** [4]
14:18    25:15    28:20
39:17

**transmissions** [3]
24:3    24:4    36:7

**transmitted** [1]  9:17

**trespass** [12]    14:11
14:13    16:3    16:4
19:25    20:3    30:15
30:16    30:20    34:10
40:8    41:16

**trespassing** [4]  33:22
34:16    34:21    40:7

**trial** [3]  1:11    3:14
59:4

**true** [1]  59:14

**trying** [1]    20:18

**turn** [2]  15:24    16:8

**turned** [2]    14:4
46:12

**Turnpike** [5]    5:19
5:24    6:2    16:20
18:13

**two** [5]  11:3    27:14
27:20    27:23    36:13

**U** [1]    3:3

**under** [4]    31:20
40:2    41:10    53:18

**understand** [4]  14:18
20:17    40:9    50:25

**understood** [1]  40:4

**UNIDENTIFIED** [1]
1:8

**unit** [9]  6:7    14:11
14:13    14:16    14:19
14:20    14:24    35:4
35:6

**UNITED** [1]    1:2

**unlawful** [1]    46:6

**up** [15]  6:7    7:7
7:21    28:8    30:3
30:13    31:18    35:7
38:9    41:22    41:24
42:6    42:15    44:5
51:11

**used** [1]  44:19

**UTT** [1]  8:16

**valid** [1]  18:19

**Valley** [2]    1:14
1:23

**Van** [5]  43:25    44:2
53:19    54:18    54:20

**vehicle** [65]    6:4
6:8    6:12    6:13
6:14    6:15    6:16
6:18    6:19    6:21

**7:4    7:8    8:22
9:24    10:4    10:22
10:23    11:2    11:12
11:25    12:15    12:18
13:5    16:11    16:17
16:19    17:2    19:19
21:7    22:8    22:11
22:14    22:22    23:3
23:6    23:8    24:2
24:10    24:17    24:19
24:24    27:5    27:7
27:12    27:16    29:7
29:13    29:21    31:24
31:25    32:2    32:7
32:19    32:25    33:8
33:10    35:7    35:8
35:9    35:10    35:12
35:15    35:19    35:23
38:7

**vehicles** [7]    27:14
27:21    27:24    28:9
29:9    36:3    38:10

**versus** [1]    45:22

**violation** [5]    40:14
40:20    41:6    41:12
41:16

**visible** [1]    13:6

**waited** [2]    22:3
23:9    33:6

**waived** [1]    4:2

**waiver** [2]    3:13
3:21

**walk** [1]  32:4

**walked** [4]    6:7
31:24    31:25    32:5

**wall** [3]  56:3    56:5
56:9

**Washington** [2]  2:10
2:16

**watching** [1]    29:11

**weapon** [8]    30:25
31:4    37:3    46:6
50:5    52:13    52:19
54:15

**weapons** [5]    28:25
35:13    46:15    49:22
54:25

**whole** [1]    53:10

**withdraw** [1]    54:13

**within** [1]    29:12

**without** [1]    51:16

**witness** [2]    3:17
47:22

**Woodstock** [26]  1:7
2:10    4:9    4:12
5:19    10:15    11:19
17:25    21:4    21:11
32:17    37:6    38:13
38:16    38:22    39:3
39:8    39:15    40:3
40:19    40:21    42:4
46:17    49:2    49:6
58:10

**Wooton** [8]    1:6
1:13    2:9    4:3
4:8    45:18    59:5
59:19

**word** [1]  9:15

**words** [1]    45:23

**works** [1]    20:19

**write** [1]  18:23

**Wrolsen** [20]    7:25
8:7    8:14    9:7
9:9    9:12    10:8
14:11    14:21    15:2
15:8    16:5    16:10
17:7    19:14    19:20
19:23    21:7    24:7
39:6

**wrong** [9]    30:22
31:15    31:17    44:16
44:18    51:13    51:15
51:16    54:4

**X** [2]  1:3    1:9

**yards** [2] 22:19    22:20

**York** [12]    1:2
1:15    1:17    1:24
2:5    2:7    2:11
2:17    47:10    47:23
59:7    60:7

**yourself** [5]    10:2
34:7    39:24    42:23
57:12