COPY

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
RONALD LIPTON and BRETT LIPTON,

                                        Plaintiffs,

            -against-               00 Civ. 319(LEK)(RWS)

JOHN WOOTON, KEVIN LANE, EDWIN BREWSTER, THE TOWN OF
WOODSTOCK, TOWN OF SAUGERTIES, GREG HULBERT, CHIEF
OF THE TOWN OF SAUGERTIES POLICE DEPARTMENT and JOHN
DOE, AN UNIDENTIFIED TOWN OF SAUGERTIES POLICE OFFICER,

                                        Defendants.
---------------------------------------------------------X


               EXAMINATION BEFORE TRIAL


of the Defendant, KEVIN LANE, held on October 15th,

2002, commencing at 11:45 a.m., at the offices of Valley

Reporting Service, 115 Green Street, Kingston, New York,

before Kimberly Burke, a Shorthand Reporter and Notary

Public in and for the State of New York.



                    * * * * * * *


-----------------------------------------------------
               VALLEY REPORTING SERVICE
                    115 Green Street
               Kingston, New York  12401
                     (845) 331-4020

2

```
 1

 2     A P P E A R A N C E S

 3
                    ROBERT N. ISSEKS, ESQ.
 4                  Co-Counsel for the Plaintiffs
                    6 North Street
 5                  Middletown, New York 10940

 6                  ALEX SMITH, ESQ.
                    Co-Counsel for the Plaintiffs
 7                  41 Dolson Avenue
                    Middletown, New York 10940
 8
                    McCABE & MACK, LLP
 9                  Attorneys for the Defendants
                    John Wooton, Kevin Lane, Edwin Brewster
10                  and the Town of Woodstock
                    63 Washington Street
11                  P.O. Box 509
                    Poughkeepsie, New York 12602
12
                       BY:  DAVID L. POSNER, ESQ.,
13                          of Counsel

14                  PHELAN, BURKE & SCOLAMIERO
                    Attorneys for the Defendants
15                  Greg Hulbert and the Town of
                    Saugerties
16                  302 Washington Avenue Extension
                    P.O. Box 15085
17                  Albany, New York 12212

18                     BY:  GERALD D. D'AMELIA JR., ESQ.
                            of Counsel
19

20     A L S O   P R E S E N T:

21                  RONALD LIPTON
                    BRETT LIPTON
22                  JOHN WOOTON
                    EDWIN BREWSTER
23                  GREG HULBERT

24

25
```

3

```
1
2                    S T I P U L A T I O N S
3
4            IT IS HEREBY STIPULATED AND AGREED by
5       and between the counsel for the respective parties
6       hereto that all rights provided by the C.P.L.R.,
7       including the right to object to any question,
8       except as to the form, or to move to strike any
9       testimony at this examination, are reserved; and,
10      in addition, the failure to object to any question
11      or to move to strike testimony at this examination
12      shall not be a bar or waiver to make such a motion
13      at, and is reserved for, the trial of this action.
14          IT IS FURTHER STIPULATED AND AGREED that this
15      examination may be signed and sworn to by the
16      witness being examined, before a Notary Public
17      other than the Notary Public before whom this
18      examination was begun, but the failure to do so,
19      or to return the original of this examination to
20      counsel, shall not be deemed a waiver of rights
21      provided by Rules 3116 and 3117 of the C.P.L.R.,
22      and shall be controlled thereby.
23            IT IS FURTHER STIPULATED AND AGREED that
24      the filing of the original of this examination
25      shall be and the same is hereby waived.
```

4

```
 1
 2                              KEVIN LANE,
 3          having been first duly sworn by the Notary Public,
 4          was examined and testified as follows:
 5                        * * * * * * * *
 6     EXAMINATION BY MR. SMITH:
 7     Q.   Good morning, Officer.  My name is Alex Smith.
 8     A.   Kevin Lane, how are you.
 9     Q.   How are you presently employed?
10     A.   With the Town of Woodstock Police Department.
11     Q.   In what capacity?
12     A.   Police officer.
13     Q.   How long have you been employed by Woodstock as a
14          police officer?
15     A.   Since 1997.
16     Q.   Continuously until today?
17     A.   Yes, sir.
18     Q.   Prior to being employed by Woodstock, were you
19          employed as a police officer anywhere else?
20     A.   I was.
21     Q.   Where was that?
22     A.   Shandaken Police Department.
23     Q.   That's where?
24     A.   That's one town west of the Town of Woodstock in
25          Ulster County.
```

1    KEVIN LANE

2    Q.    How long were you a police officer there?

3    A.    Since 1995.

4    Q.    Did you work anywhere prior to that as a police

5          officer?

6    A.    No.

7    Q.    I'm going to direct your attention to February

8          14th of 1999.  Prior to that date, did you know a

9          Jim Wrolsen?

10   A.    No.

11   Q.    Were you aware of a Wrolsen family living in or

12         near the Town of Woodstock?

13   A.    No.

14   Q.    Did you know of a Wrolsen being employed as a

15         Saugerties police officer?

16   A.    No.

17   Q.    Prior to that date, did you know either Ron or

18         Brett Lipton?

19   A.    No.

20   Q.    Had you ever heard anything about them?

21   A.    No.

22   Q.    What was your shift that day?

23   A.    3:00 p.m. to 11:00 p.m.

24   Q.    What were your duties that day?

25   A.    Routine patrol.

6

```
1    KEVIN LANE

2    Q.   Were you doing routine patrol in your own car by

3         yourself?

4    A.   Yes, sir.

5    Q.   Did there come a time on that day when you heard

6         anything about an incident at Wrolsen Drive?

7    A.   Yes.

8    Q.   When was it that you heard about it?

9    A.   Shortly before meeting with Officer Wooton.

10   Q.   How did you hear about it?

11   A.   Through a conversation at the Woodstock Police

12        Department.

13   Q.   Who was that conversation with?

14   A.   The dispatcher at the Woodstock Police Department

15        had been on the phone apparently with the

16        Saugerties Police Department.

17   Q.   So your knowledge came from the dispatcher?

18   A.   I believe so.

19   Q.   Were you in your car or at the station when you

20        had this conversation with the dispatcher?

21   A.   I had no conversation with the dispatcher.

22   Q.   How did you learn about it?

23   A.   I heard him speaking on the telephone.

24   Q.   So you must have been in the station?

25   A.   Yes.
```

1    KEVIN LANE

2    Q.    What did you hear him saying over the phone?

3    A.    I don't recall exactly.  It was in direct relation

4          to a conversation that the dispatcher had had via

5          our police radio with Officer Wooton in the field.

6    Q.    Can you remember anything about this conversation

7          that you heard?

8    A.    I recall Officer Wooton inquiring about an

9          incident in Saugerties, a trespass incident in

10         Saugerties, and something to the effect that he

11         had knowledge or possibly had knowledge that would

12         relate to the incident in the Town of Saugerties.

13   Q.    Did you hear Wooton saying that or did you hear

14         the dispatcher saying this?

15   A.    I believe I heard Wooton saying that on the police

16         radio.

17   Q.    While you were in the station?

18   A.    Yes.

19   Q.    Did you hear Wooton say anything else?

20   A.    Other than that, no.

21   Q.    What did you hear the dispatcher saying on the

22         telephone?

23   A.    I can't be sure, but it was in reference to what

24         Officer Wooton had discussed with him via the

25         police radio.  I believe there was a request from

8

1  KEVIN LANE

2      Wooton to ascertain more about the incident or if

3      there was any other descriptors regarding the

4      incident that could help him in the field with

5      what he knew or was associating with this

6      incident.

7  Q.  Do you know who the dispatcher was then talking to

8      on the telephone?

9  A.  I do not know for sure.  I assumed that it was the

10     Saugerties Police Department.

11 Q.  What led to that assumption?

12 A.  Because at one point Officer Wooton had made a

13     request for him to call the Saugerties Police

14     Department.

15 Q.  How long was the dispatcher on the phone while you

16     were there?

17 A.  I couldn't say.

18 Q.  Was it seconds, minutes, ten minutes or fifteen?

19 A.  I couldn't say.  It didn't seem to be that long,

20     but I couldn't say.

21 Q.  Were you there when the conversation ended?

22 A.  I couldn't say.

23 Q.  Well, do you recall?

24 A.  It did not have my direct attention.

25 Q.  Do you recall leaving the police station?

9

```
1    KEVIN LANE

2    A.   Yes.

3    Q.   Were you leaving while the dispatcher was still on

4         the phone?

5    A.   I don't recall.  It did not have my direct

6         attention, so it's difficult for me to recall.

7    Q.   What was the reason that you left the police

8         station?

9    A.   I left the police station to go meet with Officer

10        Wooton.

11   Q.   Was that at Wooton's request, the dispatcher's

12        request or your own initiative?

13   A.   My own initiative.

14   Q.   And you left in your patrol car by yourself?

15   A.   Yes, sir.

16   Q.   How did you know where Wooton was at that point in

17        time?

18   A.   I believe at one point I heard him say on the

19        radio that he was across the street from the Mobil

20        station and I may have even once I got in my car

21        called directly to him to find out exactly where

22        he was, but I'm not even sure of that.

23   Q.   There is more than one Mobil in the Town of

24        Woodstock; isn't there?

25   A.   There is not.
```

1    KEVIN LANE

2    Q.   There is not?

3    A.   No.

4                    MR. POSNER:   You thought you had him

5         there; didn't you?

6    Q.   How long did it take you to get from the station

7         to where Wooton was?   The police station, not the

8         Mobil station.

9    A.   From the police station to the Mobil station or to

10        where Officer Wooton was?

11   Q.   Right.

12   A.   Approximately one minute.

13   Q.   During that one minute, do you recall having a

14        conversation on the radio?

15                    MR. POSNER:   Objection.

16   A.   I don't recall if I did or not.   I may have.

17   Q.   Do you recall having a conversation with anybody

18        else during that one minute of traveling time?

19   A.   No, sir.

20   Q.   When you got to the vicinity of the Mobil station,

21        what did you see?

22   A.   I met with Officer Wooton across the street; I saw

23        Officer Wooton's car.

24   Q.   You drove right up to his car?

25   A.   I drove right next to his car, yes.   We were in

1    KEVIN LANE

2         the parking area of the establishment across the

3         street from the Mobil station.

4    Q.   Was that establishment a bar?

5    A.   The Joyous Lake; that's the name of the bar.

6    Q.   Did you have a conversation then with Wooton?

7    A.   I did.

8    Q.   What was said?

9    A.   I believe initially he pointed out the gentleman

10        on the telephone.  I can't recall the exact

11        conversation, but he explained to me that this

12        gentleman had pulled up to him while he was on a

13        traffic stop on Glasco Turnpike and asked for

14        directions to an area supposedly in Saugerties

15        that he wasn't familiar with.  I recall Officer

16        Wooton asking the dispatcher earlier for

17        directions to Wrolsen Drive or someplace in

18        Saugerties, so I associated that with what he was

19        telling me at that time.

20            Officer Wooton then explained to me that

21        sometime shortly thereafter by using his police

22        radio to scan -- we scan multiple police agencies

23        -- he heard a police dispatch from the Town of

24        Saugerties to the same location as he just gave

25        two people directions to and that in fact this

1   KEVIN LANE

2        incident may have involved these folks, so that's

3        what we discussed.

4   Q.   When you say that you heard Wooton asking the

5        dispatcher for directions, was that on your radio?

6   A.   Yes.

7   Q.   That was prior to arriving there at the scene at

8        the Mobil station?

9   A.   Yes.

10  Q.   Did you hear any other conversations between

11       Wooton and the dispatcher on your radio prior to

12       getting to the Mobil station?

13  A.   I recall Officer Wooton notifying the dispatcher

14       of a traffic stop, I believe.  Other than that and

15       asking for the directions that he requested, he

16       may have called back in service from the traffic

17       stop, but other than that, I recall no other

18       transactions.

19  Q.   Prior to your arriving at the Mobil station, did

20       you hear any dispatches from Saugerties over your

21       radio?

22  A.   I don't believe so.

23  Q.   How long did this conversation go on between you

24       and Wooton when you got to the scene?

25  A.   Approximately two to four minutes.

```
 1    KEVIN LANE

 2    Q.   During that time period, was the man still on the

 3         phone?

 4    A.   He appeared to be on the phone, yes.

 5    Q.   And you had never seen that individual before that

 6         time; had you?

 7    A.   Never.

 8    Q.   Where was the other individual during that two to

 9         four minute conversation?

10    A.   Officer Wooton had pointed out the vehicle which

11         was over by the gas pumps and I saw the individual
```

14

1    KEVIN LANE

2    A.    There was a response in the positive that in fact

3          there was a signed complaint.

4    Q.    Was that response immediate or did some time

5          elapse between the request and the response?

6    A.    I don't recall.  It was shortly after the request,

7          whether it was immediately or it took some time, I

8          don't recall.

9    Q.    Did the response come from the dispatcher, France?

10   A.    Yes.

11   Q.    Do you remember his exact words?

12   A.    I do not.

13   Q.    Do you remember the substance of the words?

14   A.    I just told you.

15   Q.    That it was a positive complaint?

16   A.    That there was a signed complaint in reference to

17         that matter.

18   Q.    What did you and Officer Wooton do next?

19   A.    We approached the two gentlemen across the street

20         that we had seen from our position.

21   Q.    When you approached the two gentlemen, what was

22         your understanding of what the signed complaint

23         was?

24   A.    At that time, my understanding was that it was in

25         reference to a trespass.

1    KEVIN LANE

2    Q.    Did you have any understanding whether the

3          complaint was for trespass as a violation or

4          criminal trespass or a misdemeanor?

5    A.    I did not have an exact distinction.

6    Q.    Did you have any belief at that point or any

7          understanding at that point which it was?

8    A.    I don't recall making a distinction.

9    Q.    Did you have any understanding at that point in

10         time as to what the conduct was that was the

11         subject of the trespass?

12   A.    I did not.

13   Q.    Did you have any information when you approached

14         the Liptons as to whether there had been any

15         report that the Liptons were armed and dangerous?

16   A.    Yes.

17   Q.    What was your understanding at that point?

18   A.    I had received information -- and I don't recall

19         exactly from whom, it was either France or Wooton

20         or both -- that there was a possibility that these

21         individuals were armed and dangerous.

22   Q.    At that point in time, did you have any basis as

23         to the foundation for that belief that they were

24         armed and dangerous?

25   A.    No.

16

1    KEVIN LANE

2    Q.    When you approached the two men, who approached

3          whom?

4    A.    Officer Wooton approached the gentleman on the

5          phone and I approached the younger gentleman in

6          the vehicle.

7    Q.    Did either of you have any weapons drawn?

8    A.    No.

9    Q.    How far was the vehicle from the telephone?

10   A.    Approximately, I would say, and forgive me for the

11         range, forty to sixty feet give or take and that's

12         my best answer.

13   Q.    Who engaged in conversation first; Officer Wooton

14         with the man on the phone or you with the person

15         in the vehicle?

16   A.    I don't recall.  I focused myself on what I was

17         doing, so I couldn't answer that.

18   Q.    Could you hear any of the conversation between

19         Wooton and the man at the phone?

20   A.    No, sir.

21   Q.    What did you do exactly?

22   A.    I approached the vehicle to identify the occupant.

23   Q.    How did you do that?

24   A.    I walked up to the vehicle and immediately

25         observed what appeared to be a weapon in the back

17

1    KEVIN LANE

2        seat, so that redirected my focus.

3    Q.   Did you approach the vehicle from the driver's

4        side or the passenger side?

5    A.   I believe it was the passenger side, but I can't

6        be sure.

7    Q.   Was this a two-door or a four-door car?

8    A.   I believe four door, but once again, I can't be

9        sure.

10   Q.   Were the windows open in the back?

11   A.   I don't recall.

12   Q.   Do you recall whether or not you observed what you

13       believed to be a weapon through a window?

14   A.   I don't recall.  I really don't recall.

15   Q.   Do you recall whether you observed the weapon

16       through a back window, a side window or what?

17   A.   I believe it was a side window, and if my

18       recollection is correct, I believe it was from the

19       passenger side, but I can't be positive.

20   Q.   Where was this weapon located?

21   A.   The back seat kind of almost partially on the back

22       seat and partially on the floor board type of

23       position where, if recall correctly, it wasn't

24       entirely on the back seat and it wasn't entirely

25       on the floor board.

1   KEVIN LANE

2   Q.   Was some portion of the weapon covered?

3   A.   Yes.

4   Q.   With what?

5   A.   It was in a case and most of the weapon was

6        covered.

7   Q.   What part of the weapon could you see at that

8        point in time?

9   A.   I could see the butt of the weapon.

10  Q.   Was that on the floor board or on the seat?

11  A.   To the best of my recollection, that was the

12       portion that was towards the floor board

13       (indicating).

14  Q.   And it's fair to say that you saw the weapon

15       before you had any conversation with the occupant

16       of the vehicle?

17  A.   It's absolutely fair to say that.

18  Q.   What did you do next upon seeing the weapon?

19  A.   I recall thinking about officer safety as to how

20       could this person grab this weapon in a fashion

21       and use it against me before I could defend

22       myself.  In those positions, you tend to think

23       officer safety right away and I recall thinking

24       that.  Then from just observing how this could be

25       used against me, I went and asked the subject his

1    KEVIN LANE

2         name and I believe for some identification.

3    Q.   The subject was in the front passenger seat; is

4         that fair to say?

5    A.   I believe so, but I can't be positive.

6    Q.   He wasn't in the back; was he?

7    A.   No, sir.

8    Q.   Did you get a response when you asked him for his

9         name?

10   A.   Yes.

11   Q.   What happened next?

12   A.   After speaking with the individual, I inquired

13        about the weapon.  I asked him, What is that?  He

14        told me it was a shotgun.

15   Q.   Did you have any further conversation about the

16        weapon?

17   A.   I believe I asked him whose it was.

18   Q.   What did he say?

19   A.   I think he said, It's ours.  Then I said, Who is

20        ours?  He said, Me and my father.  I can't be

21        positive, but I'm pretty sure he gestured towards

22        the individual over by Officer Wooton.

23   Q.   What was said next?

24   A.   I believe what was said next is that he said, It's

25        our shotgun, it's a legal shotgun.  I believe

1    KEVIN LANE

2         right away he made conversation about the fact

3         that it was a legal shotgun.

4    Q.   After that conversation, what happened?

5    A.   At some point, I asked him to step out of the

6         vehicle.

7    Q.   What was your purpose in doing that?

8    A.   To one, remove him from the weapon.  And two, just

9         to talk to him in a face-to-face manner and

10        explain to him why we were there.

11   Q.   Did you do so?

12   A.   Yes.

13   Q.   What did you tell him?

14   A.   The subject of the conversation was that we were

15        there because there was an incident apparently in

16        the Town of Saugerties that may or may not have

17        involved them, but apparently it did involve them

18        and so we are going to act upon a signed complaint

19        from the Town of Saugerties and they would be

20        taken into custody and taken to the station where

21        we could more adequately get to the bottom of what

22        had happened.

23   Q.   So you told him that you were going to put him

24        under arrest?

25   A.   Yes.

1    KEVIN LANE

2    Q.    And the basis of your belief that these were the

3          people that were involved in the incident in the

4          Town of Saugerties was solely Officer Wooton's

5          description to you; is that fair to say?

6                        MR. POSNER:  Objection.  You can

7          answer.

8    A.    Can you repeat that, please?

9    Q.    Is it fair to say that the basis of your belief

10         that you had the correct individuals that were

11         involved in the Town of Saugerties incident, was

12         Officer Wooton's prior description, as you

13         testified, as to what he had heard?

14   A.    That's not safe to say.

15   Q.    What else formed your belief that these were the

16         people?

17   A.    The totality of the circumstances; that Wooton had

18         asked for directions -- I had heard myself -- that

19         Wooton had asked for directions to the Town of

20         Saugerties, the conversation that I overheard at

21         the station, which involved the request from

22         Wooton to the dispatcher, and the dispatcher's

23         phone conversation which I believe to be with the

24         Town of Saugerties Police.  So it's not safe to

25         say that it was entirely based on Wooton's

1   KEVIN LANE

2       description.

3   Q.   Did you put handcuffs on Brett Lipton at that

4        point in time?

5   A.   Yes.

6   Q.   Was Ron Lipton in handcuffs at that point or which

7        happened first?

8   A.   I believe he was, if I'm correct.  I can't be

9        sure, but I believe he was and he had been walked

10       over to the vehicle with Officer Wooton.

11  Q.   When you say "the vehicle," do you mean the police

12       vehicle or the Lipton vehicle?

13  A.   The Lipton vehicle.

14  Q.   Did you then go with Brett Lipton to the police

15       vehicle or somewhere else?

16  A.   At some point in short proximity to this, I did.

17  Q.   Did you then return to the Lipton vehicle?

18  A.   I can't be sure, but I think I did, yes.

19  Q.   Did either you or Officer Wooton enter the Lipton

20       vehicle?

21  A.   Yes.

22  Q.   Which one?

23  A.   Initially it was Officer Wooton, but I believe

24       that I did as well.

25  Q.   Who removed the gun from the vehicle?

1    KEVIN LANE

2    A.    Officer Wooton.

3    Q.    Was any further search conducted of the vehicle

4          other than removing the gun?

5    A.    There was some shotgun shells that were taken that

6          were there; that was another initial observation

7          that I had made, and just a brief search for any

8          additional weapons.  If your question was: Was

9          anything else removed -- was that what your

10         question was?

11   Q.    My question was: Was any further search done other

12         than taking the gun?

13   A.    Yes.

14   Q.    Where were the shotgun shells when you initially

15         observed them?

16   A.    They were right next to the -- they were on the

17         floor board area.  And if I recall correctly, and

18         I believe I do, they were in the area where the

19         butt of the gun was.  I definitely recall them

20         being in a black fanny pack, which was partially

21         zipped open exposing the shells.

22   Q.    Prior to Officer Wooton and you going into the car

23         and removing these articles, had you requested

24         consent from the Liptons to go into the vehicle?

25   A.    I believe that during my initial conversation with

```
 1    KEVIN LANE

 2         Brett Lipton that he had offered to show me the

 3         gun and that was in direct correlation with him

 4         describing to me that it was a legal gun and

 5         therefore offering to show me that it was a legal

 6         gun.  I denied that request, if I recall,

 7         obviously for officer safety reasons.

 8    Q.   Did you then ask him if you could go into the car

 9         and retrieve the gun?

10    A.   I don't recall.

11    Q.   Do you recall Officer Wooton making any such
```

1    KEVIN LANE

2        custody.

3    Q.   How long were the Liptons at the station before

4         they were arraigned?

5    A.   I don't recall.

6    Q.   During that time period, did you speak with anyone

7         from the Saugerties Police Department at the

8         station?

9    A.   Did I?

10   Q.   Yes.

11   A.   I may have had a general conversation or a general

12        comment to the officer that came from the Town of

13        Saugerties Police Department.

14   Q.   During the time that the Liptons were at the

15        station prior to the arraignment, did you learn

16        anything more about the conduct that had formed

17        the basis for the trespass charge?

18   A.   I don't believe so.

19   Q.   During the time that the Liptons were at the

20        station, did you hear anything from anybody about

21        Jim Wrolsen?

22   A.   No.

23   Q.   Did you hear anything during the time period that

24        the Liptons were at the station with regard to

25        whether or not the Liptons had any complaint with

```
 1    KEVIN LANE
 2         regard to Jim Wrolsen?
 3    A.   I would ask you to repeat that question.
 4    Q.   During the time that the Liptons were at the
 5         Woodstock police station, did you hear anything
 6         from any source with regard to a Jim Wrolsen?
 7    A.   Yes.
 8    Q.   What did you hear?
 9    A.   I heard the elder Lipton make reference to him,
10         but I don't know what that was about.  I heard him
11         say the name.
12    Q.   Did any other information regarding Jim Wrolsen
13         come to your attention during that time period?
14    A.   Not that I recall.
15    Q.   Did you remain at the station for the entire time
16         that the Liptons were there?
17    A.   I believe so, but I can't be positive.  At the
18         very least, for most of the time, but I don't
19         believe I left.
20    Q.   When the Liptons were brought to the station, were
21         they immediately handcuffed to a wall?
22    A.   I believe so, yes.
23    Q.   Can you just describe for me the Woodstock police
24         station?
25    A.   Okay.
```

27

1  KEVIN LANE

2  Q.   How many rooms are there?

3  A.   About two.

4  Q.   Would one be the chief's office?

5  A.   That would be a third room.

6  Q.   Is the other room like a general packing and

7       processing area?

8  A.   There is a small room that is referred to as the

9       patrol room, there is another small room that is

10      referred to as the dispatch office, off of the

11      small patrol room is a small office which is the

12      chief's office and then off of that, is a small

13      little kitchen.  I guess you would call it a

14      lounge area where there are mailboxes for the

15      police officers, there is a sink and like a water

16      station.

17 Q.   In which of these rooms were the Liptons

18      handcuffed to the wall?

19 A.   In the area I described as the general patrol room.

20 Q.   How big of a room is that?

21 A.   It's about maybe 15' X 10' or 20' X 10' roughly,

22      give or take.  It's maybe half the size of this

23      room (indicating).

24 Q.   Do you have any recollection of the Liptons at any

25      time not being handcuffed to the wall?

28

1    KEVIN LANE

2    A.    Yes.

3    Q.    What are your recollections?

4    A.    I recall when the ambulance folks were there that

5          Mr. Lipton was unhandcuffed and there were times

6          when they went to the bathroom that they were

7          unhandcuffed from the wall.

8    Q.    Who went to the bathroom; was it Ron Lipton, Brett

9          or both?

10   A.    I don't recall, sir.

11   Q.    Do you recall if the request was made to you to go

12         to the bathroom?

13   A.    To me specifically?

14   Q.    Yes.

15   A.    I don't recall, no.

16   Q.    Do you recall if anybody refused a request by the

17         Liptons to use the bathroom?

18   A.    No one would ever refuse a request to go to the

19         bathroom in the Woodstock Police Department.

20   Q.    So your answer is no to that?

21   A.    My answer is no.

22   Q.    Was any request made by the Liptons refused that

23         night by any Woodstock police officer?

24   A.    I can't be sure.

25   Q.    Were the Liptons searched in any way at the police

1    KEVIN LANE

2        station?

3    A.   They may have had their pockets checked, but

4        beyond that, no.

5    Q.   Were either of them asked to remove their

6        clothing?

7    A.   Not that I recall.

8    Q.   Did you have any physical contact with the Liptons

9        during the time period that they were at the

10       station?

11   A.   I may have actually checked their pockets.  If

12       that's physical contact, then yes.  Other than

13       that, there was no other physical contact.

14   Q.   Did you generate a police report or was that

15       Officer Wooton?

16   A.   I believe it was Wooton; he was the arresting

17       officer.

18   Q.   I'm going to show you that report, which is one of

19       the documents produced in the Defendants' Response

20       to Plaintiffs' Demand for Production of Documents,

21       and I ask you to take a look at about the seventh

22       line up from the bottom.

23   A.   Sure (witness complying).  Are you referring to

24       anything specifically, sir?

25   Q.   This indicates that the Liptons were given water

1    KEVIN LANE

2          to drink, cake to eat and allowed to use the

3          bathroom?

4    A.    Yes.

5    Q.    Do you know why that was put in that police

6          report?

7    A.    I don't.

8    Q.    Is it routine for officers to log in what is done

9          for people who are secured at the police station

10         while they're there into a police report in

11         Woodstock?

12   A.    I think that varies by officer routine.  I can't

13         say.

14   Q.    Do you do it?

15   A.    Yes.

16   Q.    Is there a reason that you do it?

17   A.    You always want to document what occurs during an

18         incident in case you ever need to refer to it

19         later.

20   Q.    Were you present when Officer Wooton initially

21         measured the gun?

22   A.    I was at the station, yes.

23   Q.    Did you see him measure the gun for the first

24         time?

25   A.    I saw him in the process, yes.

1    KEVIN LANE

2    Q.    Before he measured it, did you and he have a

3          conversation as to whether or not the gun was

4          legal or not?

5    A.    I believe I said that it was difficult for me to

6          tell, but I thought it may be legal.  I know for a

7          fact that I told him it appears close.

8    Q.    Can you describe for me what your training and

9          experience has been in determining whether guns

10         are legal or not?

11   A.    Well, certainly my training in the Penal Law and I

12         know what requirements need to be met for a weapon

13         to be legal or not.

14   Q.    Did there come a time when Officer Wooton told you

15         that he had measured the gun and it was not legal?

16   A.    Yes.

17   Q.    Did you have a discussion about that?

18   A.    Basically what I just described was the

19         discussion.

20   Q.    Did there come a time when Officer Wooton measured

21         the gun for a second time?

22   A.    I believe so.

23   Q.    Do you know what prompted that second measurement?

24   A.    I think he was -- and this is my speculation --

25         that he was confirming his original determination.

1   KEVIN LANE

2   Q.   Did you question his original determination in any

3        way before he measured it the second time?

4   A.   No, sir.

5   Q.   Did you see him measure it the second time?

6   A.   I believe I saw he and Chief Brewster with the

7        weapon and a tape measure, and as I recall, it's

8        reasonable for me to say that I thought they were

9        remeasuring it, yes.

10  Q.   Did you actually remeasure it yourself or look to

11       see whether the tape was confirming whether the

12       gun was legal or not?

13  A.   Never.

14  Q.   Prior to their arraignment, were either of the

15       Liptons brought into Chief Brewster's office?

16  A.   Yes, I recall specifically the elder Lipton

17       wanting to speak to Chief Brewster.

18  Q.   Did he relay that request to you or to Wooton or

19       who?

20  A.   I don't recall if he relayed it to myself or

21       anyone individually, but I do recall him just in

22       general, saying that he would like to speak to the

23       chief.  He said, I would like to speak to the

24       chief or something of that nature.

25  Q.   Did you bring him into the chief's office?

33

1    KEVIN LANE

2    A.    I don't believe so.  You have to understand that

3          it's about a ten-foot distance.  At some point he

4          was in the chief's office, yes; I don't recall if

5          I took him there or not.

6    Q.    Did you hear any of the conversation that occurred

7          in the chief's office?

8    A.    No.

9    Q.    Do you have a recollection of who was in there

10         with Ron Lipton and the chief if anyone else?

11   A.    My only recollection is I recall the chief of

12         police and the elder Lipton in his office and at

13         that time based on that recollection there was no

14         one else in that office.

15   Q.    Did anybody report to you what the substance of

16         the conversation was in the chief's office?

17   A.    No.

18   Q.    To this day do you have any knowledge of what was

19         talked about in the chief's office?

20   A.    Yes.

21   Q.    Is that based on information coming from your

22         attorney or somewhere else?

23   A.    I believe it's based on information in the

24         complaint.

25   Q.    Other than the complaint, do you have any

1    KEVIN LANE

2         information of what occurred in the chief's

3         office?

4    A.   No, sir.

5    Q.   Were you present during the arraignment procedure

6         in the Woodstock Town Court?

7    A.   I believe I may have been in and out; I'm not

8         positive that I was there for the entire

9         arraignment.

10   Q.   There was no Assistant District Attorney present;

11        was there?

12   A.   No, sir.

13   Q.   Did anybody from the Woodstock Police Department

14        make a bail recommendation to Justice Husted?

15   A.   Not to my knowledge.

16   Q.   Did there come a time when you learned that the

17        gun was actually legal?

18   A.   Yes.

19   Q.   When was that?

20   A.   I can't be sure.  It was sometime after the date

21        on the 14th.

22   Q.   Was it the next day?

23   A.   You know, I can't be sure.  It was sometime within

24        a short amount of days after the 14th.

25   Q.   Who did you learn that from?

1    KEVIN LANE

2    A.    I don't recall.

3    Q.    Do you recall the substance of what was said when

4          you heard about it?

5    A.    I recall that somehow by someone -- and I don't

6          recall who it was -- it was determined that in

7          fact the shotgun was apparently one-half inch

8          beyond the limit, making it legal.

9    Q.    After you learned that, did you have any

10         discussions with anybody in the Woodstock Police

11         Department about the fact that a mistake had been

12         made and the gun was actually legal?

13   A.    At some point -- and I can't recall by who -- it

14         was explained to me how it happened with the tape.

15         I was interested in how that could happen and it

16         was described to me and I could see how that could

17         happen, so yes.

18   Q.    Other than that conversation, was there any

19         discussion about what to do about the fact that a

20         mistake was made?

21   A.    Well, I'm quite sure when I was made aware of it

22         that the District Attorney's office had already

23         been made aware.

24   Q.    How did you know that; what was the basis for that

25         knowledge or did you just assume that somebody

1    KEVIN LANE

2        contacted the DA?

3    A.    I believe it was beyond assuming.  I think at that

4        point that that was also part of the conversation;

5        that the DA's office was also aware.  I can't be

6        sure at what point I did find out about this.  It

7        may have been two or three days later.

8    Q.    Have you ever had a conversation with the DA's

9        office with regard to the mistake in the

10       measurement of the gun?

11   A.    Not that I recall.

12   Q.    Who was in charge then of prosecuting in the

13       Woodstock Town Court for the Ulster County DA's

14       office?

15   A.    Peter Matera.

16   Q.    Is he still the prosecuting attorney there?

17   A.    Yes, sir.

18   Q.    Was there any discussion among the members of the

19       Woodstock Police Department to inform Judge Husted

20       of the mistake in measurement?

21   A.    Not that I recall.

22   Q.    When you heard about the mistake, how was it

23       described to you that the mistake happened?

24   A.    All I recall, is that the mistake happened because

25       of a -- I believe it was a misinterpretation of

1    KEVIN LANE

2           the actual tape measure that was used to measure

3           the gun.   That was the only reason that there was

4           a mistake.

5    Q.    Have you ever been the subject of any complaints

6           with regard to your conduct as a police officer?

7    A.    Never.

8                    MR. POSNER:   Objection.

9    Q.    Have you ever been a subject of any disciplinary

10          proceeding while a police officer?

11                   MR. POSNER:   Objection.

12   A.    Never.

13   Q.    Have you ever been sued about anything you did

14          allegedly in your capacity as a police officer?

15                   MR. POSNER:   Objection.

16   A.    Never.

17   Q.    Prior to the arraignment that night on February

18          14th, did you ever hear anything about the Liptons

19          from any other law enforcement source other than

20          the Saugerties Police Department?

21   A.    Not me personally, no, I don't believe so.

22   Q.    Do you know if any other Woodstock police officer

23          prior to the Liptons arraignment heard anything

24          from any other law enforcement source about the

25          Liptons other than the Saugerties Police

1    KEVIN LANE

2        Department?

3    A.    Yes.

4    Q.    Who was that and what did they learn, to your

5        knowledge?

6    A.    Are you referring to other law enforcement?

7    Q.    Sure.  Let's start with who in Woodstock heard it.

8                    MR. POSNER:  Objection.  You can

9        answer.

10    A.    The chief of police.

11    Q.    When did you learn that the chief had heard

12        something else?

13    A.    I couldn't tell you for sure, it was at some point

14        while the Liptons were at the Woodstock Police

15        Department.

16    Q.    Did the chief tell you this?

17    A.    I believe so, yes.

18    Q.    What did he say he had learned?

19    A.    I believe he had had some discussions -- this is

20        to the best of my recollection -- regarding the

21        state police in a past investigation that may or

22        may not have involved the Liptons.

23    Q.    Do you remember anything more specific than that?

24    A.    Yes.

25    Q.    Tell me what you remember?

1    KEVIN LANE

2    A.    That it was in reference to a homicide.

3    Q.    Anything more specific?

4    A.    That the homicide happened on Interstate 84.

5    Q.    Did the chief tell you that the state police were

6          looking at Lipton as a suspect?

7    A.    I believe so, yes.

8    Q.    Did the chief tell you who in the state police was

9          imparting this information to him?

10   A.    I don't recall.  If he did, I don't remember, but

11         I don't think so, no.

12   Q.    Did he tell you when this information was imparted

13         to him?  In other words, was it imparted while the

14         Liptons were there or at sometime previous?

15   A.    I don't know.  I don't recall.

16   Q.    Did you have an understanding of when this

17         information came into the Woodstock PD?

18   A.    I can't be sure, but as I recollect, I believe it

19         was that night.

20   Q.    After that night, have you learned anything from

21         the Saugerties Police Department with respect to

22         the Liptons?

23   A.    No.

24   Q.    The same question: After that night have you

25         learned anything from any other law enforcement

40

1    KEVIN LANE

2         source other than the Saugerties Police Department

3         about the Liptons?

4    A.   Yes.

5    Q.   Who did you learn it from?

6    A.   I spoke to a gentleman in the state police at some

7         point after that regarding an incident that -- or

8         that charges were brought against the Liptons and

9         I can't be sure, but I think it was in the Town of

10        Newburgh.

11   Q.   How long after the arraignment did that

12        information get imparted to you?

13   A.   It wasn't long.  It was very shortly, I believe,

14        if I recall correctly.

15   Q.   Who was the state policeman?

16   A.   I think, and I can't be sure, that it was

17        Investigator Vasquez from the state police

18        barracks in Newburgh.

19   Q.   What was the context of that conversation; did he

20        call you on the phone or did you see him

21        somewhere?

22   A.   It was a phone conversation that I had with

23        Vasquez, and I don't know how it was initiated or

24        why it took place.

25   Q.   Other than the conversation with Vasquez, did any

1    KEVIN LANE

2         other information come to you from any law

3         enforcement source after the arraignment with

4         respect to the Liptons?

5    A.   No, not that I recall.

6    Q.   Did you ever learn at any time that Ronald Lipton

7         had sued the Walden Police Department?

8    A.   Yes.

9    Q.   When did you hear that for the first time?

10   A.   I'm quite sure he told us that that night.

11   Q.   Did you hear that from anybody else?

12   A.   No, Mr. Lipton told me that as I recall.

13                    MR. SMITH:  Let me just take a short

14        break.

15

16                    (Break in the proceeding)

17

18   Q.   Officer, during the arraignment proceeding in the

19        Woodstock Town Court, did you give any information

20        about the Liptons to the judge?

21   A.   Not that I recall, no.

22   Q.   Do you recall hearing any other Woodstock police

23        officer give any information about the Liptons to

24        the judge?

25   A.   No.

42

1    KEVIN LANE

2   Q.   Do you recall who else from the Woodstock Police

3       Department was there at the arraignment

4       proceeding?

5   A.   No, I don't.

6              MR. SMITH:  Thanks.  I have nothing

7       further.

8              MR. ISSEKS:  Before we go to the next

9       witness, I would just like to ask you, Mr. Posner,

10      if you can produce for us the traffic ticket that

11      was issued around 4:30 on February 14th, 1999 by

12      Officer Wooton which he has testified about.

13             MR. POSNER:  To the extent it can be

14      located, it will be produced.

15

16      **COUNSEL REQUESTS INFORMATION TO BE SUPPLIED**

17

18          (The Examination Before Trial of

19          KEVIN LANE concluded at 12:25 p.m.)

20

21

22

23

24

25

43

```
1

2      STATE OF NEW YORK

3      COUNTY OF _____

4

5

6              I have read the foregoing record of my

7         testimony taken at the time and place noted in the

8         heading hereof, and I do hereby acknowledge it to

9         be a true and correct transcript of same.

10

11

12

13                          _____

14                               KEVIN LANE

15

16

17

18     Sworn to before me this

19     _____day of _____, 2002.

20     _____

21         NOTARY PUBLIC

22

23

24

25
```

44

1

2                    C E R T I F I C A T I O N

3

4

5              I, KIMBERLY BURKE, a Court Reporter and

6        Notary Public in and for the State of New York, do

7        hereby certify that I recorded stenographically

8        the proceedings herein at the time and place noted

9        in the heading hereof, and that the foregoing is

10       an accurate and complete transcript of same, to

11       the best of my knowledge and belief.

12

13

14

15                    _Kimberly Burke_

16                    KIMBERLY BURKE

17

18

19   Dated:  November 4th, 2002

20

21                    *       *       *

22

23

24

25

45

1

2                    I N D E X  T O  R E Q U E S T S

3

4    Description                                    Page   Line

5    Production of the traffic ticket that was
     issued around 4:30 on February 14th, 1999 by
6    Officer Wooton                                   46     16

7

8

9                         * * * * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**KEVIN LANE**                     CondenseIt™                    -against - dispatcher

-against [1] 1:5
00 [3] 1:5  5:24
  5:24
10' [2] 27:22  27:22
10940 [2] 2:5
  2:7
11 [2] 1:14  5:24
115 [2] 1:15  1:23
12 [1] 42:20
12212 [1] 2:17
12401 [1] 1:24
12602 [1] 2:11
14th [6] 5:9  34:22
  34:25  37:19  42:12
  45:6
15' [1] 27:22
15085 [1] 2:16
15th [1] 1:13
16 [1] 45:7
1995 [1] 5:4
1997 [1] 4:16
1999 [3] 5:9  42:12
  45:6
20' [1] 27:22
2002 [3] 1:14  43:20
  44:20
25 [1] 42:20
3 [1] 5:24
30 [2] 42:12  45:6
302 [1] 2:16
3116 [1] 3:22
3117 [1] 3:22
319 [1] 1:5
331-4020 [1] 1:24
4 [2] 42:12  45:6
41 [1] 2:7
45 [1] 1:14
46 [1] 45:7
4th [1] 44:20
509 [1] 2:11
6 [1] 2:4
63 [1] 2:10
84 [1] 39:5
845 [1] 1:24
a.m [1] 1:14
absolutely [1] 18:18
accurate [1] 44:11
acknowledge [1]
  43:9
act [1] 20:19
action [1] 3:14
actual [1] 37:3
addition [1] 3:11
additional [1] 23:9
adequately [1] 20:22
again [1] 17:9
against [1] 18:22
  19:2  40:9
agencies [1] 11:23
AGREED [3] 3:5
  3:15  3:24

Albany [1] 2:17
Alex [2] 2:6  4:8
allegedly [1] 37:15
allowed [1] 30:3
almost [1] 17:22
always [1] 30:18
ambulance [1] 28:5
among [1] 36:19
amount [1] 34:25
answer [6] 16:13
  16:18  21:8  28:21
  28:22  38:10
appeared [2] 13:5
  17:2
approach [1] 17:4
approached [1] 14:20
  14:22  15:14  16:3
  16:3  16:5  16:6
  16:23
area [7] 11:3  11:15
  23:18  23:19  27:8
  27:15  27:20
armed [3] 15:16
  15:22  15:25
arraigned [1] 25:5
arraignment [10]
  25:16  32:15  34:6
  34:10  37:18  37:24
  40:12  41:4  41:19
  42:4
arrest [1] 20:25
arresting [1] 29:17
arriving [1] 12:8
  12:20
articles [1] 23:24
ascertain [2] 8:3
  13:21
Assistant [1] 34:11
associated [1] 11:19
associating [1] 8:6
assume [1] 36:2
assumed [1] 8:10
assuming [1] 36:4
assumption [1] 8:12
attention [4] 5:8
  8:25  9:7  26:14
attorney [3] 33:23
  34:11  36:17
Attorney's [1] 35:23
Attorneys [1] 2:9
  2:14
Avenue [2] 2:7
  2:16
aware [4] 5:12
  35:22  35:24  36:6
away [2] 18:24  20:3
bail [1] 34:15
bar [3] 3:13  11:5
  11:6
barracks [1] 40:19
based [4] 22:2
  33:14  33:22  33:24
basis [5] 15:23  21:3
  21:10  25:18  35:25

bathroom [6] 28:7
  28:9  28:13  28:18
  28:10  30:4
begun [1] 3:19
belief [6] 15:7
  15:24  21:3  21:10
  21:16  44:12
best [4] 16:13  18:12
  38:21  44:12
between [5] 3:6
  12:11  12:24  14:6
  16:19
beyond [3] 29:5
  35:9  36:4
big [1] 27:21
black [1] 23:21
board [5] 17:23
  18:2  18:11  18:13
  23:18
bottom [2] 20:22
  29:23
Box [2] 2:11  2:16
break [2] 41:15  41:17
Brett [7] 1:3  2:21
  5:19  22:4  22:15
  24:3  28:9
Brewster [5] 1:6
  2:9  2:22  32:7
  32:18
Brewster's [1] 32:16
brief [1] 23:8
bring [1] 33:2
brought [3] 26:21
  32:16  40:9
Burke [4] 1:16
  2:14  44:6  44:17
butt [2] 18:10  23:20
C [3] 2:2  44:3
  44:3
C.P.L.R [2] 3:7
  3:22
cake [1] 30:3
capacity [2] 4:12
  37:15
car [10] 6:3  6:20
  9:15  9:21  10:24
  10:25  11:2  17:8
  23:23  24:9
case [2] 18:6  30:19
certainly [1] 31:12
certify [1] 44:8
charge [1] 25:18
  36:13
charges [1] 40:9
checked [1] 29:4
  29:12
chief [13] 1:7
  32:7  32:16  32:18
  32:24  32:25  33:11
  33:12  38:11  38:12
  38:17  39:6  39:9
chief's [8] 27:5
  27:13  33:2  33:5
  33:8  33:17  33:20
  34:3

circumstances [1]
  21:18
Civ [1] 1:5
close [1] 31:8
clothing [1] 29:7
Co-Counsel [2] 2:4
  2:6
coming [1] 33:22
commencing [1] 1:14
comment [1] 25:13
complaint [10] 13:23
  14:4  14:16  14:17
  14:23  15:4  20:19
  26:2  33:25  34:2
complaints [1] 37:6
complete [1] 44:11
complying [1] 29:24
concluded [1] 42:20
conduct [3] 15:11
  25:17  37:7
conducted [1] 23:4
confirm [1] 13:22
confirming [1] 32:2
  32:12
consent [1] 23:25
contact [3] 29:9
  29:13  29:14
contacted [1] 36:3
context [1] 40:20
Continuously [1]
  4:17
controlled [1] 3:23
conversation [35]
  6:12  6:14  6:21
  6:22  7:5  7:7
  8:22  10:15  10:18
  11:7  11:12  12:24
  13:10  13:15  13:17
  16:14  16:19  18:16
  19:16  20:3  20:5
  20:15  21:21  21:24
  24:2  25:12  31:4
  33:7  33:17  35:19
  36:5  36:9  40:20
  40:23  41:2
conversations [2]
  12:11  24:23
correct [4] 17:19
  21:11  22:9  43:10
correctly [1] 17:24
  23:18  40:15
correlation [1] 24:4
counsel [5] 2:13
  2:18  3:6  3:21
  42:17
County [3] 5:2
  36:14  43:4
Court [3] 1:2
  34:7  36:14  41:20
  44:6
covered [2] 18:3
  18:7
criminal [1] 15:5
custody [3] 20:21
  25:2  25:3

D [2] 2:18  45:3
D'AMELIA [1] 2:18
DA [1] 36:3
DA's [3] 36:6  36:9
  36:14
dangerous [1] 15:16
  15:22  15:25
date [2] 5:9  5:18
  34:21
Dated [1] 44:20
DAVID [1] 2:12
days [2] 34:25  36:8
deemed [1] 3:21
defend [1] 18:22
Defendant [1] 1:13
Defendants [1] 1:9
  2:9  2:14
Defendants' [1] 29:20
definitely [1] 23:20
Demand [1] 29:21
denied [1] 24:7
Department [22] 1:7
  4:11  4:23  6:13
  6:15  6:17  8:11
  8:15  13:21  25:8
  25:14  28:20  34:14
  35:12  36:20  37:21
  38:3  38:16  39:22
  40:3  41:8  42:4
describe [1] 26:24
  31:9
described [4] 27:20
  31:19  35:17  36:24
describing [1] 24:5
description [4] 21:6
  21:13  22:3  45:5
descriptors [1] 8:4
determination [1]
  32:2  32:3
determined [1] 35:7
determining [1] 31:10
difficult [2] 9:7
  31:6
direct [5] 5:8
  7:4  8:25  9:6
  24:4
directions [7] 11:15
  11:18  12:2  12:6
  12:16  21:19  21:20
directly [1] 9:22
disciplinary [1] 37:10
discussed [2] 7:25
  12:4
discussion [4] 31:18
  31:20  35:20  36:19
discussions [2] 35:11
  38:20
dispatch [2] 11:24
  27:11
dispatcher [19] 6:15
  6:18  6:21  6:22
  7:5  7:15  7:22
  8:8  8:16  9:4
  11:17  12:6  12:12
  12:14  13:20  14:2

KEVIN LANE  CondenseIt™  dispatcher's - MACK

14:10    21:23    24:24
**dispatcher's** [2] 9:12
21:23
**dispatches** [2]    12:21
24:21
**distance** [1]    33:4
**distinction** [2]    15:6
15:9
**District** [4]    1:2
1:2    34:11    35:23
**document** [1]    30:18
**documents** [2]    29:20
29:21
**DOE** [1] 1:8
**Dolson** [1]    2:7
**done** [2] 23:12    30:9
**door** [1] 17:9
**drawn** [1]    16:8
**drink** [1] 30:3
**Drive** [2]    6:7
11:18
**driver's** [1]    17:4
**drove** [1]    10:25
11:2
**duly** [1]  4:4
**during** [16]    10:14
10:19    13:3    13:9
13:14    24:2    25:7
25:15    25:20    25:24
26:5    26:14    29:10
30:18    34:6    41:19
**duties** [1]    5:25

**E** [8]    2:2    2:2
2:20    2:20    44:3
45:3    45:3    45:3
**eat** [1]    30:3
**Edwin** [3]    1:6
2:9    2:22
**effect** [1]    7:11
**either** [6]    5:18
15:20    16:8    22:20
29:6    32:15
**elapse** [1]    14:6
**elder** [3] 26:10    32:17
33:13
**employed** [5]    4:10
4:14    4:19    4:20
5:15
**en** [1]    24:25
**ended** [2]    8:22
13:17
**enforcement** [5] 37:20
37:25    38:7    40:2
41:4
**engaged** [1]    16:14
**enter** [1] 22:20
**entire** [3]    13:15
26:16    34:9
**entirely** [3]    17:25
17:25    22:2
**ESQ** [4] 2:3    2:6
2:12    2:18
**establishment** [2]
11:3    11:5
**exact** [3] 11:11    14:12

15:6
**exactly** [4]    7:4
9:22    15:20    16:22
**examination** [9] 1:11
3:10    3:12    3:16
3:19    3:20    3:25
4:7    42:19
**examined** [2]    3:17
4:5
**except** [1]    3:9
**experience** [1]    31:10
**explain** [1]    20:11
**explained** [3]    11:12
11:21    35:15
**exposing** [1]    23:22
**Extension** [1]    2:16
**extent** [1]    42:14
**F** [1]    44:3
**face-to-face** [1] 20:10
**fact** [7]    12:2    14:3
20:3    31:8    35:8
35:12    35:20
**failure** [1]    3:11
3:19
**fair** [5]    18:15    18:18
19:5    21:6    21:10
**familiar** [1]    11:16
**family** [1]    5:12
**fanny** [1]    23:21
**far** [1]    16:10
**fashion** [1]    18:21
**father** [1]    19:21
**February** [4]    5:8
37:18    42:12    45:6
**feet** [1]    16:12
**field** [2] 7:6    8:5
**fifteen** [1]    8:19
**filing** [1]    3:25
**first** [5]  4:4    16:14
22:8    30:24    41:10
**floor** [5] 17:23    18:2
18:11    18:13    23:18
**focus** [1] 17:3
**focused** [1]    16:17
**folks** [2] 12:3    28:5
**follows** [1]    4:5
**foregoing** [1]    43:7
44:10
**forgive** [1]    16:11
**form** [1] 3:9
**formed** [1]    21:16
25:17
**forty** [1] 16:12
**foundation** [1]    15:24
**four** [3]    13:2    13:10
17:9
**four-door** [1]    17:8
**France** [2]    14:10
15:20
**front** [1] 19:4
**gas** [1] 13:12
**general** [5]    25:12
25:12    27:7    27:20

32:23
**generate** [1]    29:15
**gentleman** [5]    11:10
11:13    16:5    16:6
40:7
**gentlemen** [1]    14:20
14:22
**GERALD** [1]    2:18
**gestured** [1]    19:22
**given** [1] 30:2
**Glasco** [1]    11:14
**Good** [1] 4:8
**grab** [1] 18:21
**Green** [2]    1:15
1:23
**Greg** [3] 1:7    2:15
2:23
**guess** [1] 27:14
**gun** [18]    23:2    23:5
23:13    23:20    24:4
24:5    24:7    24:13
30:22    30:24    31:4
31:16    31:22    32:13
34:18    35:13    36:11
37:4
**guns** [1] 31:10
**half** [1] 27:23
**handcuffed** [3] 26:22
27:19    28:2
**handcuffs** [1]    22:4
22:7
**heading** [2]    43:9
44:10
**hear** [18]  6:11    7:3
7:14    7:14    7:20
7:22    12:11    12:21
16:19    24:20    25:21
25:24    26:6    26:9
33:7    37:19    41:10
41:12
**heard** [18]    5:21
6:6    6:9    6:24
7:8    7:16    9:19
11:24    12:5    21:14
21:19    26:10    26:11
35:5    36:23    37:24
38:8    38:12
**hearing** [1]    41:23
**held** [1]  1:13
**help** [1]  8:5
**hereby** [4]    3:5
4:2    43:9    44:8
**herein** [1]    44:9
**hereof** [1]    43:9
44:10
**hereto** [1]    3:7
**homicide** [2]    39:3
39:5
**Hulbert** [1]    1:7
2:15    2:23
**Husted** [1]    34:15
36:20
**identification** [1]
19:3
**identify** [1]    16:23
**immediate** [1]    14:5

**immediately** [3] 14:8
16:25    26:22
**imparted** [3]    39:13
39:14    40:13
**imparting** [1]    39:10
**inch** [1]    35:8
**incident** [14]    6:7
7:10    7:10    7:13
8:3    8:5    8:7
12:3    13:23    20:16
21:4    21:12    30:19
40:8
**including** [1]    3:8
**indicates** [1]    30:2
**indicating** [2]    18:14
27:24
**individual** [6]    13:6
13:9    13:12    13:14
19:13    19:23
**individually** [1] 32:22
**individuals** [2]    15:22
21:11
**inform** [1]    36:20
**information** [14]
15:14    15:19    26:13
33:22    33:24    34:3
39:10    39:13    39:18
40:13    41:3    41:20
41:24    42:17
**initial** [1]    23:7
24:2
**initiated** [1]    40:24
**initiative** [1]    9:13
9:14
**inquired** [1]    19:13
**inquiring** [1]    7:9
**inquiry** [1]    13:19
**interested** [1]    35:16
**Interstate** [1]    39:5
**investigation** [1]
38:22
**Investigator** [1] 40:18
**involve** [1]    20:18
**involved** [6]    9:12
20:18    21:4    21:12
21:22    38:23
**ISSEKS** [2]    2:3
42:9
**issued** [2]    42:12
45:6
**Jim** [5]    5:10    25:22
26:3    26:7    26:13
**John** [4] 1:6    1:7
2:9    2:22
**Joyous** [1]    11:6
**JR** [1]    2:18
**judge** [3] 36:20    41:21
41:25
**Justice** [1]    34:15
**Kevin** [1]    1:6
1:13    2:9    4:3
4:9    42:20    43:15
**Kimberly** [1]    1:16
44:6    44:17
**kind** [1] 17:22

**Kingston** [2]    1:15
1:24
**kitchen** [1]    27:14
**knew** [1] 8:6
**knowledge** [8]    6:18
7:12    7:13    33:19
34:16    36:2    38:6
44:12
**L** [3]    2:12    2:20
3:3
**Lake** [1] 11:6
**Lane** [7] 1:6    1:13
2:9    4:3    4:9
42:20    43:15
**law** [6]    31:12    37:20
37:25    38:7    40:2
41:3
**learn** [7] 6:23    25:16
35:2    38:5    38:12
40:6    41:7
**learned** [5]    34:17
35:10    38:19    39:21
40:2
**least** [1] 26:19
**leaving** [2]    9:2
9:4
**led** [1]    8:12
**left** [4]  9:8    9:10
9:15    26:20
**legal** [13]    20:2
20:4    24:5    24:6
31:5    31:7    31:11
31:14    31:16    32:13
34:18    35:9    35:13
**LEK** [1] 1:5
**limit** [1] 35:9
**line** [2] 29:23    45:5
**Lipton** [22]    1:3
1:3    2:21    2:21
5:19    22:4    22:7
22:13    22:14    22:15
22:18    22:20    24:3
26:10    28:6    28:9
32:17    33:11    33:13
39:7    41:7    41:13
**Liptons** [33]    13:24
15:15    15:16    23:25
24:15    25:4    25:15
25:20    25:25    26:2
26:5    26:17    26:21
27:18    27:25    28:18
28:23    29:2    29:9
30:2    32:16    37:19
37:24    38:2    38:15
38:23    39:15    39:23
40:4    40:9    41:5
41:21    41:24
**living** [1]    5:12
**LLP** [1]  2:8
**located** [2]    17:21
42:15
**location** [1]    11:25
**log** [1]    30:9
**look** [2] 29:22    32:11
**looking** [1]    39:7
**lounge** [1]    27:15
**MACK** [1]    2:8

**mailboxes** [1]   27:15
**male** [1] 25:2
**man** [3]   13:3    16:15
   16:20
**manner** [1]   20:10
**Matera** [1]   36:16
**matter** [1]   14:18
**may** [16] 3:16    9:21
   10:17   12:3   12:17
   20:17   20:17   24:25
   25:12   29:4   29:12
   31:7   34:8   36:8
   38:22   38:23
**McCABE** [1]   2:8
**mean** [1] 22:12
**measure** [5]   30:24
   32:6   32:8   37:3
   37:3
**measured** [5]   30:22
   31:3   31:16   31:21
   32:4
**measurement** [3]
   31:24   36:11   36:21
**meet** [1] 9:10
**meeting** [1]   6:10
**members** [1]   36:19
**men** [1]   16:3
**met** [2]   10:23   31:13
**Middletown** [3] 2:5
   2:7
**minute** [4]   10:13
   10:14   10:19   13:10
**minutes** [3]   8:19
   8:19   13:2
**misdemeanor** [1]
   15:5
**misinterpretation** [1]
   37:2
**mistake** [8]   35:12
   35:21   36:10   36:21
   36:23   36:24   36:25
   37:5
**Mobil** [9]   9:20
   9:24   10:9   10:10
   10:21   11:4   12:9
   12:13   12:20
**morning** [1]   4:8
**most** [2] 18:6    26:19
**motion** [1]   3:13
**move** [2] 3:9    3:12
**multiple** [1]   11:23
**must** [1] 6:25

**N** [6]   2:2    2:3
   2:20   3:3   44:3
   45:3
**name** [3] 4:8    11:6
   19:3   19:10   26:12
**nature** [1]   32:25
**near** [1]   5:13
**need** [2] 30:19    31:13
**never** [6] 13:6    13:8
   32:14   37:8   37:13
   37:17
**New** [10] 1:2    1:15
   1:17   1:24   2:5

---

2:7    2:11    2:17
43:3    44:7
**Newburgh** [1]   40:11
   40:19
**next** [10] 11:2    13:18
   14:19   18:19   19:12
   19:24   19:25   23:17
   34:23   42:9
**night** [6] 28:24    37:18
   39:20   39:21   39:25
   41:11
**North** [1]   2:4
**NORTHERN** [1]
   1:2
**Notary** [6]   1:16
   3:17   3:18   4:4
   43:22   44:7
**noted** [2] 43:8    44:9
**nothing** [1]   42:7
**notified** [1]   24:25
**notifying** [1]   12:14
**November** [1]   44:20

**O** [4]   2:20    3:3
   44:3   45:3
**object** [2]   3:8
   3:11
**Objection** [6]   10:16
   21:7   37:9   37:12
   37:16   38:9
**observation** [1]   23:7
**observed** [4]   17:2
   17:13   17:16   23:16
**observing** [1]   18:25
**obviously** [1]   24:8
**occupant** [2]   16:23
   18:16
**occurred** [2]   33:7
   34:3
**occurs** [1]   30:18
**October** [1]   1:13
**off** [2]   27:11   27:13
**offered** [1]   24:3
**offering** [1]   24:6
**office** [17]   27:5
   27:11   27:12   27:13
   32:16   33:2   33:5
   33:8   33:13   33:15
   33:17   33:20   34:4
   35:23   36:6   36:10
   36:15
**officer** [53]   1:8
   4:8   4:13   4:15
   4:20   5:3   5:6
   5:16   6:10   7:6
   7:9   7:25   8:13
   9:10   10:11   10:23
   10:24   11:16   11:21
   12:14   13:11   13:19
   14:19   16:5   16:14
   18:20   18:24   19:23
   21:5   21:13   22:11
   22:20   22:24   23:3
   23:23   24:8   24:12
   25:13   28:24   29:16
   29:18   30:13   30:21
   31:15   31:21   37:7
   37:11   37:15   37:23

---

41:19   41:24   42:13
45:7
**officers** [2]   27:16
   30:9
**offices** [1]   1:14
**once** [2]   9:21   17:9
**one** [15]   4:25    8:13
   9:19   9:24   10:13
   10:14   10:19   20:9
   22:23   24:18   25:2
   27:5   28:19   29:19
   33:15
**one-half** [1]   35:8
**open** [2] 17:11    23:22
**original** [4]   3:20
   3:25   32:2   32:3
**ours** [1]   19:20   19:21
**overheard** [1]   21:21
**own** [3]   6:3    9:13
   9:14

**P** [4]    2:2    2:2
   2:20   3:3
**p.m** [3]   5:24    5:24
   42:20
**P.O** [2]   2:11    2:16
**pack** [1] 23:21
**packing** [1]   27:7
**Page** [1] 45:5
**parking** [1]   11:3
**part** [2]   18:8   36:5
**partially** [3]   17:22
   17:23   23:21
**parties** [1]   3:6
**passenger** [4]   17:5
   17:6   17:20   19:4
**past** [1] 38:22
**patrol** [6]   6:2
   6:3   9:15   27:10
   27:12   27:20
**PD** [1]   39:18
**Penal** [1] 31:12
**people** [4]   12:2
   21:4   21:17   30:10
**period** [5]   13:3
   25:7   25:24   26:14
   29:10
**person** [2]   16:15
   18:21
**personally** [1]   37:22
**Peter** [1] 36:16
**PHELAN** [1]   2:14
**phone** [12]   6:16
   7:3   8:16   9:5
   13:4   13:5   16:6
   16:15   16:20   21:24
   40:21   40:23
**physical** [3]   29:9
   29:13   29:14
**place** [4] 40:25    43:8
   44:9
**Plaintiffs** [1]   1:4
   2:4   2:6
**Plaintiffs'** [1]   29:21
**pockets** [2]   29:4
   29:12

---

**point** [19]   8:13
   9:17   9:19   15:7
   15:8   15:16   15:18
   15:23   18:9   20:6
   22:5   22:7   22:17
   33:4   35:14   36:5
   36:7   38:14   40:8
**pointed** [2]   11:10
   13:11
**police** [65]   1:7
   1:8   4:11   4:13
   4:15   4:20   4:23
   5:3   5:5   5:16
   6:12   6:15   6:17
   7:6   7:16   8:2
   8:11   8:14   9:2
   9:8   9:10   10:8
   10:10   11:22   11:23
   11:24   13:21   21:25
   22:12   22:15   24:17
   25:8   25:14   26:6
   26:24   27:16   28:20
   28:24   29:2   29:15
   30:6   30:10   30:11
   33:13   34:14   35:11
   36:20   37:7   37:11
   37:15   37:21   37:23
   38:2   38:11   38:15
   38:22   39:6   39:9
   39:22   40:3   40:7
   40:18   41:8   41:23
   42:3
**policeman** [1]   40:16
**portion** [2]   18:3
   18:13
**position** [2]   14:21
   17:24
**positions** [1]   18:23
**positive** [7]   14:3
   14:16   17:20   19:6
   19:22   26:18   34:9
**Posner** [10]   2:12
   10:5   10:16   21:7
   37:9   37:12   37:16
   38:9   42:10   42:14
**possibility** [1]   15:21
**possibly** [1]   7:12
**Poughkeepsie** [1]
   2:11
**present** [3]   30:21
   34:6   34:11
**presently** [1]   4:10
**pretty** [1]   19:22
**previous** [1]   39:15
**procedure** [1]   34:6
**proceeding** [4]   37:11
   41:17   41:19   42:5
**proceedings** [1]   44:9
**process** [1]   31:2
**processing** [1]   27:8
**produce** [1]   42:11
**produced** [2]   29:20
   42:15
**Production** [2]   29:21
   45:6
**prompted** [1]   31:24
**prosecuting** [2]   36:13
   36:17

---

**provided** [2]   3:7
   3:22
**proximity** [1]   22:17
**Public** [6]   1:17
   3:17   3:18   4:4
   43:22   44:7
**pulled** [1]   11:13
**pumps** [1]   13:12
**purpose** [1]   20:8
**put** [3]   10:24   22:4
   30:6

**quite** [2] 35:22    41:11

**R** [4]    2:2    2:20
   44:3   45:3
**radio** [10]   7:6
   7:17   8:2   9:20
   10:15   11:23   12:6
   12:12   12:22   24:21
**range** [1] 16:12
**read** [1] 43:7
**really** [2]   13:16
   17:15
**reason** [3]   9:8
   30:17   37:4
**reasonable** [1]   32:9
**reasons** [1]   24:8
**received** [1]   15:19
**recollect** [1]   39:19
**recollection** [7] 17:19
   18:12   27:25   33:10
   33:12   33:14   38:21
**recollections** [1]
   28:4
**recommendation** [1]
   34:15
**record** [1]   43:7
**recorded** [1]   44:8
**redirected** [1]   17:3
**refer** [1] 30:19
**reference** [6]   7:24
   13:23   14:17   15:2
   26:10   39:3
**referred** [1]   27:9
   27:11
**referring** [2]   29:24
   38:7
**refuse** [1]   28:19
**refused** [1]   28:17
   28:23
**regard** [5]   25:25
   26:3   26:7   36:10
   37:7
**regarding** [5]   8:4
   13:24   26:13   38:21
   40:8
**relate** [1]   7:13
**relation** [1]   7:4
**relay** [1] 32:19
**relayed** [1]   32:21
**remain** [1]   26:16
**remeasure** [1]   32:11
**remeasuring** [1] 32:10
**remember** [6]   7:7
   14:12   14:14   38:24

**KEVIN LANE**

*CondenseIt™*

remove - Woodstock

| | | |
|---|---|---|
| 39:2  39:11 | | |

**remove** [2]  20:9
29:6
**removed** [2]  23:2
23:10
**removing** [1]  23:5
23:24
**repeat** [2]  21:9
26:4
**report** [6]  15:16
29:15  29:19  30:7
30:11  33:16
**Reporter** [2]  1:16
44:6
**Reporting** [2]  1:15
1:23
**request** [16]  8:2
8:14  9:12  9:13
13:20  14:2  14:6
14:7  21:22  24:7
24:13  28:12  28:17
28:19  28:23  32:19
**requested** [2]  12:16
23:24
**REQUESTS** [1] 42:17
**requirements** [1]
31:13
**reserved** [2]  3:10
3:14
**respect** [2]  39:22
41:5
**respective** [1]  3:6
**response** [7]  13:25
14:3  14:5  14:6
14:10  19:9  19:20
**retrieve** [1]  24:10
**return** [3]  3:20
22:18
**right** [7] 3:8  10:12
10:25  11:2  18:24
20:3  23:17
**rights** [2]  3:7
3:21
**ROBERT** [1]  2:3
**Ron** [4]  5:18  22:7
28:9  33:11
**Ronald** [3]  1:3
2:21  41:7
**room** [9] 27:6  27:7
27:9  27:10  27:10
27:12  27:20  27:21
27:24
**rooms** [2]  27:3
27:18
**roughly** [1]  27:22
**route** [1] 24:25
**routine** [4]  6:2
6:3  30:9  30:13
**Rules** [1]  3:22
**RWS** [1] 1:5

**S** [7]  2:2  2:20
2:20  3:3  3:3
45:3  45:3
**safe** [2]  21:15  21:25
**safety** [3]  18:20
18:24  24:8

**Saugerties** [30]  1:7
1:7  1:8  2:15
5:16  6:17  7:10
7:11  7:13  8:11
8:14  11:15  11:19
11:25  12:21  13:21
13:24  20:17  20:20
21:5  21:12  21:21
21:25  24:21  25:8
25:14  37:21  38:2
39:22  40:3
**saw** [5]  10:23  13:12
18:15  31:2  32:7
**scan** [1]  11:23  11:23
**scene** [2] 12:8  12:25
**SCOLAMIERO** [1]
2:14
**search** [3]  23:4
23:8  23:12
**searched** [1]  29:2
**seat** [6]  17:3  17:22
17:23  17:25  18:11
19:4
**second** [4]  31:22
31:24  32:4  32:6
**seconds** [1]  8:19
**secured** [1]  30:10
**see** [8]  10:22  18:8
18:10  30:24  32:6
32:12  35:17  40:21
**seeing** [1]  18:19
**seem** [1] 8:20
**service** [3]  1:15
1:23  12:17
**seventh** [1]  29:22
**shall** [4]  3:13  3:21
3:23  4:2
**Shandaken** [1]  4:23
**shells** [2]  23:6
23:15  23:22
**shift** [1]  5:23
**short** [3] 22:17  34:25
41:14
**Shorthand** [1]  1:16
**shortly** [4]  6:10
11:22  14:7  40:14
**shotgun** [7]  19:15
20:2  20:2  20:4
23:6  23:15  35:8
**show** [3] 24:3  24:6
29:19
**side** [6]  17:5  17:5
17:6  17:17  17:18
17:20
**signed** [6]  3:16
13:22  14:4  14:17
14:23  20:19
**sink** [1]  17:16
**sixty** [1] 16:12
**size** [1]  27:23
**small** [5] 27:9  27:10
27:12  27:12  27:13
**Smith** [3]  2:6
4:7  4:8  4:14
42:7
**solely** [1]  21:5

**someone** [1]  35:6
**someplace** [1]  11:18
**sometime** [4]  11:22
34:21  34:24  39:15
**somewhere** [3]  22:16
33:23  40:22
**source** [5]  26:7
37:20  37:25  40:3
41:4
**speak** [4]  25:7
32:18  32:23  33:24
**speaking** [2]  6:24
19:13
**specific** [2]  38:24
39:4
**specifically** [3]  28:14
29:25  32:17
**speculation** [1]  31:25
**spoke** [1]  40:7
**start** [1]  38:8
**state** [9]  1:17  38:22
39:6  39:9  40:2
40:16  40:18  43:3
44:7
**STATES** [1]  1:2
**station** [37]  6:20
6:25  7:18  9:10
9:9  9:10  9:21
10:7  10:8  10:9
10:10  10:10  10:21
11:4  12:9  12:13
12:20  20:21  21:22
24:16  24:20  24:24
25:2  25:4  25:9
25:16  25:21  26:21
26:6  26:16  26:21
26:25  27:17  29:3
29:11  30:10  30:23
**stenographically** [1]
44:8
**step** [1]  20:6
**still** [3]  9:4  13:3
36:17
**STIPULATED** [3]
3:5  3:15  3:24
**stop** [3]  11:14  12:15
12:18
**street** [8] 1:15  1:23
2:4  2:10  9:20
10:23  11:4  14:20
**strike** [2]  3:9
3:12
**subject** [6]  15:12
19:2  19:4  20:15
37:6  37:10
**substance** [3]  14:14
33:16  35:4
**such** [2]  3:13  24:12
**sued** [2] 37:14  41:8
**SUPPLIED** [1]  42:17
**supposedly** [1]  11:15
**suspect** [1]  39:7
**sworn** [1]  3:16
4:4  43:19
**T** [7]  2:20  3:3
3:3  44:3  44:3

**taking** [1]  23:13
**tape** [4]  32:8  32:12
35:15  37:3
**telephone** [6]  6:24
7:23  8:9  11:11
13:20  16:10
**telling** [1]  11:20
**ten** [1]  8:19
**ten-foot** [1]
33:4
**tend** [1]  18:23
**testified** [3]  4:5
21:14  42:13
**testimony** [3]  3:10
3:12  43:8
**Thanks** [1]  42:7
**thereafter** [1]  11:22
**thereby** [1]  3:23
**therefore** [1]  24:6
**thinking** [1]  18:20
18:24
**third** [1] 27:6
**thought** [1]  10:5
31:7  32:9
**three** [1] 36:8
**through** [1]  6:12
17:14  17:17
**ticket** [2]  42:11
45:6
**times** [1] 28:6
**today** [1]  4:17
**took** [3]  14:8  33:6
40:25
**totality** [1]  21:18
**towards** [2]  18:13
19:22
**town** [26]  1:6
1:7  1:7  1:8
2:10  2:15  4:11
4:25  4:25  5:13
7:13  9:24  11:24
13:20  13:20  20:17
20:20  21:5  21:12
21:20  21:25  25:13
34:7  36:14  40:10
41:20
**traffic** [5]  11:14
12:15  12:17  42:11
45:6
**training** [2]  31:9
31:12
**transactions** [1] 12:19
**transcript** [3]  43:10
44:11
**transported** [1]  24:15
**traveling** [1]  10:19
**trespass** [7]  7:10
13:23  15:2  15:4
15:5  15:12  25:18
**trial** [3]  1:11  3:14
42:19
**true** [1]  43:10
**Turnpike** [1]  11:14
**two** [9]  12:2  13:2
13:9  14:20  14:22

**16:3  20:9  27:4
36:8**
**two-door** [1]  17:8
**type** [1]  17:23
**U** [2]  3:3  45:3
**Ulster** [2]  5:2
36:14
**under** [1]  20:25
**understand** [1]  33:3
**unhandcuffed** [2]
28:6  28:8
**UNIDENTIFIED** [1]
1:8
**UNITED** [1]  1:2
**up** [4]  10:25  11:13
16:25  29:23
**used** [2] 19:2  37:3
**using** [1] 11:22
**Valley** [1]  1:14
1:23
**varies** [1]  30:13
**Vasquez** [3]  40:18
40:24  41:2
**vehicle** [23]  13:11
13:13  13:14  16:7
16:10  16:16  16:23
16:25  17:4  18:17
20:7  22:11  22:12
22:13  22:13  22:14
22:16  22:18  22:21
23:2  23:4  23:25
24:17
**via** [2]  7:5  7:25
**vicinity** [1]  10:21
**violation** [1]  15:4
**waived** [1]  4:2
**waiver** [2]  3:13
3:21
**Walden** [1]  41:8
**walked** [1]  16:25
22:10
**wall** [4]  26:22  27:19
28:2  28:8
**wanting** [1]  32:18
**Washington** [2]  2:10
2:16
**water** [2] 27:16  30:2
**weapon** [16]  17:2
17:14  17:16  17:21
18:3  18:6  18:8
18:10  18:15  18:19
18:21  19:14  19:17
20:9  31:13  32:8
**weapons** [2]  16:8
23:9
**west** [1]  4:25
**window** [4]  17:14
17:17  17:17  17:18
**windows** [1]  17:11
**within** [1]  34:24
**witness** [3]  3:17
29:24  42:10
**Woodstock** [27]  1:7
2:10  4:11  4:14
4:19  4:25  5:13

| 6:12 | 6:15 | 9:25 |
| 26:6 | 26:24 | 28:20 |
| 28:24 | 30:12 | 34:7 |
| 34:14 | 35:11 | 36:14 |
| 36:20 | 37:23 | 38:8 |
| 38:15 | 39:18 | 41:20 |
| 41:23 | 42:3 | |

**Wooton** [51]   1:6
| 2:9 | 2:22 | 6:10 |
| 7:6 | 7:9 | 7:14 |
| 7:16 | 7:20 | 7:25 |
| 8:3 | 8:13 | 9:11 |
| 9:17 | 10:8 | 10:11 |
| 10:23 | 11:7 | 11:17 |
| 11:21 | 12:5 | 12:12 |
| 12:14 | 12:25 | 13:11 |
| 13:15 | 13:17 | 13:19 |
| 14:19 | 15:20 | 16:5 |
| 16:14 | 16:20 | 19:23 |
| 21:18 | 21:20 | 21:23 |
| 22:11 | 22:20 | 22:24 |
| 23:3 | 23:23 | 24:12 |
| 29:16 | 29:17 | 30:21 |
| 31:15 | 31:21 | 32:19 |
| 42:13 | 45:7 | |

**Wooton's** [5]   9:12
| 10:24 | 21:5 | 21:13 |
| 22:2 | | |

**words** [3]   14:12
| 14:14 | 39:14 | |

**Wrolsen** [9]   5:10
| 5:12 | 5:15 | 6:7 |
| 11:18 | 25:22 | 26:3 |
| 26:7 | 26:13 | |

**X** [5]   1:3   1:9
| 27:22 | 27:22 | 45:3 |

**York** [10]   1:2
| 1:15 | 1:17 | 1:24 |
| 2:5 | 2:7 | 2:11 |
| 2:17 | 43:3 | 44:7 |

**younger** [1]   16:6

**yourself** [3]   6:4
| 9:15 | 32:11 | |

**zipped** [1]   23:22