COPY    1

1

2   UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

3   ------------------------------------------------------X
RONALD LIPTON and BRETT LIPTON,

4

                                Plaintiffs,

5

           -against-          00 Civ. 319(LEK)(RWS)

6

7   JOHN WOOTON, KEVIN LANE, EDWIN BREWSTER, THE TOWN OF
WOODSTOCK, TOWN OF SAUGERTIES, GREG HULBERT, CHIEF
OF THE TOWN OF SAUGERTIES POLICE DEPARTMENT and JOHN

8   DOE, AN UNIDENTIFIED TOWN OF SAUGERTIES POLICE OFFICER,

9                                     Defendants.

   ------------------------------------------------------X

10

11

                  EXAMINATION BEFORE TRIAL

12

13

14   of the Defendant, GREGORY HULBERT, held on October 15th,

2002, commencing at 1:10 p.m., at the offices of Valley

15

Reporting Service, 115 Green Street, Kingston, New York,

16

before Kimberly Burke, a Shorthand Reporter and Notary

17

Public in and for the State of New York.

18

19

20                   * * * * * * *

21

22

23   ----------------------------------------------------
              VALLEY REPORTING SERVICE
                 115 Green Street

24            Kingston, New York  12401
               (845) 331-4020

25

2

```
 1

 2    A P P E A R A N C E S

 3
                        ROBERT N. ISSEKS, ESQ.
 4                      Co-Counsel for the Plaintiffs
                        6 North Street
 5                      Middletown, New York 10940

 6                      ALEX SMITH, ESQ.
                        Co-Counsel for the Plaintiffs
 7                      41 Dolson Avenue
                        Middletown, New York 10940
 8
                        McCABE & MACK, LLP
 9                      Attorneys for the Defendants
                        John Wooton, Kevin Lane, Edwin Brewster
10                      and the Town of Woodstock
                        63 Washington Street
11                      P.O. Box 509
                        Poughkeepsie, New York 12602
12
                          BY:  DAVID L. POSNER, ESQ.,
13                             of Counsel

14                      PHELAN, BURKE & SCOLAMIERO
                        Attorneys for the Defendants
15                      Greg Hulbert and the Town of
                        Saugerties
16                      302 Washington Avenue Extension
                        P.O. Box 15085
17                      Albany, New York 12212

18                        BY:  GERALD D. D'AMELIA JR., ESQ.
                               of Counsel
19

20    A L S O    P R E S E N T:

21                      RONALD LIPTON
                        BRETT LIPTON
22                      KEVIN LANE
                        EDWIN BREWSTER
23                      JOHN WOOTON

24

25
```

3

1

2                    S T I P U L A T I O N S

3

4              IT IS HEREBY STIPULATED AND AGREED by

5      and between the counsel for the respective parties

6      hereto that all rights provided by the C.P.L.R.,

7      including the right to object to any question,

8      except as to the form, or to move to strike any

9      testimony at this examination, are reserved; and,

10     in addition, the failure to object to any question

11     or to move to strike testimony at this examination

12     shall not be a bar or waiver to make such a motion

13     at, and is reserved for, the trial of this action.

14          IT IS FURTHER STIPULATED AND AGREED that this

15     examination may be signed and sworn to by the

16     witness being examined, before a Notary Public

17     other than the Notary Public before whom this

18     examination was begun, but the failure to do so,

19     or to return the original of this examination to

20     counsel, shall not be deemed a waiver of rights

21     provided by Rules 3116 and 3117 of the C.P.L.R.,

22     and shall be controlled thereby.

23              IT IS FURTHER STIPULATED AND AGREED that

24     the filing of the original of this examination

25     shall be and the same is hereby waived.

4

1

2                          GREGORY HULBERT,

3            having been first duly sworn by the Notary Public,

4            was examined and testified as follows:

5                          * * * * * * * *

6    EXAMINATION BY MR. ISSEKS:

7    Q.    Mr. Hulbert, how are you employed?

8    A.    I'm the chief of the Saugerties Police Department.

9    Q.    How long have you been chief?

10   A.    About twelve years.

11   Q.    Did there come a time when you met Ronald Lipton,

12         the plaintiff in this case?

13   A.    Yes.

14   Q.    When did you meet him?

15   A.    February 14th, 1999.

16   Q.    Did you meet his son Brett Lipton that day as

17         well?

18   A.    No.

19   Q.    You did not?

20   A.    No, I did not.

21   Q.    Did you see Brett Lipton on February 14th, 1999?

22   A.    No, I did not.

23   Q.    Had you had any communication from Ronald Lipton

24         prior to February 14th, 1999?

25   A.    No.

1    GREGORY HULBERT

2    Q.    Did you ever receive a fax from Mr. Lipton prior

3          to February 14th?

4    A.    Yes, prior to.

5    Q.    Prior to February 14th?

6    A.    I did, but I found it later.

7    Q.    The fax that you found later, to whom was that fax

8          addressed?

9    A.    I don't remember.  I think it was to me.

10   Q.    Did it arrive at the Saugerties Police Department?

11   A.    Yes.

12   Q.    Or the police station, I should say.

13   A.    Yes.

14   Q.    Do you know the date of that fax?  That is, when

15         it was transmitted to the Saugerties police

16         station.

17   A.    Not offhand, no.

18   Q.    But it was on a date prior to February 14th?

19   A.    Yes.

20   Q.    Was it within the week prior to February 14th,

21         1999 that that fax was transmitted to the police

22         station?

23   A.    I believe so.

24   Q.    I'm going to show you the Defendants' Response to

25         the Plaintiffs' Demand for Production directed to

6

1    GREGORY HULBERT

2        the Town of Saugerties.   Mr. D'Amelia's firm

3        provided it to plaintiffs' counsel.

4            I'm going to direct your attention to a

5        two-page document dated February 12th, 1999 which

6        is entitled "Facsimile Cover Page" and ask you if

7        this is the fax or a copy of the fax that you are

8        discussing at this time?

9    A.   Yes.

10   Q.   And the date, February 12th, 1999, that's on that

11       document, does that refresh your recollection as

12       to when the document was transmitted to the

1    GREGORY HULBERT

2    Q.    I'm going to ask you to look at the Saugerties

3          Defendants' Response to Plaintiffs' Demand for

4          Production to see if you can identify any document

5          in there which is a copy of the fax that you're

6          referring to that came in after February 14th.

7    A.    Okay (witness complying).  Yes, there is.

8    Q.    Does that document also have on top of it

9          "Facsimile Cover Sheet"?

10   A.    Yes.

11   Q.    Is there a date on it?

12   A.    Yes.

13   Q.    What is the date?

14   A.    July 23rd, 1999.

15   Q.    Other than those two faxes that you have

16         identified that are part of the defendants'

17         production of documents, were there any other

18         written communications from either Ron or Brett

19         Lipton to yourself or the Saugerties Police

20         Department that you're aware of?

21   A.    Not that I know of.

22   Q.    Did you receive any oral communication from either

23         Ron or Brett Lipton prior to February 14th, 1999?

24   A.    No.

25   Q.    Were you ever made aware that anyone from the

8

```
 1    GREGORY HULBERT

 2          Saugerties Police Department received such

 3          communications from the Liptons prior to February

 4          14th, 1999?

 5    A.    No.

 6    Q.    Before February 14th, 1999 and specifically before

 7          the time that you met Ron Lipton on that date, had

 8          you received any information from any police

 9          agency?

10    A.    Did I?

11    Q.    As to Ron or Brett Lipton.

12    A.    No.

13    Q.    Did anyone from the Saugerties Police Department

14          receive any information about Ron or Brett Lipton

15          from any police agency prior to your meeting Ron

16          Lipton on the 14th?

17    A.    As of the 14th I didn't know that, but I do now.

18    Q.    That someone in Saugerties had received

19          information about the Liptons from another police

20          agency?

21    A.    Yes.

22    Q.    Who was it that received the information?

23    A.    I don't know.

24    Q.    When did you learn that such information had been

25          provided to Saugerties before you met Ron Lipton?
```

9

1    GREGORY HULBERT

2    A.    I don't know.

3    Q.    You don't know who gave you the information?

4    A.    No.

5    Q.    What is it that you learned about information

6          being transmitted or communicated to Saugerties

7          regarding either Ron or Brett Lipton coming into

8          the station before you met Ron on the 14th?

9    A.    Just that there was a piece of paper with red

10         magic marker that said "All read, police

11         information" and this was some information behind

12         that (indicating).

13   Q.    I'm going to again show you the Saugerties

14         Defendants' Response to Plaintiffs' Demand for

15         Production of Documents and ask you if you can

16         identify the document that has the magic marker

17         writing on it and also the document that came with

18         it that you just referred to.

19              MR. POSNER:  After identifying it,

20         can you have these pieces of paper individually

21         marked.

22              MR. ISSEKS:  They're all self-

23         explanatory.

24              MR. POSNER:  Or identified very

25         clearly.

10

1    GREGORY HULBERT

2                    MR. ISSEKS:  So far they have been.

3                    MR. POSNER:  So far they have been.

4        Keep up the good work.

5                    MR. ISSEKS:  Perhaps we should have

6        the response marked for identification so that its

7        integrity is intact as Plaintiffs' Exhibit 2, if

8        you would like to do that.

9                    MR. POSNER:  That sounds like a very

10       good housekeeping idea.

11

12                   (Plaintiffs' Exhibit 2: DEFENDANTS'

13                   RESPONSE TO PLAINTIFFS' DEMAND FOR

14                   DOCUMENT PRODUCTION, marked for

15                   identification)

16

17   Q.  Could you read the document that has the red magic

18       marker into the record so that it's identified?

19   A.  (Reading) "All patrols please read, police info

20       only 2/6/99."

21   Q.  How about the document that accompanied that?

22   A.  This is daily log data entry screen from our

23       computer system.

24   Q.  And the information that accompanied it is one

25       page?

1    GREGORY HULBERT

2    A.    It's two pages.

3    Q.    What is the date of the data entry screen?

4    A.    2/6/99.

5    Q.    Just so the record is clear, at the bottom of the

6          first page is a narrative screen which reads as

7          follows: "Subject is concerned for her safety.

8          She recently left her boyfriend, Ron Lipton, who

9          has made threats toward her.  Subject is sister of

10         Jim Wrolsen, part-time officer, 108", 170 pounds,

11         reddish brown hair, beard, mustache."

12              On the second page, the typewritten portion

13         ends with the sentence: "The above information

14         came from trooper's interview of Ms. Wrolsen,

15         ex-girlfriend of Lipton."

16              Other than those documents, was there any

17         other communication that your officer received --

18         or I should say that the police department

19         received concerning Ron Lipton or Brett Lipton

20         prior to February 14th, 1999?

21    A.    Not to my knowledge.

22    Q.    Now, the documents that we have just identified

23         dated February 6th, 1999 with the attachment, you

24         were not aware of them on February 14th, 1999?

25    A.    No, I was not.

12

1    GREGORY HULBERT

2    Q.    So is it correct then when you met Ron Lipton that

3          you had never heard of him before?

4    A.    That's correct.

5    Q.    Where did you meet Ron Lipton on February 14th,

6          1999?

7    A.    At my office.

8    Q.    That's the police station?

9    A.    Yes.

10   Q.    When you met Ron Lipton, was anyone else present?

11   A.    Not during my conversation with him, no.

12   Q.    How many conversations did you have with him on

13         February 14th?

14   A.    We conversed quite a bit, probably for about half

15         an hour.

16   Q.    Was it one continuous conversation that you had

17         that lasted approximately a half an hour?

18   A.    Basically, yes.

19   Q.    During that approximate half-hour meeting, was

20         anyone else a participant in your conversation?

21   A.    No.

22   Q.    Did anyone else, to your knowledge, overhear the

23         conversation that you had with Mr. Lipton?

24   A.    Not to my knowledge.

25   Q.    Was your conversation or any part thereof on

1    GREGORY HULBERT

2         February 14th with Mr. Lipton recorded?

3    A.   No, not to my knowledge.

4    Q.   What time of day was it that Mr. Lipton met you?

5    A.   Off the top of my head, probably around 2:00 in

6         the afternoon.  I can't remember exactly what time

7         it was.

8    Q.   When you first met Mr. Lipton, was it inside your

9         office or somewhere else?

10   A.   Inside my office.

11   Q.   Was he escorted in there?

12   A.   I believe so.

13   Q.   By whom?

14   A.   Sergeant Tucker.

15   Q.   Were you informed of Mr. Lipton's presence in the

16        police station before he was escorted into your

17        office?

18   A.   I asked if he was there, because I was supposed to

19        meet him there.

20   Q.   So the meeting that you had with Mr. Lipton was

21        prearranged?

22   A.   That afternoon.

23   Q.   Who prearranged it?

24   A.   Mr. Lipton and I.

25   Q.   How did you do that; over the phone?

14

1      GREGORY HULBERT

2      A.    He called my house.

3      Q.    What time did he call your house?

4      A.    Shortly before that.  I don't know exactly when.

5      Q.    Was that the first time that you ever spoke to him?

6      A.    Yes.

7      Q.    Had you been expecting a call from him?

8      A.    No.

9      Q.    What was it that Mr. Lipton said to you and you

10           said to him on the phone?

11     A.    He said that he was a retired police officer out

12           of New York City and he would like to meet with me

13           concerning a very important issue and asked if I

14           would be able to meet him in the office.

15           Basically that was the gist of the conversation.

16           I don't know if it's the whole thing.

17     Q.    Did you agree to meet with him in your office?

18     A.    I said yes.

19     Q.    Did he tell you anything about any member of the

20           Wrolsen family in that phone conversation?

21     A.    I don't remember.

22     Q.    Did he tell you anything regarding any

23           relationship with a woman that he had?

24     A.    He may have; that may have been what prompted me

25           to come in.  I don't remember.

15

```
 1    GREGORY HULBERT

 2    Q.   You agreed to meet with him, and shortly

 3         thereafter you met him in the station?

 4    A.   Yes.

 5    Q.   When he was escorted into your office, did

 6         Sergeant Tucker say anything to you?

 7    A.   I don't think so.

 8    Q.   Did Sergeant Tucker leave the office after he

 9         escorted Mr. Lipton?

10    A.   Yes.

11    Q.   What happened then?  What did Mr. Lipton say to

12         you and what did you say to him; if anything?

13    A.   He wanted me to listen to some tapes and he had an

14         envelope to give me.

15    Q.   What was in the envelope?

16    A.   I don't know.

17    Q.   You didn't look at it?

18    A.   I looked at the envelope, but I don't know what

19         was in it.

20    Q.   You didn't examine the contents?

21    A.   No.

22    Q.   Did Mr. Lipton tell you what was in the envelope?

23    A.   I believe he told me it was a letter to his

24         girlfriend.

25    Q.   Did he ask you to look at it?
```

1    GREGORY HULBERT

2    A.   I'm sorry?

3    Q.   Did he ask you to look at the letter to his

4         girlfriend?

5    A.   I don't remember.

6    Q.   Did you make a decision at that time not to look

7         at the letter?

8    A.   I believe so.

9    Q.   Why did you reach that decision?

10   A.   I felt it was confidential.  He may have asked me

11        not to, I don't remember.

12   Q.   Did you listen to the tapes that he had?

13   A.   I listened to one tape.

14   Q.   How long approximately was that tape that you

15        listened to?

16   A.   We listened to it for quite awhile, I don't know,

17        ten minutes maybe.

18   Q.   And that was while the two of you were in your

19        office for that approximate one-half hour period?

20   A.   That's correct.

21   Q.   The tape recording that you listened to was a

22        recording of what?

23   A.   Of a male and female.  I believe it was Mr.

24        Wrolsen, and I was told by Mr. Lipton that it was

25        Paula Wrolsen.

17

1    GREGORY HULBERT

2    Q.    Was the recording of a conversation over the

3          telephone?

4    A.    I don't know where it was recorded.

5    Q.    Do you recall, as you sit here today, anything

6          that was said between those two parties; the

7          person who you understood to be Paula Wrolsen and

8          Mr. Wrolsen?

9    A.    There was a lot of bashing of Jews; I guess the

10         father wanted the girl to stay away from him.

11   Q.    "Him" being Mr. Lipton?

12   A.    Mr. Lipton.  I don't know if he mentioned his

13         name; it may have been Ron on the tape.  I don't

14         remember now the whole conversation.  I know that

15         he was -- Mr. Lipton was very concerned about the

16         contents of that tape.

17   Q.    Was Mr. Lipton concerned about the anti-Semitic

18         remarks that were made on the tape?

19   A.    Yes.

20   Q.    And it was your understanding that the male who

21         was speaking on the tape was Paula Wrolsen's

22         father?

23   A.    I believe it was.

24   Q.    Had you ever met Paula Wrolsen's father before

25         February 14th, 1999?

1    GREGORY HULBERT

2    A.    Sure, yes.

3    Q.    Was he a social acquaintance of yours?

4    A.    No.

5    Q.    When you say "sure," on how many occasions had you

6          met Mr. Wrolsen, Paula Wrolsen's father, before

7          February 14th?

8    A.    Maybe twice.

9    Q.    Under what circumstances?

10   A.    I believe I was there at his house for a complaint

11         once when I was on the road, and I don't remember

12         the other time.

13   Q.    The bashing of Jews that you referred to, was that

14         by Mr. Wrolsen to Paula Wrolsen, or was Paula

15         Wrolsen also engaged in the bashing of Jews as you

16         described it?

17   A.    I think it was Mr. Wrolsen talking, bashing the

18         Jews.

19   Q.    When you listened to the tape, was that early on

20         in that approximate half-hour meeting or in the

21         middle or towards the end?

22   A.    In the beginning; he set it up.

23   Q.    Did you have an understanding, at the time that

24         you were listening to the tape recording, of why

25         it was that Mr. Lipton wanted you to hear it?

19

1    GREGORY HULBERT

2    A.    He thought he had a civil case in court, and he

3          wanted to just see his girlfriend or he would use

4          that tape.

5    Q.    Did he explain to you, either in the telephone

6          conversation before your meeting or during your

7          meeting, why he wanted to speak with you and why

8          he wanted you to hear the tape?

9    A.    I don't remember.

10   Q.    Did Mr. Lipton explain to you at any time in your

11         phone conversation or your meeting that he was

12         requesting the aid of the Saugerties Police

13         Department in his efforts to communicate with

14         Paula Wrolsen?

15   A.    I believe he wanted to talk to her that day.

16   Q.    What role, if any, did Mr. Lipton explain he

17         believed you or the Saugerties police could have

18         in his efforts to communicate with Paula Wrolsen?

19   A.    To call a state trooper.

20   Q.    For what reason; did he explain?

21   A.    He said the state trooper has some information and

22         that it would be of some help to me, and that's

23         about all I can remember.

24   Q.    What do you remember as you sit here today

25         concerning the substance of your conversation with

20

```
 1   GREGORY HULBERT

 2        Mr. Lipton after you listened to the tape

 3        recording?

 4   A.   I told him that I don't believe he's got a civil

 5        case, because it's a father and daughter talking

 6        to one another and I didn't think he had a civil

 7        case, but that was up to him to pursue.

 8   Q.   Did you and he discuss anything other than that

 9        for the remainder of your meeting?

10   A.   He just asked me to make sure that Paula got the

11        letter that was in the envelope.

12   Q.   Did Mr. Lipton ask you to have the letter

13        delivered to Paula Wrolsen?

14   A.   I believe so.

15   Q.   Was anything else discussed?

16   A.   He just asked me to call that state trooper.

17   Q.   Did Mr. Lipton, before leaving the police station,

18        tell you where he was going to go from there?

19   A.   He may have said he was going out looking for her,

20        I don't remember for sure.

21   Q.   When Mr. Lipton left the police station, were you

22        still in your office?

23   A.   I believe I walked him out to the dispatch area.

24   Q.   Did you leave the building with him?

25   A.   No.
```

21

1    GREGORY HULBERT

2    Q.   When you went out to the dispatch area, did you

3         have any further conversations with him?

4    A.   No.

5    Q.   Did you see Brett Lipton there?

6    A.   No.

7    Q.   Did you ever see Brett Lipton before today?

8    A.   No.

9    Q.   Did you ever communicate with Brett Lipton before

10        today?

11   A.   No.

12   Q.   After Mr. Lipton left what, if anything, did you

13        do with respect to Mr. Lipton and the meeting you

14        had with him?

15   A.   I went back and turned off the lights in my office

16        and I left about five minutes later.

17   Q.   Did you communicate with anyone at the police

18        station concerning the substance of your

19        conversation with Mr. Lipton?

20   A.   I don't believe so.

21   Q.   Did you make any notes or memoranda or any kind of

22        recording regarding the context of your

23        conversation with Mr. Lipton?

24   A.   No.

25   Q.   How about the fact that you met with Mr. Lipton;

1    GREGORY HULBERT

2         did you record that anywhere either in writing or

3         some other way?

4    A.   No.

5    Q.   While you were with Mr. Lipton on the 14th or in

6         your phone conversation that preceded your

7         meeting, did Mr. Lipton say anything to you

8         regarding James Wrolsen?

9    A.   No.

10   Q.   Did the name James Wrolsen come up at all in the

11        conversation that you had with Mr. Lipton on the

12        14th?

13   A.   I don't remember.  It may have come up around the

14        time of the tape or shortly thereafter, but I

15        didn't think anything of it.

16   Q.   James Wrolsen is deceased; is that correct?

17   A.   That's correct.

18   Q.   Was he a police officer for the Town of Saugerties

19        Police Department?

20   A.   Yes.

21   Q.   What was his rank?

22   A.   Patrolman.

23   Q.   When did he become a patrolman for the Saugerties

24        PD?

25   A.   I don't remember.

```
 1    GREGORY HULBERT

 2    Q.    Was he a patrolman for Saugerties up to the date

 3          of his death?

 4    A.    No, he wasn't.

 5    Q.    Do you recall the date of his death?

 6    A.    No, I don't.

 7    Q.    Did he leave the Saugerties Police Department of

 8          his own choice or for some other reason?

 9    A.    His own choice.

10    Q.    Do you recall how long after February 14th, 1999

11          that Jim Wrolsen left the police department?

12    A.    Could you repeat that?

13    Q.    Approximately how much time was it from February

14          14th, 1999 that Jim Wrolsen left the Saugerties

15          Police Department?

16    A.    I don't remember.  I would have to look at his

17          resignation.

18    Q.    Do you recall if it was more or less than a month?

19    A.    I couldn't tell you.

20    Q.    Do you know whether or not Jim Wrolsen was a

21          member of the Ku Klux Klan?

22    A.    No.

23    Q.    You don't recall?

24    A.    I don't know.

25    Q.    Did you ever receive any information from anyone
```

```
 1   GREGORY HULBERT

 2            that Jim Wrolsen was a member of the Ku Klux Klan?

 3   A.   No.

 4   Q.   I'm going to show you the Saugerties Defendants'

 5            Response to Plaintiffs' Demand for Production of

 6            Documents and direct your attention to a

 7            handwritten note dated February 20th, 1999 and a

 8            signature that appears to be James S. Wrolsen on

 9            the bottom.  I'm going to ask you if you have ever

10            seen that document before?

11   A.   Yes.

12   Q.   What do you recognize it to be?

13   A.   His resignation from the police department.

14   Q.   "His" being James Wrolsen?

15   A.   James Wrolsen's resignation.

16   Q.   Does the date on that document, February 20th,

17            1999, refresh your recollection as to when James

18            Wrolsen left the Saugerties Police Department?

19   A.   It does, yes.

20   Q.   Do you recall the circumstances surrounding his

21            leaving the police department?

22   A.   He told me that he got hired by New York State

23            Environmental Conservation and they wouldn't let

24            him hold two badges, so he had to relinquish his

25            PD badge.
```

1   GREGORY HULBERT

2   Q.   Had you had any prior knowledge that he was

3        interested in going to a different law enforcement

4        agency?

5   A.   Yes.

6   Q.   When did you first learn of that?

7   A.   I don't know, it had been quite awhile.

8   Q.   After you left the police station and went home,

9        did you do anything on February 14th, 1999 with

10       respect to the conversations that you had with Ron

11       Lipton that day?

12                   MR. POSNER:  Do you understand the

13       question?

14                   THE WITNESS:  I think he wants to

15       know whether I did anything about the

16       conversation.

17  A.   I didn't write anything down, but I may have made

18       a phone call to somebody after I got a call that

19       Mr. Lipton wanted to talk to me.

20  Q.   Did you contact anyone from the Wrolsen family on

21       February 14th, 1999 after you spoke with Ron

22       Lipton?

23  A.   No.

24  Q.   Do you know if anyone from the Saugerties Police

25       station contacted anyone from the Wrolsen family

1   GREGORY HULBERT

2        after your meeting with Ron Lipton?

3   A.   No, not that I know of.

4   Q.   Did you inform anyone in the Saugerties Police

5        Department about the substance of your

6        conversation with Ron Lipton on February 14th?

7   A.   Only that I may have had a conversation with him

8        and that I may have told him to stay away from

9        there until I got a chance to talk to the state

10       trooper that Monday, but that's about all I

11       remember of it.

12  Q.   When you say "I may have told him to stay away

13       from there," who are you referring to?

14  A.   Mr. Lipton.

15  Q.   That would be during that meeting that you had

16       with him in your office?

17  A.   Yes.

18  Q.   Do you know whether or not you told him that?

19  A.   It seems to me like I did, but it's vague.

20  Q.   Do you have any recollection as to why you would

21       have told him that?

22  A.   Because of the anti-Semitic remarks on the tape.

23  Q.   What was it about the anti-Semitic remarks on the

24       tape that caused to you advise Mr. Lipton that he

25       ought not go to the Wrolsen residence?

27

1    GREGORY HULBERT

2    A.    From Mr. Wrolsen's comments that he doesn't want

3          him anywhere around him or his daughter.

4    Q.    Did there come a time after you got home that you

5          received a telephone call concerning Mr. Lipton?

6    A.    Yes.

7    Q.    From whom?

8    A.    I believe it was Sergeant Kohler.

9    Q.    About what time was that?

10   A.    I don't remember.

11   Q.    Was it within an hour of you leaving your meeting

12         with Mr. Lipton?

13   A.    It could be two hours, I don't remember.

14   Q.    What did Sergeant Kohler say to you?

15   A.    He said that Mr. Lipton was arrested for trespass

16         at the Wrolsens; he was up at Wrolsens.  And I

17         guess he was already in custody or had been talked

18         to and he wanted to talk to me again.  And I said,

19         I didn't want to talk to him; "I told him to stay

20         away from there."

21   Q.    So when Sergeant Kohler called you, you were at

22         your house?

23   A.    Yes.

24   Q.    And it was your understanding when Sergeant Kohler

25         called you, based upon what Sergeant Kohler said,

1    GREGORY HULBERT

2         that Mr. Lipton was already in custody?

3    A.   It seemed to me like that, yes.

4    Q.   Did Sergeant Kohler tell you what Mr. Lipton was

5         in custody for?

6    A.   Something to do with the trespass and a sawed-off

7         shotgun.

8    Q.   Between the meeting with Mr. Lipton and the call

9         from Sergeant Kohler, did you have any

10        communication with Mr. Lipton?

11   A.   No.

12   Q.   Did you have any communication with any human

13        being concerning Mr. Lipton during that time

14        period?

15   A.   No.  I do remember having a conversation, but I

16        don't remember with who, as to what he was being

17        charged with and how they determined whether it

18        was a trespass or not.  It may have been a

19        dispatcher.  I was concerned that it may not have

20        been a trespass, depending on whether he was told

21        to stay away from the place or not earlier on by

22        the Wrolsens.

23   Q.   This conversation that you're referring to took

24        place before the conversation with Sergeant

25        Kohler; correct?

29

1    GREGORY HULBERT

2    A.    I believe so, yes.

3    Q.    Was that conversation you're referring to over the

4          telephone?

5    A.    Yes, it was over the telephone.

6    Q.    Where were you at the time?

7    A.    Home.

8    Q.    And you don't recall who it was that spoke with

9          you?

10   A.    No, I don't.

11   Q.    Do you know whether or not it was someone from the

12         Saugerties Police Department?

13   A.    It was somebody from the Saugerties Police

14         Department.

15   Q.    Okay.  What information were you provided with

16         about the conduct alleged to have been a trespass?

17   A.    That Mr. Lipton went up there, went into the

18         driveway, turned around and left.

19   Q.    Were you told how long Mr. Lipton was in the

20         driveway?

21   A.    No.

22   Q.    Were you told how far he went into the driveway?

23   A.    No.

24   Q.    And you said that you had a concern as to whether

25         that conduct constituted a trespass?

1    GREGORY HULBERT

2    A.   That is correct.

3    Q.   Did you make a determination, while you were on

4         the phone during that pre-Sergeant Kohler

5         conversation, as to whether or not it was in fact

6         a trespass?

7    A.   I just know that I didn't make a determination.

8    Q.   Did you provide any advice to the person on the

9         telephone with respect to whether or not the

10        conduct of Mr. Lipton as it was described to you

11        constituted a trespass or not?

12   A.   I believe I told them to investigate it and get a

13        statement from the Wrolsens.

14   Q.   Did you mention the fact that Mr. Lipton had been

15        in your office sometime earlier that day?

16   A.   I may have.

17   Q.   Did you make any mention as to substance of the

18        conversations that you had?

19   A.   Not with that individual.

20   Q.   Did you have any conversations with any individual

21        on February 14th, 1999 concerning the substance of

22        your conversations with Mr. Lipton?

23   A.   I don't believe so.

24   Q.   Did you inform anyone from the police department,

25        after you learned that there was a trespass

31

1    GREGORY HULBERT

2         complaint made against Mr. Lipton by the Wrolsens,

3         about the anti-Semitic statements that you heard

4         from whom you believe to be Mr. Wrolsen?

5                   MR. POSNER:  Can repeat the first

6         part of that question.

7

8                   (Question read)

9

10                  MR. POSNER:  Objection as to form.

11                  MR. ISSEKS:  I will withdraw the

12        question.

13   Q.   After you heard that there was a trespass

14        complaint made against the Liptons by someone in

15        the Wrolsen family, did you inform anyone in the

16        police department that you had heard a tape

17        recording which contained statements by a person

18        who you believed to be Paula Wrolsen's father or a

19        member of the Wrolsen family, at any rate --

20   A.   No.

21   Q.   -- that were anti-Semitic in nature?

22                  MR. POSNER:  I'm going to object as

23        to form.

24   Q.   You can answer.

25   A.   No.

32

1    GREGORY HULBERT

2    Q.   At the end of your conversation with Sergeant

3         Kohler, did you have an understanding as to what

4         action, if any, the Saugerties Police Department

5         was going to take with respect to the trespass

6         complaint against Mr. Lipton?

7    A.   I believe Sergeant Kohler said that they were

8         going to arraign -- that Woodstock was going to

9         arraign him on the gun charges, and I believe I

10        suggested writing an appearance ticket for the

11        trespass.

12   Q.   Did you understand, when you made that suggestion,

13        that on a trespass charge, a violation is not a

14        crime?

15   A.   Yes.

16   Q.   Did you make any inquiry up to that point or at

17        any time prior to that point as to what police

18        agency arrested Mr. Lipton on the trespass?

19   A.   Woodstock, I believe.

20   Q.   Did you ask how it came about that officers of the

21        Woodstock Police Department came to arrest Mr.

22        Lipton on the trespass charge?

23   A.   No, I didn't inquire about anything.

24   Q.   Who was it that informed you that this was an

25        arrest on the trespass charge?

33

1    GREGORY HULBERT

2    A.    I believe Sergeant Kohler.

3    Q.    When Sergeant Kohler informed you of that, did he

4          also tell you that not just Ron Lipton, but Brett

5          Lipton had been arrested on that charge?

6    A.    I believe so.

7    Q.    Did you at any time after learning about the

8          trespass arrest make inquiry as to why it was that

9          a Town of Woodstock police officer would arrest

10         the Liptons for a violation that occurred in the

11         Town of Saugerties?

12   A.    No.

13   Q.    As you sit here today, do you know why a Town of

14         Woodstock police officer made a Town of Saugerties

15         arrest on a violation?

16   A.    I was under the assumption that they were arrested

17         for the shotgun charge, not the trespass

18         complaint.

19   Q.    Did there come a time when you learned that

20         someone from the Town of Saugerties Police

21         Department radioed a transmission requesting the

22         Town of Woodstock Police Department to arrest the

23         Liptons on the trespass charge?

24               MR. POSNER:  Objection as to form.

25   Q.    You can answer.

```
 1    GREGORY HULBERT

 2    A.   I do today, but not then.

 3    Q.   You didn't know then.  When is the first time that

 4         you learned that the Saugerties Police Department

 5         asked the Woodstock Police Department to arrest

 6         the Liptons on the trespass charge?

 7                        MR. POSNER:  Objection as to form.

 8    A.   I don't know; days after that, I believe.

 9    Q.   Days after that?

10    A.   Yes, I believe so.

11    Q.   How did you learn of it?

12    A.   Through a conversation maybe.  I don't know.

13    Q.   Do you know with whom you had that conversation?

14    A.   No.

15    Q.   By the way, was there a dispatcher working in the

16         afternoon of February 14th, 1999 at the Town of

17         Saugerties Police Department?

18    A.   Yes.

19    Q.   What was that dispatcher's name?

20    A.   Anthony Cardarelli.

21    Q.   Did you have any conversations with Anthony

22         Cardarelli concerning any transmissions to

23         Woodstock concerning the arrest of the Liptons?

24    A.   I don't remember.

25    Q.   On February 14th, 1999, had you received any
```

35

1    GREGORY HULBERT

2          information concerning the Liptons from any police

3          agency wherein the Liptons were described or

4          labeled as armed and dangerous?

5    A.    Prior to the 14th?

6    Q.    On the 14th.

7    A.    No.

8    Q.    Did you ever receive any information prior to, on,

9          or after February 14th to the effect that the

10         Liptons on February 14th might have been armed and

11         dangerous?

12                        MR. POSNER:   Objection as to form.

13   A.    Only through that memo there and conversations

14         after the 14th.

15   Q.    Did you have an opportunity to listen to a tape

16         recording of the radio transmission between

17         Saugerties and Woodstock concerning the arrest of

18         the Liptons?

19   A.    Yes.

20   Q.    Was that Anthony Cardarelli's voice on that tape

21         recording?

22   A.    Yes.

23   Q.    Did you ever make any inquiry of Anthony

24         Cardarelli as to why he stated in his radio

25         transmission to Woodstock that the Liptons may be

36

1    GREGORY HULBERT

2         armed and dangerous?

3    A.   No.

4    Q.   You never asked him what the source of his

5         information was?

6    A.   No.

7    Q.   Did you ever ascertain from anybody what the

8         source of such information might have been?

9    A.   No.

10   Q.   Do you know what the source of that description

11        was?

12   A.   No.

13   Q.   Did you ever ask Anthony Cardarelli why he asked

14        the Woodstock Police, in the radio transmission,

15        to arrest the Liptons for the trespass?

16             MR. POSNER:  Objection as to form.

17   A.   I don't know as he did; I don't know who told the

18        Woodstock Police Department.

19   Q.   You listened to the tape recording of the radio

20        transmission; correct?

21   A.   Yes.

22   Q.   Do you recall, in that transmission, any requests

23        being made by Cardarelli to secure and then arrest

24        the Liptons?

25             MR. POSNER:  Objection as to form.

37

1    GREGORY HULBERT

2    A.    It may have been secure or keep or hold, but not

3          arrest.

4    Q.    Did you ever have any conversations with

5          Cardarelli wherein you inquired as to why he made

6          such a request or requests?

7    A.    No.

8                      MR. ISSEKS:  I would ask for the

9          production of all tapes of all transmissions to

10         the Woodstock Police Department on February 14th,

11         1999 concerning Ronald and/or Brett Lipton.

12                     MR. D'AMELIA:  I believe they have

13         been disclosed already.

14                     MR. ISSEKS:  If there are any others

15         that haven't been disclosed.

16                     MR. D'AMELIA:  Sure.

17                     MR. ISSEKS:  We got disclosures from

18         Mr. Posner's office.  I presume we got them from

19         you folks although I don't know, but if you can

20         make sure that we have all of the tapes, I would

21         appreciate it.

22                     MR. D'AMELIA:  Sure.  I would ask

23         that you put that in writing.

24

25         **COUNSEL REQUESTS INFORMATION TO BE SUPPLIED**

1    GREGORY HULBERT

2

3    Q.    Did you have any communications with anyone from

4          the Wrolsen family concerning either Ronald or

5          Brett Lipton?

6    A.    When?

7    Q.    After they were arrested on February 14th, at any

8          time after that day or at any time thereafter?

9    A.    I don't believe so.  I don't remember whether I

10         did or not.

11                      MR. ISSEKS:  Let's take a short break.

12

13                      (Break in the proceeding)

14

15   Q.    Chief, do you know where Wrolsen Drive is?

16   A.    Yes.

17   Q.    Had you ever been to the Wrolsen residence on

18         Wrolsen Drive?

19   A.    Yes.

20   Q.    How far is the Wrolsen residence from the

21         Saugerties Police station?

22   A.    Estimated, five miles.

23   Q.    Did you ever learn as to whether the trespass

24         complaint was signed?

25   A.    Later I found out that it was signed at the

39

1   GREGORY HULBERT

2        office.

3   Q.   At the Saugerties Police station?

4   A.   Yes.

5   Q.   Were any officers dispatched to the Wrolsen

6        residence on February 14th?

7   A.   I believe so.

8   Q.   Do you know who dispatched them; would that be

9        Cardarelli?

10  A.   Yes.

11  Q.   To your understanding, was that based upon

12       information that Cardarelli received from the

13       Wrolsens?

14  A.   I would assume so.

15  Q.   Do you know if anyone contacted the Wrolsens

16       before the officers were dispatched to go to the

17       Wrolsen residence; anyone from the Saugerties

18       Police Department?

19  A.   Not to my knowledge.

20  Q.   Which officers were dispatched to the Wrolsen

21       residence?

22  A.   I'm not sure; I think it was Officer Ryan or

23       Sergeant Kohler.

24  Q.   Who made the determination that a complaint should

25       be signed against the Liptons?

1    GREGORY HULBERT

2    A.    I believe Officer Ryan investigated it.

3    Q.    Was a request made that Wrolsen come to the police

4          station to sign the complaint?

5    A.    I don't know that.

6    Q.    Do you know if there are any documents that would

7          reflect when the complaint against the Liptons for

8          trespass was signed?

9    A.    Unless it's on the information, no.

10   Q.    Would the officer who was dispatched to the

11         Wrolsens be required to keep a log as to his

12         activities on that day?

13   A.    No.

14   Q.    He would not?

15   A.    No.

16   Q.    So there wouldn't necessarily be a document

17         reflecting when that officer arrived at the

18         Wrolsens?

19   A.    It may be on the dispatch sheet maybe that we

20         arrived, I don't know.

21   Q.    I'm going the show you several sheets entitled

22         "Town of Saugerties Police Department Radio and

23         Telephone Daily Log" that was included in the

24         Saugerties Defendants' Response to Plaintiffs'

25         Demand for Production and ask you if these are the

41

1    GREGORY HULBERT

2         documents that you're referring to?

3    A.   Yes.

4    Q.   Is there anything in those radio logs that

5         reflects when the officers from Saugerties were

6         dispatched to the Wrolsen residence?

7    A.   I believe the bottom line where it says "Time

8         received 17:09."

9    Q.   That would be nine minutes after 5:00?

10   A.   Yes, and then complainant name was Wrolsen, John,

11        the complaint number is 990715, unit number 787,

42

1    GREGORY HULBERT

2         arrested?

3    A.   Not that I know of.

4    Q.   Going back to your meeting with Ron Lipton on the

5         14th, did Ron show you any police certificates of

6         his showing that he was a police officer?

7    A.   No.

8    Q.   Did anyone on February 14th inform you that Ron

9         Lipton was not a former police officer?

10   A.   No.

11   Q.   Did you at any time ever speak to Jim Wrolsen, as

12        Jim Wrolsen's chief, about the anti-Semitic

13        remarks that you heard on the tape purported to be

14        between Paula Wrolsen and Jim Wrolsen's father?

15   A.   Not that I remember, no.

16   Q.   Chief, at any time after February 14th, 1999, did

17        anyone ever tell you that Ron Lipton was not a

18        former police officer?

19   A.   No, they said he wasn't retired from any place

20        that they know of.

21   Q.   That he was not retired?

22   A.   Yes.

23   Q.   Who told you that?

24   A.   I don't remember.

25   Q.   Was it an officer in some police agency?

GREGORY HULBERT

A. Probably.

Q. But you have no recollection of who it was?

A. I think it was Officer Hansen.

Q. When was that?

A. I don't know. It was a couple days later or the next day, I don't remember. It may have been the next day when I called her.

Q. What was it that motivated you to call Officer Hansen?

A. She left a message for me to call her.

Q. Did the message indicate why you should call her?

A. In regards to the Lipton case.

Q. When did you receive that message?

A. The next day.

Q. That would be the 15th of February?

A. Yes, or it may have been two days later. I don't remember.

Q. What was said between you and Officer Hansen during that phone conversation on the 15th?

A. She explained to me about Mr. Lipton as being a target in an investigation down there and that they had had some dealings -- I can't remember exactly -- it was between Paula and Mr. Lipton -- about maybe an arrest pending, or there was an

44

1

2      arrest, or he made -- basically that the guy may

3      be a dangerous man and to watch him.

4                    MR. ISSEKS:  I have no further

5      questions.  Thank you.

6

7                (The Examination Before Trial of

8                GREGORY HULBERT concluded at 2:08 p.m.)

9   STATE OF NEW YORK

10  COUNTY OF _____

11

12                I have read the foregoing record of my

13     testimony taken at the time and place noted in the

14     heading hereof, and I do hereby acknowledge it to

15     be a true and correct transcript of same.

16

17

18                            _____

19                                 GREG HULBERT

20

21  Sworn to before me this

22  _____day of _____, 2002.

23  _____

24     NOTARY PUBLIC

25

45

1

2                    C E R T I F I C A T I O N

3

4

5              I, KIMBERLY BURKE, a Court Reporter and

6        Notary Public in and for the State of New York, do

7        hereby certify that I recorded stenographically

8        the proceedings herein at the time and place noted

9        in the heading hereof, and that the foregoing is

10       an accurate and complete transcript of same, to

11       the best of my knowledge and belief.

12

13

14

15

16                    KIMBERLY BURKE

17

18

19   Dated:  November 4th, 2002

20

21                       *       *       *

22

23

24

25

46

1

2                    I N D E X   T O   E X H I B I T S

3

4     Description                                    Page    Line

5     Plaintiffs' 2   Defendants' Response            10      12

6

7

8                    I N D E X   T O   R E Q U E S T S

9

10    Description                                    Page    Line

11    Production of all tapes of all transmissions
      to the Woodstock Police Department on February
12    14th, 1999 concerning Ronald and/or Brett
      Lipton                                          37      25
13

14

15

16                         *  *  *  *  *  *

17

18

19

20

21

22

23

24

25

GREGORY HULBERT                                    CondenseIt™                                    -against - dated

-against [1]          1:5
00 [1]      1:5      13:6
41:10
08 [1]     44:9
09 [2]     41:9     41:13
1 [1]      1:14
10 [2]     1:14     46:6
108 [1]    11:11
10940 [2]           2:5
2:7
11 [1]     41:17
115 [2]    1:15     1:23
12 [1]     46:6
12212 [1]           2:17
12401 [1]           1:24
12602 [1]           2:11
12th [3]   6:6      6:11
6:24
14th [47] 4:16     4:22
4:25     5:4      5:6
5:19     5:21     6:18
6:24     6:25     7:2
7:7      7:24     8:5
8:7      8:17     8:18
9:9      11:21    11:25
12:6     12:14    13:3
18:2     18:8     22:6
22:13    23:11    23:15
25:10    25:22    26:7
30:22    34:17    35:2
35:6     35:7     35:10
35:11    35:15    37:11
38:8     39:7     42:6
42:9     42:17    46:13
15085 [1]           2:16
15th [3]   1:13     43:17
43:21
17 [3]     41:9     41:13
41:17
170 [1]    11:11
1999 [27]           4:16
4:22     4:25     5:22
6:6      6:11     7:15
7:24     8:5      8:7
11:21    11:24    11:25
12:7     18:2     23:11
23:15    24:8     24:18
25:10    25:22    30:22
34:17    35:2     37:12
42:17    46:13
2 [5]      10:8     10:13
13:6     44:9     46:6
2/6/99 [2]          10:21
11:5
2002 [3]   1:14     44:23
45:20
20th [2]   24:8     24:17
23rd [1]   7:15
25 [1]     46:13
302 [1]    2:16
3116 [1] 3:22
3117 [1] 3:22
319 [1]    1:5
331-4020 [1]        1:24
37 [1]     46:13
41 [1]     2:7

4th [1]    45:20
5 [1]      41:10
509 [1]    2:11
6 [1]      2:4
63 [1]     2:10
6th [1]    11:24
787 [1]    41:12
845 [1]    1:24
85 [1]     41:17
990715 [1]          41:12
able [1]   14:15
above [1]           11:14
accompanied [2]
10:22    10:25
accurate [1]        45:11
acknowledge [1]
44:15
acquaintance [1]
18:4
action [2]          3:14
32:5
activities [1]      40:13
actual [1]          41:23
addition [1]        3:11
addressed [1]       5:9
advice [1]          30:9
advise [1]          26:25
afternoon [3]       13:7
13:23    34:17
afterward [2]       6:22
6:23
again [2] 9:14     27:19
against [3]         31:3
31:15    32:7      40:2
40:8
agency [7]          8:10
8:16     8:21     25:5
32:19    35:4      43:2
agree [1] 14:18
agreed [4]          3:5
3:15     3:24     15:3
aid [1]    19:13
Albany [2]          2:17
ALEX [1]            2:6
alleged [1]         29:17
answer [2]          31:25
34:2
Anthony [5]         34:21
34:22    35:21    35:24
36:14
anti-Semitic [6] 17:18
26:23    26:24    31:4
31:22    42:13
appearance [2]      32:11
appreciate [1]      37:22
approximate [3] 12:20
16:20    18:21
area [2]   20:24    21:3
armed [2]           35:5
35:11    36:3
arraign [2]         32:9
32:10
arrest [14]         32:22

33:2      33:10
33:16    33:23    34:6
34:24    35:18    36:16
36:24    37:4     44:2
44:3
arrested [6]        27:16
32:19    33:6     33:17
38:8     42:3
arrive [1]          5:11
arrived [1]         40:18
40:21    41:17
ascertain [1]       36:8
assume [1]          39:15
assumption [1]      33:17
attachment [1]      11:24
attention [2]       6:5
24:7
Attorneys [2]       2:9
2:14
Avenue [1]          2:7
2:16
aware [3]           7:21
8:2      11:25
away [5] 17:11     26:9
26:13    27:21    28:22
awhile [1]          16:17
25:8
B [1]      46:3
badge [1]           25:2
badges [1]          24:25
bar [1]    3:13
based [1]           28:2
39:12
bashing [4]         17:10
18:14    18:16    18:18
beard [1] 11:12
become [1]          22:24
beginning [1]       18:23
begun [1] 3:19
behind [1]          9:12
belief [1]          45:12
best [1]   45:12
between [2]         3:6
17:7     28:9     35:17
42:15    43:20    43:25
bit [1]    12:15
bottom [1]          11:6
24:10    41:8
Box [2]    2:11     2:16
boyfriend [1]       11:9
break [2] 38:12    38:14
Brett [17]          1:3
2:21     4:17     4:22
7:19     7:24     8:12
8:15     9:8      11:20
21:6     21:8     21:10
33:5     37:12    38:6
46:13
Brewster [3]        1:6
2:9      2:22
brown [1] 11:12
building [1]        20:25
Burke [4]           1:16
2:14     45:6     45:17

C [3]      2:2      45:3
45:3
C.P.L.R [2]         3:7
3:22
Cardarelli [8]      34:21
34:23    35:25    36:14
36:24    37:6     39:10
39:13
Cardarelli's [1] 35:21
case [4]   4:13     19:3
20:6     20:8     43:14
caused [1]          26:25
certificates [1]    42:6
certify [1]         45:8
chance [1]          26:10
charge [7]          32:14
32:23    33:3     33:6
33:18    33:24    34:7
charged [1]         28:18
charges [1]         32:10
chief [6] 1:7      4:9
4:10     38:16    42:13
42:17
choice [2]          23:9
23:10
circumstances [2]
18:10    24:21
City [1]   14:13
Civ [1]    1:5
civil [2]  19:3     20:5
20:7
clear [1]  11:6
clearly [1]         10:2
Co-Counsel [2]      2:4
2:6
coming [1]          9:8
commencing [1]1:14
comments [1]        27:3
communicate [4]
19:14    19:19    21:10
21:18
communicated [1]
9:7
communication [5]
4:24     7:23     11:18
28:11    28:13
communications [3]
7:19     8:4      38:4
complainant [1] 41:11
complaint [12]      18:11
31:3     31:15    32:7
33:19    38:25    39:25
40:5     40:8     41:12
41:14    41:23
complete [1]        45:11
complying [1]       7:8
computer [1]        10:24
concern [1]         29:25
concerned [4]       11:6
17:16    17:18    28:20
concerning [11]     11:20
14:14    20:2     21:19
27:6     28:14    30:22
34:23    34:24    35:3
35:18    37:12    38:5

46:13
concluded [1]       44:9
conduct [1]         29:17
30:2     30:11
confidential [1] 16:11
Conservation [1]
24:24
constituted [2]     30:2
30:12
contact [1]         25:21
contacted [1]       26:2
39:16
contained [1]       31:18
contents [2]        15:21
17:17
context [1]         21:23
continuous [1]      12:17
controlled [1]      3:23
conversation [28]
12:12    12:17    12:21
12:24    13:2     14:16
14:21    17:3     17:15
19:7     19:12    20:2
21:20    21:24    22:7
22:12    25:17    26:7
26:8     28:16    28:24
28:25    29:4     30:6
32:3     34:13    34:14
43:21
conversations [9]
12:13    21:4     25:11
30:19    30:21    30:23
34:22    35:14    37:5
conversed [1]       12:15
copy [2]  6:8      7:6
correct [9]         12:3
12:5     16:21    22:17
22:18    29:2     30:3
36:21    44:16
counsel [6]         2:13
2:18     3:6     3:21
6:4      38:2
COUNTY [1]          44:11
couple [1]          43:7
court [3]  1:2      19:3
45:6
Cover [2]           6:7
7:10
crime [1]           32:15
custody [3]         27:18
28:3     28:6
D [3]      2:18     46:3
46:9
D'AMELIA [4] 2:18
37:13    37:17    37:23
D'Amelia's [1]      6:3
daily [1]  10:23    40:24
dangerous [4]       35:5
35:12    36:3     44:4
data [2]   10:23    11:4
date [11]  5:15     5:19
6:11     6:15     7:12
7:14     8:8      11:4
23:3     23:6     24:17
dated [4]6:6      11:24
24:8     45:20

GREGORY HULBERT     CondenseIt™     daughter - Ku

**daughter** [2] 20:6 27:4
**DAVID** [1] 2:12
**days** [4] 34:9 34:10 43:7 43:18
**dealings** [1] 43:24
**death** [2] 23:4 23:6
**deceased** [1] 22:17
**decision** [1] 16:7 16:10
**deemed** [1] 3:21
**Defendant** [1] 1:13
**Defendants** [3] 1:9 2:9 2:14
**defendants'** [5] 5:25 7:4 7:17 9:15 10:13 24:5 40:25 46:6
**delivered** [1] 20:14
**Demand** [6] 6:2 7:4 9:15 10:14 24:6 41:2
**department** [34] 1:7 4:9 5:11 6:16 7:21 8:3 8:14 11:19 19:14 22:20 23:8 23:12 23:16 24:14 24:19 24:22 26:6 29:13 29:15 30:25 31:17 32:5 32:22 33:22 33:23 34:5 34:6 34:18 36:19 37:11 39:19 40:23 42:2 46:12
**depending** [1] 28:21
**described** [3] 18:17 30:11 35:4
**description** [3] 36:11 46:5 46:11
**determination** [3] 30:4 30:8 39:25
**determined** [1] 28:18
**different** [1] 25:4
**direct** [2] 6:5 24:7
**directed** [1] 6:2
**disclosed** [2] 37:14 37:16
**disclosures** [1] 37:18
**discuss** [1] 20:9
**discussed** [1] 20:16
**discussing** [1] 6:9
**dispatch** [3] 21:3 40:20 41:13 41:14
**dispatched** [6] 39:6 39:9 39:17 39:21 40:11 41:7
**dispatcher** [2] 28:20 34:16
**dispatcher's** [1] 34:20
**DISTRICT** [1] 1:2 1:2
**document** [13] 6:6 6:12 6:13 7:5 7:9 9:17 9:18

10:15 10:18 10:22 24:11 24:17 40:17
**documents** [7] 7:18 9:16 11:17 11:23 24:7 40:7 41:3
**DOE** [1] 1:8
**doesn't** [1] 27:3
**Dolson** [1] 2:7
**down** [2] 25:18 43:23
**Drive** [1] 38:16 38:19
**driveway** [3] 29:19 29:21 29:23
**duly** [1] 4:4
**during** [2] 12:12 12:20 19:7 26:16 28:14 30:5 43:21
**E** [10] 2:2 2:2 2:20 2:20 45:3 46:3 46:3 46:9 46:9 46:9
**early** [1] 18:20
**Edwin** [1] 1:6 2:9 2:22
**effect** [1] 35:10
**efforts** [1] 19:14 19:19
**either** [6] 7:19 7:23 9:8 9:6 22:3 38:5
**employed** [1] 4:8
**end** [2] 18:22 32:3
**ends** [1] 11:14
**enforcement** [1] 25:4
**engaged** [1] 18:16
**entitled** [1] 6:7 40:22
**entry** [2] 10:23 11:4
**envelope** [5] 15:15 15:16 15:19 15:23 20:12
**Environmental** [1] 24:24
**escorted** [4] 13:12 13:17 15:6 15:10
**ESQ** [4] 2:3 2:6 2:12 2:18
**Estimated** [1] 38:23
**ex-girlfriend** [1] 11:16
**exactly** [3] 13:7 14:5 43:25
**examination** [9] 1:11 3:3 3:12 3:16 3:19 3:20 3:25 4:7 44:8
**examine** [1] 15:21
**examined** [2] 3:17 4:5
**except** [1] 3:9
**Exhibit** [2] 10:8 10:13
**expecting** [1] 14:8
**explain** [4] 19:6 19:11 19:17 19:21

**explained** [1] 43:22
**explanatory** [1] 9:24
**Extension** [1] 2:16
**F** [1] 45:3
**Facsimile** [2] 6:7 7:10
**fact** [3] 22:2 30:6 30:15
**failure** [1] 3:11 3:19
**family** [6] 14:21 25:21 26:2 31:16 31:20 38:5
**far** [4] 10:3 10:4 29:23 38:21
**father** [7] 17:11 17:23 17:25 18:7 20:6 31:19 42:15
**fax** [10] 5:3 5:8 5:8 5:15 5:22 6:8 6:8 6:15 6:17 7:6
**faxes** [1] 7:16
**February** [44] 4:22 4:25 5:4 5:6 5:19 5:21 6:6 6:11 6:24 6:24 6:25 7:2 7:7 7:24 8:4 8:7 11:21 11:24 11:25 12:6 12:14 13:3 18:2 18:8 23:11 23:14 24:8 24:17 25:10 25:22 26:7 30:22 34:17 35:2 35:10 35:11 37:11 38:8 39:7 42:9 42:17 43:17 46:12
**felt** [1] 16:11
**female** [1] 16:24
**filing** [1] 3:25
**firm** [1] 6:3
**first** [8] 4:4 6:17 11:7 13:9 14:6 25:7 31:6 34:4
**five** [2] 21:17 38:23
**folks** [1] 37:20
**follows** [1] 4:5 11:8
**foregoing** [2] 44:13 45:10
**form** [8] 3:9 31:11 31:24 33:25 34:8 35:13 36:17 37:2
**former** [2] 42:10 42:19
**found** [3] 5:7 5:8 39:2
**GERALD** [1] 2:18
**girl** [1] 17:11
**girlfriend** [3] 15:25 16:5 19:4
**gist** [1] 14:16
**good** [2] 10:5 10:11
**Green** [2] 1:15

1:23
**Greg** [3] 1:7 2:15 44:20
**GREGORY** [3] 1:13 4:3 44:9
**guess** [2] 17:10 27:18
**gun** [1] 32:10
**guy** [1] 44:3
**H** [1] 46:3
**hair** [1] 11:12
**half** [2] 12:15 12:18
**half-hour** [2] 12:20 18:21
**handwritten** [1] 24:8
**Hansen** [3] 43:5 43:11 43:20
**head** [1] 13:6
**heading** [1] 44:15 45:10
**hear** [2] 19:2 19:9
**heard** [5] 12:4 31:4 31:14 31:17 42:14
**held** [1] 1:13
**help** [1] 19:23
**hereby** [1] 3:5 4:2 44:15 45:8
**herein** [1] 45:9
**hereof** [2] 44:15 45:10
**hereto** [1] 3:7
**hired** [1] 24:23
**hold** [2] 24:25 37:3
**home** [3] 25:9 27:5 29:8
**hour** [4] 12:16 12:18 16:20 27:12
**hours** [1] 27:14
**house** [1] 14:3 14:4 18:11 27:23
**housekeeping** [1] 10:11
**Hulbert** [7] 1:7 1:13 2:15 4:3 4:8 44:9 44:20
**human** [1] 28:13
**idea** [1] 10:11
**identification** [2] 10:7 10:16
**identified** [5] 6:21 7:17 9:25 10:19 11:23
**identify** [2] 7:5 9:17
**identifying** [1] 9:20
**important** [1] 14:14
**included** [1] 40:24
**including** [1] 3:8
**indicate** [1] 43:13
**indicating** [1] 9:13
**individual** [1] 30:20 30:21
**individually** [1] 9:21
**info** [1] 10:20

**inform** [4] 26:5 30:25 31:16 42:9
**information** [22] 8:9 8:15 8:20 8:23 8:25 9:4 9:6 9:12 9:12 10:25 11:14 19:22 24:2 29:16 35:3 35:9 36:6 36:9 38:2 39:13 40:10 41:24
**informed** [3] 13:16 32:25 33:4
**inquire** [1] 32:24
**inquired** [1] 37:6
**inquiry** [3] 32:17 33:9 35:24
**inside** [2] 13:9 13:11
**intact** [1] 10:8
**integrity** [1] 10:8
**interested** [1] 25:4
**interview** [1] 11:15
**investigate** [1] 30:13
**investigated** [1] 40:3
**investigation** [1] 43:23
**ISSEKS** [11] 2:3 4:7 9:23 10:3 10:6 31:12 37:9 37:15 37:18 38:12 44:5
**issue** [1] 14:14
**James** [7] 22:9 22:11 22:17 24:9 24:15 24:16 24:18
**Jews** [2] 17:10 18:14 18:16 18:19
**Jim** [1] 11:11 23:12 23:15 23:21 24:3 42:12 42:13 42:15
**John** [2] 1:6 1:7 2:9 2:23 41:11
**JR** [1] 2:18
**July** [1] 7:15
**keep** [2] 10:5 37:3 40:12
**Kevin** [3] 1:6 2:9 2:22
**Kimberly** [3] 1:16 45:6 45:17
**kind** [1] 21:22
**Kingston** [1] 1:15 1:24
**Klan** [2] 23:22 24:3
**Klux** [2] 23:22 24:3
**knowledge** [1] 11:22 12:23 12:25 13:4 25:3 39:20 45:12
**Kohler** [14] 27:9 27:15 27:22 27:25 28:2 28:5 28:10 29:2 30:5 32:4 32:8 33:3 33:4 39:24
**Ku** [2] 23:22 24:3

**L** [3]        2:12      2:20
3:3
**labeled** [1]                    35:5
**Lane** [3]  1:6             2:9
2:22
**lasted** [1]                     12:18
**law** [1]    25:4
**learn** [4] 8:25           25:7
34:12    38:24
**learned** [4]              9:6
31:2     33:20    34:5
**learning** [1]             33:8
**leave** [3] 15:9           20:25
23:8
**leaving** [3]              20:18
24:22    27:12
**left** [10]  11:9          20:22
21:13    21:17    23:12
23:15    24:19    25:9
29:19    43:12
**LEK** [1]   1:5
**less** [1]   23:19
**letter** [5] 15:24         16:4
16:8     20:12    20:13
**lights** [1]                21:16
**line** [1]   41:8          46:5
46:11
**Lipton** [92]              1:3
1:3      2:21      2:21
4:12     4:17      4:22
4:24     5:3       7:20
7:24     8:8       8:12
8:15     8:17      9:2
9:8      11:9      11:16
11:20    11:20     12:3
12:6     12:11     12:24
13:3     13:5      13:9
13:21    13:25     14:10
15:10    15:12     15:23
16:25    17:12     17:13
17:16    17:18     19:2
19:11    19:17     20:3
20:13    20:18     20:22
21:6     21:8      21:10
21:13    21:14     21:20
21:24    22:2      22:6
22:8     22:12     25:12
25:20    25:23     26:3
26:7     26:15     26:25
27:6     27:13     27:16
28:3     28:5      28:9
28:11    28:14     29:18
29:20    30:11     30:15
30:23    31:3      32:7
32:19    32:23     33:5
33:6     37:12     38:6
42:5     42:10     42:18
43:14    43:22     43:25
46:13
**Lipton's** [1]             13:16
**Liptons** [17]             8:4
8:20     31:15     33:11
33:24    34:7      34:24
35:3     35:4      35:11
35:19    36:2      36:16
36:25    40:2      40:8
42:2
**listen** [3]               15:14
16:13    35:16

**listened** [7]             16:14
16:16    16:17    16:22
18:20    20:3      36:20
**listening** [1]             18:25
**LLP** [1]   2:8
**log** [3]    10:23         40:12
40:24
**logs** [1]  41:5
**look** [6]  7:3            15:18
16:2     16:4      16:7
23:17
**looked** [1]                15:19
**looking** [1]               20:20
**MACK** [1]                  2:8
**magic** [3]                 9:11
9:17     10:18
**male** [2]  16:24          17:21
**man** [1]   44:4
**marked** [3]                9:22
10:7     10:15
**marker** [3]                9:11
9:17     10:19
**may** [20] 3:16            14:25
14:25    16:11     14:17
20:20    22:14     25:18
26:8     26:9      26:13
28:19    28:20     30:17
36:2     37:3      40:20
43:8     43:18     44:3
**McCABE** [1]                2:8
**mean** [8] 41:20
**meet** [8]  4:15           4:17
12:6     13:20     14:13
14:15    14:18     15:3
**meeting** [15]             8:16
12:20    13:21     18:21
19:7     19:8      19:12
20:10    21:14     22:8
26:3     26:16     27:12
28:9     42:5
**member** [4]               14:20
23:22    24:3      31:20
**memo** [1]                  35:14
**memoranda** [1] 21:22
**mention** [2]              30:15
30:18
**mentioned** [1]            17:13
**message** [2]              43:12
43:13    43:15
**met** [12]  4:12           8:8
9:2      9:9       12:3
12:11    13:5      13:9
15:4     17:25     18:7
22:2
**middle** [1]               18:22
**Middletown** [2] 2:5
2:7
**might** [2]                 35:11
36:9
**miles** [1] 38:23
**minutes** [4]              16:18
21:17    41:10     41:21
**Monday** [1]               26:11
**month** [1]                23:19
**motion** [1]               3:13

**motivated** [1]            43:10
**move** [2] 3:9             3:12
**Ms** [1]    11:15
**mustache** [1]             11:12
**N** [7]      2:2            2:3
2:20     3:3       45:3
46:3     46:9
**name** [4] 17:14           22:11
34:20    41:11
**narrative** [1]            11:7
**nature** [1]               31:22
**necessarily** [1] 40:17
**never** [2] 12:4           36:5
**New** [12] 1:2             1:15
1:17     1:24      2:5
2:7      2:11      2:17
14:13    24:23     44:10
45:7
**next** [2]  43:8           43:9
43:16
**nine** [1]  41:10
**North** [1]                2:4
**NORTHERN** [1]
1:2
**Notary** [6]               1:16
3:17     3:18      4:4
44:25    45:7
**note** [1]  24:8
**noted** [2] 44:14          45:9
**notes** [1] 21:22
**November** [1]             45:20
**now** [3]   8:18           11:23
17:15
**number** [2]               41:12
41:12
**O** [5]     2:20           3:3
45:3     46:3      46:9
**object** [1]               3:8
3:11     31:23
**Objection** [6]            31:11
33:25    34:8      35:13
36:17    37:2
**occasions** [1]            18:6
**occurred** [1]             33:11
**October** [1]              1:13
**off** [2]   13:6           21:16
43:21
**offhand** [1]              5:18
**office** [15]              12:8
13:10    13:11     13:18
14:15    14:18     15:6
15:9     16:20     20:23
21:16    26:17     30:16
37:19    39:3
**officer** [18]             1:8
11:11    11:18     14:12
22:19    33:10     33:15
39:23    40:3      40:11
40:18    42:7      42:10
42:19    43:2      43:5
43:10    43:20
**officers** [5]             32:21
39:6     39:17     39:21
41:6
**offices** [1]              1:14
**once** [1]  18:12

**one** [6]   6:21           6:22
10:25    12:17     16:14
20:7
**one-half** [1]             16:20
**opportunity** [1] 35:16
**oral** [1]  7:23
**original** [2]             3:20
3:25
**ought** [1]                27:2
**overhear** [1]             12:23
**own** [2]   23:9           23:10
**P** [4]     2:2            2:2
2:20     3:3
**p.m** [2]   1:14           44:9
**P.O** [2]   2:11           2:16
**page** [6]  6:7            11:2
11:7     11:13     46:5
46:11
**pages** [1]                11:3
**paper** [2] 9:10           9:21
**part** [3]  7:17           13:2
31:7
**part-time** [1]            11:11
**participant** [1] 12:21
**parties** [2]              3:6
17:7
**patrolman** [3]            22:23
22:24    23:3
**patrols** [1]              10:20
**Paula** [14]               17:2
17:8     17:22     17:25
18:7     18:15     18:15
19:15    19:19     20:11
20:14    31:19     42:15
43:25
**PD** [2]    22:25          25:2
**pending** [1]              44:2
**Perhaps** [1]              10:6
**period** [2]               16:20
28:15
**person** [3]               17:8
30:9     31:18
**PHELAN** [1]               2:14
**phone** [8]                14:2
14:11    14:21     19:12
22:7     25:19     30:5
43:21
**piece** [1] 9:10
**pieces** [1]               9:21
**place** [5] 28:22          28:25
42:20    44:14     45:9
**plaintiff** [1]            4:13
**Plaintiffs** [3]           1:4
2:4      2:6
**plaintiffs'** [10]         6:2
6:4      7:4       9:15
10:8     10:13     10:14
10:25    40:25     46:6
**point** [2] 32:17          32:18
**police** [15]              1:7
1:8      4:9       5:11
5:13     5:16      5:22
6:14     6:16      6:20
7:20     8:3       8:9
8:14     8:16      8:20

**9:11**     10:20     11:19
12:9     13:17     14:12
19:13    19:18     20:18
20:22    21:18     22:19
22:20    23:8      23:12
23:16    24:14     24:19
24:22    25:9      25:25
26:5     29:13     29:14
30:25    31:17     32:5
32:18    32:22     33:10
33:15    33:21     33:23
34:5     34:6      34:18
35:3     36:15     36:19
37:11    38:22     39:4
39:19    40:4      40:23
41:25    42:6      42:7
42:10    42:19     43:2
46:12
**portion** [1]              11:13
**POSNER** [14]              2:12
9:20     9:25      10:4
10:10    25:13     31:6
31:11    31:23     33:25
34:8     35:13     36:17
37:2
**Posner's** [1]             37:19
**Poughkeepsie** [1]
2:11
**pounds** [1]               11:11
**pre-Sergeant** [1] 30:5
**prearranged** [2] 13:22
13:24
**preceded** [1]             22:7
**presence** [1]             13:16
**present** [1]              12:11
**presume** [1]              37:19
**proceeding** [1] 38:14
**proceedings** [1] 45:9
**production** [9]           6:2
7:5      7:18      9:16
10:15    24:6      37:10
41:2     46:12
**prompted** [1]             14:25
**provide** [1]              30:9
**provided** [5]             3:7
3:22     6:4       9:2
29:16
**Public** [6]               1:17
3:17     3:18      4:4
44:25    45:7
**purported** [1]            42:14
**pursue** [1]               20:8
**put** [1]   37:24
**questions** [1]            44:6
**quite** [3] 12:15          16:17
25:8
**R** [4]     2:2            2:20
45:3     46:9
**radio** [6] 35:17          35:25
36:15    36:20     40:23
41:5
**radioed** [1]              33:22
**rank** [1]  22:22
**rate** [1]  31:20
**reach** [1]                16:10
**read** [6]  9:11           10:18

11:6      22:3      41:25
44:13
**recorded** [3]      13:3
17:5      45:8
**recording** [10]      16:22
16:23      17:3      18:25
20:4      21:23      31:18
35:17      35:22      36:20
**records** [1]
**red** [2]      9:10      10:18
**reddish** [1]      11:12
**referred** [2]      9:19
18:14
**referring** [5]      7:7
26:14      28:24      29:4
41:3
**reflect** [2]      40:8
41:22
**reflecting** [1]      40:18
**reflects** [1]      41:6
**refresh** [1]      6:12
24:18
**regarding** [4]      9:8
14:23      21:23      22:9
**regards** [1]      43:14
**relationship** [1]  14:24
**relinquish** [1]      24:25
**remainder** [1]      20:10
**remarks** [5]      17:19
26:23      26:24      41:17
42:14
**remember** [27]      5:10
13:7      14:22      15:2
16:6      16:12      17:15
18:12      19:10      19:24
19:25      20:21      22:14
23:2      23:17      26:12
27:11      27:14      28:16
28:17      34:25      38:10
42:16      42:25      43:8
43:19      43:24
**repeat** [2]      23:13
31:6
**Reporter** [2]      1:16
45:6
**Reporting** [2]      1:15
1:23
**request** [2]      37:7

**retired** [3]      14:12
42:20      42:22
**return** [1]      3:20
**right** [1]  3:8
**rights** [2]      3:7
3:21
**road** [1]  18:12
**ROBERT** [1]      2:3
**role** [1]  19:17
**Ron** [24]  7:19      7:24
8:8      8:12      8:15
8:16      9:2      9:8
9:9      11:9      11:20
12:3      12:6      12:11
17:14      25:11      25:22
26:3      26:7      33:5
42:5      42:6      42:9
42:18
**Ronald** [7]      1:3
2:21      4:12      4:24
37:12      38:5      46:13
**Rules** [1]      3:22
**RWS** [1] 1:5
**Ryan** [2] 39:23      40:3
**S** [9]      2:2      2:20
2:20      3:3      3:3
24:9      46:3      46:9
46:9
**safety** [1]      11:8
**Saugerties** [45]      1:7
1:7      1:8      2:15
4:9      5:11      5:16
6:3      6:14      6:20
7:3      7:20      8:3
8:14      8:19      9:2
9:7      9:14      19:13
19:18      22:19      22:24
23:3      23:8      23:15
24:5      24:19      25:25
26:5      29:13      29:14
32:5      33:12      33:15
33:21      34:5      34:18
35:18      38:22      39:4
39:18      40:23      40:25
41:6      41:25
**sawed-off** [1]      28:7
**says** [2] 41:8      41:16

1:23
**set** [1]  18:23
**several** [1]      40:22
**shall** [4]  3:13      3:21
3:23      4:2
**sheet** [2]  7:10      40:20
**sheets** [1]      40:22
**short** [1] 38:12
**Shorthand** [1]  1:16
**shortly** [3]      14:5
15:3      16:22
**shotgun** [2]      28:8
33:18
**show** [5] 5:25      9:14
24:5      40:22      42:6
**showing** [1]      42:7
**sign** [1]  40:5
**signature** [1]      24:9
**signed** [6]      3:16
38:25      39:2      40:2
40:9      41:23
**sister** [1] 11:10
**sit** [3]      17:6      19:25
33:14
**SMITH** [1]      2:6
**social** [1]      18:4
**someone** [2]      8:19
29:12      31:15      33:21
**sometime** [2]      6:24
30:16
**somewhere** [1]      13:10
**son** [1]      4:17
**sorry** [1] 16:3
**sounds** [1]      10:10
**source** [3]      36:5
36:9      36:11
**speak** [2]      19:8
42:12
**speaking** [1]      17:22
**specifically** [2]  6:20
8:7
**spoke** [3]      14:6
25:22      29:9
**state** [8]  1:17      19:20
19:22      20:17      24:23

**Street** [4]      1:15
1:23      2:4      2:10
**strike** [2]      3:9
3:12
**Subject** [2]      11:8
11:10
**substance** [5]      20:2
21:19      26:6      30:18
30:22
**such** [5]  3:13      8:3
8:25      36:9      37:7
**suggested** [1]      32:11
**suggestion** [1]      32:13
**SUPPLIED** [1]  38:2
**supposed** [1]      13:19
**surrounding** [1]  24:21
**sworn** [3]      3:16
4:4      44:22
**system** [1]      10:24
**T** [9]      2:20      3:3
3:3      45:3      45:3
46:3      46:3      46:9
46:9
**tape** [20]  16:14      16:15
16:22      17:14      17:17
17:19      17:22      18:20
18:25      19:5      19:9
20:3      22:15      26:23
26:25      31:17      35:16
35:21      36:20      42:14
**tapes** [5] 15:14      16:13
37:10      37:21      46:12
**target** [1]      43:23
**telephone** [7]      17:4
19:6      27:6      29:5
29:6      30:10      40:24
**ten** [1]      16:18
**testified** [1]      4:5
**testimony** [3]      3:10
3:12      44:14
**Thank** [1]      44:6
**thereafter** [1]      15:4
22:15      38:9
**thereby** [1]      3:23
**thereof** [1]      13:2
**thought** [1]      19:3

**transmission** [6]
33:22      35:17      36:2
36:15      36:21      36:23
**transmissions** [3]
34:23      37:10      46:12
**transmitted** [6]  5:16
5:22      6:13      6:16
6:19      9:7
**trespass** [23]      27:16
28:7      29:18      28:21
29:17      30:2      30:7
30:12      31:2      31:14
32:6      32:12      32:14
32:19      32:23      33:2
33:9      33:18      33:24
34:7      36:16      38:24
40:9
**trial** [3]  1:11      3:14
44:8
**trooper** [2]      19:20
19:22      20:17      26:11
**trooper's** [1]      11:15
**true** [1]  44:16
**Tucker** [2]      13:15
15:7      15:9
**turned** [1]      21:16
29:19
**twelve** [1]      4:11
**twice** [1] 18:9
**two** [9]  7:16      11:3
16:19      17:7      24:25
27:14      41:19      41:21
43:18
**two-page** [1]      6:6
**typewritten** [1] 11:13
**U** [2]      3:3      46:9
**under** [2]      18:10
33:17
**understand** [1]  25:13
32:13
**understood** [1]  17:8
**UNIDENTIFIED** [1]
1:8
**unit** [1]  41:12
**UNITED** [1]      1:2
**Unknown** [1]  41:18
**unless** [2]      40:10

41:24

**up** [9]  10:5   18:23
20:8   22:11  22:14
23:3   27:17  29:18
32:17

**vague** [1]   26:20

**Valley** [2]   1:14
1:23

**violation** [3]  32:14
33:11   33:16

**voice** [1] 35:21

**waived** [1]   4:2

**waiver** [2]   3:13
3:21

**walked** [1]  20:24

**wants** [1]   25:15

**Washington** [2] 2:10
2:16

**watch** [1]   44:4

**week** [1] 5:21

**wherein** [2]   35:4
37:6

**whole** [2]   14:17
17:15

**withdraw** [1]  31:12

**within** [2]   5:21
27:12

**witness** [3]   3:17
7:8    25:15

**woman** [1]  14:24

**Woodstock** [16] 1:7
2:10   32:9   32:20
32:22  33:10  33:15
33:23  34:6   34:24
35:18  36:2   36:15
36:19  37:11  46:12

**Wooton** [3]   1:6
2:9    2:23

**write** [1] 25:18

**writing** [4]   9:18
22:3   32:11  37:24

**written** [1]   7:19

**Wrolsen** [45]   11:11
11:15  14:21  16:25
17:2   17:8   17:9
18:7   18:15  18:15
18:16  18:18  19:15
19:19  20:14  22:9
22:11  22:17  23:12
23:15  23:21  24:3
24:9   24:15  24:19
25:21  26:2   27:2
31:5   31:16  31:20
38:5   38:16  38:18
38:19  38:21  39:6
39:18  39:21  40:4
41:7   41:11  41:17
42:12  42:15

**Wrolsen's** [8]  17:22
17:25  18:7   24:16
27:3   31:19  42:13
42:15

**Wrolsens** [9]  27:17
27:17  28:23  30:14
31:3   39:14  39:16
40:12  40:19

**X** [5]   1:3   1:9

46:3   46:3   46:9

**years** [1] 4:11

**York** [12]   1:2
1:15   1:17   1:24
2:5    2:7    2:11
2:17   14:13  24:23
44:10  45:7

**yourself** [1]   7:20